**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Edmund Cyprus Cutting** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | 2:23-bk-15051 | | |
| (if known) | | | |

☐ Check if this is an
amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B............................................................... $ 2,825,000.00

   1b. Copy line 62, Total personal property, from Schedule A/B........................................................ $ 142,921.82

   1c. Copy line 63, Total of all property on Schedule A/B................................................................ $ 2,967,921.82

### Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $ 3,112,030.65

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... $ 174,945.01

   3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... $ 3,004,540.02

   **Your total liabilities** $ 6,291,515.68

### Part 3:  Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*........................................................... $ 25,848.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*.................................................................. $ 23,023.65

### Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor 1    **Edmund Cyprus Cutting**                                        Case number *(if known)* **2:23-bk-15051**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

    $ _____

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From **Part 4 on *Schedule E/F*, copy the following:** | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify your case and this filing: | | |
|---|---|---|
| Debtor 1 | **Edmund Cyprus Cutting** | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number | 2:23-bk-15051 | ☐ Check if this is an amended filing |

## Official Form 106A/B
# Schedule A/B: Property                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

| 1.1 | | |
|---|---|---|
| **604 Wrede Way** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ■ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| **West Covina    CA    91791-0000** | ☐ Manufactured or mobile home | Current value of the entire property?  Current value of the portion you own? |
| City          State          ZIP Code | ☐ Land | **$2,330,000.00**          **$2,330,000.00** |
| | ☐ Investment property | |
| | ☐ Timeshare | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| **Los Angeles** | ☐ Other | **Fee Simple** |
| County | **Who has an interest in the property?** Check one | |
| | ■ Debtor 1 only | |
| | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | ■ **Check if this is community property** (see instructions) |
| | ☐ At least one of the debtors and another | |
| | Other information you wish to add about this item, such as local property identification number: | |
| | **$240,000.00 of loan balance taken out and used to fund business.** | |

Debtor 1    **Edmund Cyprus Cutting**                                      Case number *(if known)*    **2:23-bk-15051**

**If you own or have more than one, list here:**

1.2

**8028 Harrison Street**
Street address, if available, or other description

**Paramount**        **CA**    **90723-0000**
City                State    ZIP Code

**Los Angeles**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☑ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Used for business offices.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
$495,000.00                $495,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☑ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.3

**10824 Archway Drive**
Street address, if available, or other description

**Whittier**        **CA**    **90604-0000**
City                State    ZIP Code

**Los Angeles**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Debtor's non-filing spouse acquired property prior to marriage. Debtor's interest to be determined.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
**Unknown**                **Unknown**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.**...............................=>

$2,825,000.00

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Edmund Cyprus Cutting**                                        Case number *(if known)*   **2:23-bk-15051**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1 | Make: | **BMW** |
|---|---|---|

Model: **750**
Year: **2016**
Approximate mileage: **72,334**
Other information:

> Financed vehicle. Fair condition.

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$27,000.00**
Current value of the portion you own?  **$27,000.00**

---

| 3.2 | Make: | **Ford** |
|---|---|---|

Model: **Expedition**
Year: **2020**
Approximate mileage: **54,566**
Other information:

> Financed vehicle.  Purchased for and by business for business use title held in Debtor's name.

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$43,000.00**
Current value of the portion you own?  **$0.00**

---

| 3.3 | Make: | **Dodge** |
|---|---|---|

Model: **Journey**
Year: **2011**
Approximate mileage: **98,000**
Other information:

> Vehicle purchased for and by business for business use.  Fair condition. *Location: Hawaii* For disclosure purposes.

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$4,300.00**
Current value of the portion you own?  **$0.00**

---

| 3.4 | Make: | **Lexus** |
|---|---|---|

Model: **RX350**
Year:
Approximate mileage: **98,006**
Other information:

> Pruchased vehicle. Spouse's car aquired and paid off prior to marriage.

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$11,200.00**
Current value of the portion you own?  **$0.00**

---

| 3.5 | Make: | **Nissan** |
|---|---|---|

Model: **Versa**
Year: **2015**
Approximate mileage:
Other information:

> Financed vehicle. Purchased for and by business held in Debtor's name.  For disclosure purposes.

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$3,993.00**
Current value of the portion you own?  **$0.00**

Debtor 1    **Edmund Cyprus Cutting**                          Case number *(if known)*    **2:23-bk-15051**

---

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

| 4.1 | Make: | **Peterson** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Sloop** | ☑ Debtor 1 only | | |
| | Year: | **1985** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **Purchased boat.** | | ☐ Check if this is community property (see instructions) | **$7,000.00** | **$7,000.00** |

---

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................=> | **$34,000.00** |

---

**Part 3:** Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**                    Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes. Describe.....

| Household goods, furniture, appliances, kitchenware, linens, etc. | $5,000.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☑ Yes. Describe.....

| Misc. electronics, computer, cell, phone, etc. | $2,000.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
☑ Yes. Describe.....

| Misc. collectibles | $3,000.00 |
|---|---|

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☑ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
☑ Yes. Describe.....

| Pistol, ammunition, accessories, etc. | $500.00 |
|---|---|

---

Debtor 1    **Edmund Cyprus Cutting**                                    Case number *(if known)*   **2:23-bk-15051**

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ◼ Yes.  Describe.....

| | |
|---|---|
| Personal and family clothing | $1,000.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ◼ Yes.  Describe.....

| | |
|---|---|
| Personal and family jewelry | $2,000.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ◼ No
   ☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ☐ No
   ◼ Yes.  Give specific information.....

| | |
|---|---|
| Solar Panels (Subject to lease) | Unknown |

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..............................................................

$13,500.00

**Part 4:** Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ◼ Yes..................................................................................................

Cash    $5,000.00

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ◼ Yes........................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking - 6953 | Chase | $3,455.00 |
| 17.2. | UTMA - 3119E | Acorns Securities - UTMA account for minor daughter (See Statement of Financial Affairs #23) | $1,024.11 |

Official Form 106A/B                      Schedule A/B: Property                                      page 5

| Debtor 1 | Edmund Cyprus Cutting | | Case number *(if known)* | 2:23-bk-15051 |

| | | | |
|---|---|---|---|
| 17.3. | UTMA - 3119E | Acorns Securities - UTMA account for minor son (See Statement of Financial Affairs #23) | $3,408.93 |
| 17.4. | Checking - 0027 | Acorns | $25.00 |
| 17.5. | Individual Brokerage - 1774 | E-TRADE | $4,675.32 |
| 17.6. | Individual Brokerage - 5758 | E-Trade | $721.73 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☐ No
   ☑ Yes.................

Institution or issuer name:

| | |
|---|---|
| Stash - account ending in 9611 | $344.75 |
| Stash - account ending in 2914 | $28,520.02 |
| Acorn Securities - account ending in 3119 | $570.51 |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ☑ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| Eagle Grove Inc | 100 | % | Unknown |
| CCC Consulting Corporation | 100 | % | Unknown |
| CCC Entertainment Corporation | 100 | % | Unknown |
| CCC Patxis Corporation | 100 | % | Unknown |
| CCC Patxis Pizza 2 Corporation | 100 | % | Unknown |
| CCC Capital Inc. | 100 | % | Unknown |
| 5320 Ventures Inc | 100 | % | Unknown |
| Hickam Harbor LLC | 100 | % | Unknown |
| CCC livinroom Corporation | 100 | % | Unknown |

Debtor 1    **Edmund Cyprus Cutting**    Case number *(if known)*    **2:23-bk-15051**

| | | | |
|---|---|---|---|
| **Layers LLC** | 100 | % | **Unknown** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
   Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **Roth IRA - 5018** | **Stash** | $38,560.25 |
| **Traditional IRA - 119T** | **Acorn Securities** | $1,015.73 |
| **Roth IRA - 4962** | **E-Trade** | $8,100.47 |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. ....................    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
■ Yes.  Give specific information about them...

| | |
|---|---|
| **1 - California Drivers License** | $0.00 |

**Money or property owed to you?**    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

| Debtor 1    **Edmund Cyprus Cutting** | Case number *(if known)*    **2:23-bk-15051** |

**28. Tax refunds owed to you**

☐ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No

☐ Yes. Give specific information......

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

☐ Yes.  Give specific information..

| | |
|---|---|
| ***Claims for loans made, contribution for payment on personal credit cards, other advances, etc. against different business entities.  Determination of amount based upon CPA compilation and adjusting entries. | **Unknown** |

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Transamerica - Term Life Insurance** | | $0.00 |
| **AIG Direct - Term life Insurance** | | $0.00 |
| **Liberty Mutual/Geico - Homeowners Insurance (604 Wrede)** | | $0.00 |
| **Travelers/Geico - Homeowners Insurance (8028 Harrison)** | | $0.00 |
| **Homesite Insurance Company of the Midwest/Geico - Homeowners Insurance (10824 Archway)** | | $0.00 |
| **GEICO - Vehicle Insurance** | | $0.00 |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☐ No

☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☐ Yes.  Describe each claim.........

Debtor 1    **Edmund Cyprus Cutting**                                    Case number *(if known)*  **2:23-bk-15051**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**

    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................. | **$95,421.82**

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. Do you own or have any legal or equitable interest in any business-related property?

    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | If you own or have an interest in farmland, list it in Part 1. |

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ☐ No
    ■ Yes. Give specific information.........

    | ****Schedules do not list Spouse's separate property (short term marriage.) | Unknown |

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ................................... | **$0.00**

| **Part 8:** | List the Totals of Each Part of this Form |

55.  **Part 1: Total real estate, line 2** ........................................................................ | | **$2,825,000.00**

56.  **Part 2: Total vehicles, line 5** | **$34,000.00** |
57.  **Part 3: Total personal and household items, line 15** | **$13,500.00** |
58.  **Part 4: Total financial assets, line 36** | **$95,421.82** |
59.  **Part 5: Total business-related property, line 45** | **$0.00** |
60.  **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
61.  **Part 7: Total other property not listed, line 54** | + **$0.00** |

62.  **Total personal property. Add lines 56 through 61**... | **$142,921.82** | Copy personal property total | **$142,921.82**

63.  **Total of all property on Schedule A/B. Add line 55 + line 62** | **$2,967,921.82**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Edmund Cyprus Cutting** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:23-bk-15051** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **604 Wrede Way West Covina, CA 91791  Los Angeles County** $240,000.00 of loan balance taken out and used to fund business.<br>Line from *Schedule A/B*: **1.1** | $2,330,000.00 | ☑ | $678,391.00 | C.C.P. § 704.730 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2016 BMW 750 72,334 miles Financed vehicle. Fair condition.**<br>Line from *Schedule A/B*: **3.1** | $27,000.00 | ☑ | $7,500.00 | C.C.P. § 704.010 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Household goods, furniture, appliances, kitchenware, linens, etc.**<br>Line from *Schedule A/B*: **6.1** | $5,000.00 | ☑ | $5,000.00 | C.C.P. § 704.020 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Misc. electronics, computer, cell, phone, etc.**<br>Line from *Schedule A/B*: **7.1** | $2,000.00 | ☑ | $2,000.00 | C.C.P. § 704.020 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Misc. collectibles**<br>Line from *Schedule A/B*: **8.1** | $3,000.00 | ☑ | $3,000.00 | C.C.P. § 704.040 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Debtor 1    **Edmund Cyprus Cutting**                                     Case number (if known)    **2:23-bk-15051**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Pistol, ammunition, accessories, etc.**<br>Line from *Schedule A/B*: **10.1** | **$500.00** | ■ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Personal and family clothing**<br>Line from *Schedule A/B*: **11.1** | **$1,000.00** | ■ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Personal and family jewelry**<br>Line from *Schedule A/B*: **12.1** | **$2,000.00** | ■ **$2,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |
| **Checking - 6953: Chase**<br>Line from *Schedule A/B*: **17.1** | **$3,455.00** | ■ **$3,455.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.070** |
| **Checking - 0027: Acorns**<br>Line from *Schedule A/B*: **17.4** | **$25.00** | ■ **$25.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.070** |
| **Roth IRA - 5018: Stash**<br>Line from *Schedule A/B*: **21.1** | **$38,560.25** | ■ **$38,560.25**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.115(a)(1) & (2), (b)** |
| **Roth IRA - 5018: Stash**<br>Line from *Schedule A/B*: **21.1** | **$38,560.25** | ■ **$38,560.25**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Traditional IRA - 119T: Acorn Securities**<br>Line from *Schedule A/B*: **21.2** | **$1,015.73** | ■ **$1,015.73**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.115(a)(1) & (2), (b)** |
| **Traditional IRA - 119T: Acorn Securities**<br>Line from *Schedule A/B*: **21.2** | **$1,015.73** | ■ **$1,015.73**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Roth IRA - 4962: E-Trade**<br>Line from *Schedule A/B*: **21.3** | **$8,100.47** | ■ **$8,100.47**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.115(a)(1) & (2), (b)** |
| **Roth IRA - 4962: E-Trade**<br>Line from *Schedule A/B*: **21.3** | **$8,100.47** | ■ **$8,100.47**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |

Debtor 1    **Edmund Cyprus Cutting**                                    Case number (if known)    **2:23-bk-15051**

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ■ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Edmund Cyprus Cutting** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:23-bk-15051** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| 2.1 **CarMax Auto Finance**<br>Creditor's Name | Describe the property that secures the claim: | $17,590.29 | $27,000.00 | $0.00 |

Describe the property that secures the claim:

**2016 BMW 750 72,334 miles
Financed vehicle. Fair condition.**

**CarMax Auto Finance**
Creditor's Name

**PO Box 440609
Kennesaw, GA
30160-9511**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    **2019**          Last 4 digits of account number    **2492**

Debtor 1  **Edmund Cyprus Cutting**
   First Name      Middle Name      Last Name

Case number (if known)  **2:23-bk-15051**

| 2.2 | **CarMax Auto Finance** | Describe the property that secures the claim: | $8,845.77 | $3,993.00 | $4,852.77 |
|---|---|---|---|---|---|

Creditor's Name

**2015 Nissan Versa Financed vehicle. Purchased for and by business held in Debtor's name. For disclosure purposes.**

**PO Box 440609
Kennesaw, GA 30160**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred         Last 4 digits of account number    **9889**

| 2.3 | **JP Morgan Chase Bank** | Describe the property that secures the claim: | $51,983.33 | $43,000.00 | $8,983.33 |
|---|---|---|---|---|---|

Creditor's Name

**2020 Ford Expedition 54,566 miles Financed vehicle. Purchased for and by business for business use title held in Debtor's name.**

**PO Box 901039
Fort Worth, TX
76101-2039**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   **2022**       Last 4 digits of account number    **4405**

Debtor 1   **Edmund Cyprus Cutting**                                      Case number *(if known)*   **2:23-bk-15051**
    First Name      Middle Name      Last Name

| 2.4 | **LA LIVE Properties LLC** | Describe the property that secures the claim: | $589,432.91 | $2,330,000.00 | $10,432.91 |

Creditor's Name

**604 Wrede Way West Covina, CA 91791  Los Angeles County $240,000.00 of loan balance taken out and used to fund business.**

**800 West Olympic Blvd Suite 305 Los Angeles, CA 90015**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred   **2022**     Last 4 digits of account number   **4025**

---

| 2.5 | **LA LIVE Properties LLC** | Describe the property that secures the claim: | $0.00 | $495,000.00 | $0.00 |

Creditor's Name

**8028 Harrison Street Paramount, CA 90723  Los Angeles County Used for business offices.**

**800 West Olympic Blvd Suite 305 Los Angeles, CA 90015**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred        Last 4 digits of account number

---

Debtor 1    **Edmund Cyprus Cutting**

First Name        Middle Name                Last Name

Case number (if known)    **2:23-bk-15051**

| 2.6 | **LA LIVE Properties LLC** | Describe the property that secures the claim: | **$0.00** | **Unknown** | **Unknown** |

Creditor's Name

**Describe the property that secures the claim:**

**10824 Archway Drive Whittier, CA 90604  Los Angeles County Debtor's non-filing spouse acquired property prior to marriage.  Debtor's interest to be determined.**

**800 West Olympic Blvd Suite 305 Los Angeles, CA 90015**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☑ Judgment lien from a lawsuit

☐ Other (including a right to offset)

Date debt was incurred                    Last 4 digits of account number

| 2.7 | **New Rez** | Describe the property that secures the claim: | **$350,285.25** | **Unknown** | **Unknown** |

Creditor's Name

**Describe the property that secures the claim:**

**10824 Archway Drive Whittier, CA 90604  Los Angeles County Debtor's non-filing spouse acquired property prior to marriage.  Debtor's interest to be determined.**

**PO Box 619063 Dallas, TX 75261**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☑ Other (including a right to offset)    **1st Deed of Trust**

Date debt was incurred                    Last 4 digits of account number

| Debtor 1 | Edmund Cyprus Cutting | | Case number (if known) | **2:23-bk-15051** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

---

| 2.8 | **Paramount Village HOA** | | **$240.00** | **$495,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**c/o Vitco Properties
PO Box 57063
Irvine, CA 92619-7063**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**8028 Harrison Street Paramount, CA 90723  Los Angeles County
Used for business offices.**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)    **Homeowner Association**

Date debt was incurred    **2023**        Last 4 digits of account number    **0456**

---

| 2.9 | **Shellpoint Mortgage Servicing** | | **$1,751,000.00** | **$2,330,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 10826
Greenville, SC 29603**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**604 Wrede Way West Covina, CA 91791  Los Angeles County
$240,000.00 of loan balance taken out and used to fund business.**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)    **1st Deed of Trust**

Date debt was incurred            Last 4 digits of account number    **8854**

---

| 2.10 | **Shellpoint Mortgage Servicing** | | **$342,653.10** | **$495,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 10826
Greenville, SC 29603**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**8028 Harrison Street Paramount, CA 90723  Los Angeles County
Used for business offices.**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)    **1st Deed of Trust**

Date debt was incurred            Last 4 digits of account number    **5710**

---

Debtor 1  **Edmund Cyprus Cutting**                                    Case number (if known)  **2:23-bk-15051**
   First Name        Middle Name        Last Name

| 2.1 1 | **Sunpower Capital LLC** | Describe the property that secures the claim: | **Unknown** | **Unknown** | **Unknown** |

Creditor's Name

**10801 N Mopac
Expressway
Building 3 Fifth Floor
Austin, TX 78659**

Number, Street, City, State & Zip Code

| **Describe the property that secures the claim:** |
| **Solar Panels
(Subject to lease)** |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Solar Panel Lease**

Date debt was incurred   **2021**          Last 4 digits of account number   **4780**

---

Add the dollar value of your entries in Column A on this page. Write that number here:   **$3,112,030.65**

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:   **$3,112,030.65**

---

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]    Name, Number, Street, City, State & Zip Code
**Chase Auto
700 Kansas Lane
Attn Customer Service Inquiries
LA4-4025
Monroe, LA 71203-4774**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number ___

[ ]    Name, Number, Street, City, State & Zip Code
**Lien Operations
Sunpower Capital LLC
PO Box 82387
Austin, TX 78708**

On which line in Part 1 did you enter the creditor?  **2.11**

Last 4 digits of account number ___

[ ]    Name, Number, Street, City, State & Zip Code
**Michael Abramson Esq
Law Offices of Michael A Abramson
1702 S Robertson Blvd No 152
Los Angeles, CA 90035**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number ___

[ ]    Name, Number, Street, City, State & Zip Code
**Shellpoint
PO Box 619063
Dallas, TX 75261-9063**

On which line in Part 1 did you enter the creditor?  **2.9**

Last 4 digits of account number ___

[ ]    Name, Number, Street, City, State & Zip Code
**Sunpower Capital LLC
PO Box 844863
Los Angeles, CA 90084-4863**

On which line in Part 1 did you enter the creditor?  **2.11**

Last 4 digits of account number ___

---

Debtor 1  **Edmund Cyprus Cutting**
          First Name          Middle Name          Last Name

Case number (if known)    **2:23-bk-15051**

[ ]     Name, Number, Street, City, State & Zip Code
        **Vitco Properties Inc**
        **2255 W Sepulveda Blvd**
        **Torrance, CA 90501**

On which line in Part 1 did you enter the creditor?  __2.8__

Last 4 digits of account number ___

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Edmund Cyprus Cutting** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:23-bk-15051** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Arapahoe County**<br>Priority Creditor's Name<br>**5334 South Prince St**<br>**Littleton, CO 80120**<br>Number Street City State Zip Code | Last 4 digits of account number  3302<br><br>When was the debt incurred? | **Unknown** | **$0.00** | **$0.00** |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**CCC Patxis Pizza 2 - Property Tax**

Debtor 1  **Edmund Cyprus Cutting**

Case number (if known)  **2:23-bk-15051**

---

| 2.2 | **California Deparment of Tax and Fee** |
|---|---|

Priority Creditor's Name
**Administration**
**3321 Power Inn Road Ste 210**
**Sacramento, CA 95826**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **9952**   **Unknown**   **Unknown**   **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**CCC Patxis - Sales Tax**

---

| 2.3 | **California Department of Tax** |
|---|---|

Priority Creditor's Name
**and Fee Administration**
**3321 Power Inn Road Ste 210**
**Sacramento, CA 95826**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **3904**   **Unknown**   **Unknown**   **Unknown**

**When was the debt incurred?**   **2021-2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**CCC Consulting - Sales Tax**
**Tax Period:**
**10/1/2021 to 12-31-2021 - $12,891.78**
**1/1/2022 to 3/31/2022 - $32,567.60**
**4/1/2022 to 6/30/2022 - $35,206.08**
**1/1/2023 to 3/31/2023 - $49,619.61**

---

Debtor 1    Edmund Cyprus Cutting                                        Case number (if known)    2:23-bk-15051

| 2.4 | California Department of Tax and | Last 4 digits of account number | 8896 | Unknown | Unknown | Unknown |

**California Department of Tax and**
Priority Creditor's Name
**Fee Administration**
**3321 Power Inn Road Ste 210**
**Sacramento, CA 95826**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    8896    Unknown    Unknown    Unknown

When was the debt incurred?    2022

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**CCC Entertainment - Sales Tax**
**Tax Period:**
**7/1/2021-9/30/2021 - $9,295.48**
**4/1/2022-6/30/2022 - $45,329.25**
**7/1/2022-9/30/2022 - $27,675.01**

---

| 2.5 | California Department of Tax and | Last 4 digits of account number | 2288 | Unknown | Unknown | Unknown |

**California Department of Tax and**
Priority Creditor's Name
**Fee Administration**
**3321 Power Inn Road Ste 210**
**Sacramento, CA 95826**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    2288    Unknown    Unknown    Unknown

When was the debt incurred?    2022

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**CCC Patxis Pizza 2 - Sales Tax**

---

| 2.6 | City and County of Denver | Last 4 digits of account number | 0043 | Unknown | Unknown | Unknown |

**City and County of Denver**
Priority Creditor's Name
**PO Box 660860**
**Dallas, TX 75266**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    0043    Unknown    Unknown    Unknown

When was the debt incurred?    2022

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**CCC Consulting - City Sales Taxes**

Debtor 1   Edmund Cyprus Cutting                                          Case number (if known)   2:23-bk-15051

| 2.7 | **City and County of Denver** | Last 4 digits of account number  0032    Unknown    Unknown    Unknown |

**City and County of Denver**
Priority Creditor's Name
PO Box 660861
Dallas, TX 75267
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  0032    Unknown    Unknown    Unknown

When was the debt incurred?   2022

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**CCC Consulting - Occupational Privilege Tax**

---

| 2.8 | **City and County of Denver** | Last 4 digits of account number  0044    Unknown    Unknown    Unknown |

**City and County of Denver**
Priority Creditor's Name
PO Box 660860
Dallas, TX 75266
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  0044    Unknown    Unknown    Unknown

When was the debt incurred?   2022

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**CCC Patxis - City Taxes**

---

| 2.9 | **City and County of Denver** | Last 4 digits of account number  0033    Unknown    Unknown    Unknown |

**City and County of Denver**
Priority Creditor's Name
PO Box 660861
Dallas, TX 75267
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  0033    Unknown    Unknown    Unknown

When was the debt incurred?   2022

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**CCC Patxis - Occupational Privilege Tax**

Debtor 1    **Edmund Cyprus Cutting**                                   Case number *(if known)*   **2:23-bk-15051**

---

**2.1 0**

| **City and County of Denver** | Last 4 digits of account number **8929** | **Unknown** | **Unknown** | **Unknown** |

Priority Creditor's Name
**Department of Excise and Licenses**
**201 W Colfax Ave Dept #206**
**Denver, CO 80202**
Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Is the claim subject to offset?
■ No
☐ Yes

**CCC Patxis -Combined license Renewal**

---

**2.1 1**

| **City of Englewood, Colorado** | Last 4 digits of account number **9422** | **Unknown** | **Unknown** | **Unknown** |

Priority Creditor's Name
**PO Box 2900**
**Englewood, CO 80150**
Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Is the claim subject to offset?
■ No
☐ Yes

**CCC Patxis Pizza 2 - City Sales Tax**

---

**2.1 2**

| **City of Santa Barbara CA** | Last 4 digits of account number **4780** | **Unknown** | **Unknown** | **Unknown** |

Priority Creditor's Name
**co Avenu Insights and Analytics**
**373 East Shaw Ave Box 367**
**Fresno, CA 93710**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Is the claim subject to offset?
■ No
☐ Yes

**Patxis Pizza. Notice only.**

---

Debtor 1    Edmund Cyprus Cutting                                         Case number (if known)    2:23-bk-15051

---

| 2.1 3 | **Colorado Department of Revenue** | Last 4 digits of account number | 3SLS | $7,081.37 | Unknown | Unknown |

Priority Creditor's Name
**PO Box 17087**
**Denver, CO 80217**
Number Street City State Zip Code

When was the debt incurred?    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**CCC Consulting - Sales Tax**

---

| 2.1 4 | **Colorado Department of Revenue** | Last 4 digits of account number | 5WTH | $34,989.04 | Unknown | Unknown |

Priority Creditor's Name
**PO Box 17087**
**Denver, CO 80217**
Number Street City State Zip Code

When was the debt incurred?    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**CCC Patxis - Sales Tax**

---

| 2.1 5 | **Colorado Department of Revenue** | Last 4 digits of account number | 5717 | $96,769.20 | Unknown | Unknown |

Priority Creditor's Name
**PO Box 17087**
**Denver, CO 80217**
Number Street City State Zip Code

When was the debt incurred?    **2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Officer/Partner Liability - CCC Patxis Pizza 2**
**Feb-2023-Feb-2023: $47,133.18**
**Feb-2023-Feb-2023: $34,252.52**
**Jan-2023-Jan-2023: $15,383.50**

---

Debtor 1  __Edmund Cyprus Cutting__                                    Case number (if known)  __2:23-bk-15051__

---

**2.16**

| **Colorado Department of Revenue** | Last 4 digits of account number __3SLS__ | **$34,105.40** | Unknown | Unknown |

Priority Creditor's Name
**PO Box 17087**
**Denver, CO 80217**
Number Street City State Zip Code

When was the debt incurred? __2022__

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
■ Disputed
■ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Check if this claim is for a community debt
☐ Domestic support obligations

**Is the claim subject to offset?**
☐ Taxes and certain other debts you owe the government
■ No
☐ Claims for death or personal injury while you were intoxicated
☐ Yes
☐ Other. Specify _____

**CCC Patxis Pizza 2 - Sales Tax**

---

**2.17**

| **Deparment of Revenue Washington** | Last 4 digits of account number __2708__ | **Unknown** | Unknown | Unknown |

Priority Creditor's Name
**State**
**2101 4th Ave Suite 1400**
**Seattle, WA 98121**
Number Street City State Zip Code

When was the debt incurred? __2022__

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
■ Contingent
☐ Debtor 2 only
■ Unliquidated
☐ Debtor 1 and Debtor 2 only
■ Disputed
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Check if this claim is for a community debt
☐ Domestic support obligations

**Is the claim subject to offset?**
☐ Taxes and certain other debts you owe the government
■ No
☐ Claims for death or personal injury while you were intoxicated
☐ Yes
☐ Other. Specify _____

**Eagle Grove Inc - Sales Tax**

---

**2.18**

| **EDD** | Last 4 digits of account number __0811__ | **Unknown** | Unknown | Unknown |

Priority Creditor's Name
**PO Box 826215MIC 3A**
**Sacramento, CA 94246**
Number Street City State Zip Code

When was the debt incurred? __2023__

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
■ Disputed
■ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Check if this claim is for a community debt
☐ Domestic support obligations

**Is the claim subject to offset?**
☐ Taxes and certain other debts you owe the government
■ No
☐ Claims for death or personal injury while you were intoxicated
☐ Yes
☐ Other. Specify _____

**EDD Notice of Assessment - CCC Entertainment**

---

Debtor 1  **Edmund Cyprus Cutting**                                    Case number *(if known)*   **2:23-bk-15051**

---

| | | | | | |
|---|---|---|---|---|---|

**2.19** **Employee Development Department**

Priority Creditor's Name
**PO Box 826880 MIC 83**
**Sacramento, CA 94280**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  **0811**     **Unknown**     **Unknown**     **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☒ Other. Specify  **Contributions to employee benefit plans**
                   **CCC Entertainment - For notice purposes**

---

**2.20** **Employment Development Dept**

Priority Creditor's Name
**Bankruptcy Unit MIC 92E**
**PO Box Box 826880**
**Sacramento, CA 94280-0001**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  **4780**     **Unknown**     **Unknown**     **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☒ Other. Specify  **Wages, salaries, and commissions**
                   **CCC Consulting - For notice purposes**

---

**2.21** **Employment Security Department**

Priority Creditor's Name
**Washington State**
**PO Box 9046**
**Olympia, WA 98507-9046**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  **2708**     **Unknown**     **Unknown**     **Unknown**

**When was the debt incurred?**    **2023**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify
                   **Eagle Grove Inc - UI Tax**

---

Debtor 1    Edmund Cyprus Cutting

Case number (if known)    2:23-bk-15051

---

| 2.2 2 | **Franchise Tax Board** | Last 4 digits of account number _____ | Unknown | Unknown | Unknown |

Priority Creditor's Name
**Bankruptcy Section, MS: A-340**
**PO Box 2952**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

CCC Consulting - For notice purposes only.

---

| 2.2 3 | **Internal Revenue Service** | Last 4 digits of account number 7632 | Unknown | Unknown | Unknown |

Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? 2021

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

940 - Taxes - CCC Entertainment

---

| 2.2 4 | **Internal Revenue Service** | Last 4 digits of account number 4049 | Unknown | Unknown | Unknown |

Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? 2022

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

CCC Consulting

---

Debtor 1   Edmund Cyprus Cutting                                    Case number (if known)   2:23-bk-15051

| 2.2 5 | **Internal Revenue Service** | Last 4 digits of account number  **1276**  Unknown  Unknown  Unknown |
|---|---|---|

Priority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   **2019**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

■ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Eagle Grove**

---

| 2.2 6 | **State Board of Equalization** | Last 4 digits of account number  **4780**  Unknown  Unknown  Unknown |
|---|---|---|

Priority Creditor's Name

**Account Information Group MIC**
**29**
**PO Box 942879**
**Sacramento, CA 94279-0029**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

■ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**CCC Consulting - For notice purposes only.**

---

| 2.2 7 | **State of Hawaii** | Last 4 digits of account number  **6700**  Unknown  Unknown  Unknown |
|---|---|---|

Priority Creditor's Name

**Department of Taxation**
**PO Box 259**
**Honolulu, HI 96809-0259**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Hickam Harbor**

---

Debtor 1  **Edmund Cyprus Cutting**                                    Case number (if known)  **2:23-bk-15051**

---

| 2.28 | **State of Washington** | Last 4 digits of account number | **4780** | **Unknown** | **Unknown** | **Unknown** |

Priority Creditor's Name

**Department of Revenue
Compliance Division
PO Box 47473
Olympia, WA 98504**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Eagle Grove - Ntc and Order to Withhold and
Deliver (Continuing Lien)**

---

| 2.29 | **Wisconsin Tax Authority** | Last 4 digits of account number | **4780** | **Unknown** | **Unknown** | **Unknown** |

Priority Creditor's Name

**PO Box 8949
Madison, WI 53708-8949**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**CCC Capital**

---

| 2.30 | **Wisconsin Tax Authority** | Last 4 digits of account number | | **Unknown** | **Unknown** | **Unknown** |

Priority Creditor's Name

**PO Box 8949
Madison, WI 53708-8949**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**CCC Capital - Property Taxes**

---

Debtor 1    **Edmund Cyprus Cutting**                                    Case number *(if known)*    **2:23-bk-15051**

| 2.3 1 | **Yesica Garcia** | | Last 4 digits of account number | **4780** | **$2,000.00** | **$2,000.00** | **$0.00** |

**Yesica Garcia**
Priority Creditor's Name
**10824 Archway Dr**
**Whittier, CA 90604**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **4780**    **$2,000.00**    **$2,000.00**    **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
**Rental deposit held for 10824 Archway**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | **1550 East 17th Ave LLC** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**1598 East 17th Ave**
**Denver, CO**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Patxis Lease (uptown lease agreement)**

---

Debtor 1   **Edmund Cyprus Cutting**                                      Case number (if known)   **2:23-bk-15051**

---

**4.2**   **5320 Ventures Inc**
Nonpriority Creditor's Name
**5320 S Moorland Ave**
**New Berlin, WI 53151**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

**4.3**   **677 Laurel Street Associates, LLC**
Nonpriority Creditor's Name
**Attn John Baer**
**Box 1334**
**San Carlos, CA 94070**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CCC Consulting - San Carlos Patxis. Personal Guaranty.**

---

**4.4**   **677 Laurel Street Associates, LLC**
Nonpriority Creditor's Name
**Attn John Baer**
**Box 1334**
**San Carlos, CA 94070**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Hickam Harbor - LivinRoom  Suite c. Personal Guaranty.**

---

Debtor 1    **Edmund Cyprus Cutting**                                  Case number (if known)    **2:23-bk-15051**

---

| 4.5 | **A to Z Refrigeration & HVAC Inc** | Last 4 digits of account number    **4780** | Unknown |

Nonpriority Creditor's Name
**840 Midwood Dr**
**Burlington, WI 53105**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Stonefire Pizza Co**

---

| 4.6 | **A+ Refrigeration** | Last 4 digits of account number    **4780** | Unknown |

Nonpriority Creditor's Name
**PO Box 60437**
**Santa Barbara, CA 93160**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Entertainment - Repair and Maintenance**

---

| 4.7 | **ABC Technologies Group Inc** | Last 4 digits of account number    **6625** | Unknown |

Nonpriority Creditor's Name
**1115 Ridge Creek Circle Unit 101**
**Waukesha, WI 53186**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    **2021**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **5320 Ventures Inc - Repairs and maintenance**

---

Debtor 1   **Edmund Cyprus Cutting**

Case number (if known)   **2:23-bk-15051**

---

**4.8**

**Abel Diaz**
Nonpriority Creditor's Name

**411 Hobron Lane #3509**
**Honolulu, HI 96815**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Hickham Harbor - Employee**

---

**4.9**

**Abulhosn Family II LLC**
Nonpriority Creditor's Name

**574 Santa Fe DR #300**
**Denver, CO 80204**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **C024**   **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CCC Patxis - Lease. Personal Guaranty.**

---

**4.10**

**Ace Foods LLP**
Nonpriority Creditor's Name

**Attn Marie C Mirch Esq**
**1180 Rosecrans St Ste 104-557**
**San Diego, CA 92106**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Lawsuit. Case no. 30-2020-01169974-CU-CO-CJC. See Statement of Financial Affairs**

---

Debtor 1    __Edmund Cyprus Cutting__    Case number (if known)    __2:23-bk-15051__

| | | | |
|---|---|---|---|
| **4.1.1** | **ADP Inc** | Last 4 digits of account number    **5476** | **Unknown** |

Nonpriority Creditor's Name
**PO Box 31001-1874**
**Pasadena, CA 91110**
Number Street City State Zip Code

When was the debt incurred?    **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **CCC Entertainment -**

---

| | | | |
|---|---|---|---|
| **4.1.2** | **AFLAC** | Last 4 digits of account number    **3L47** | **Unknown** |

Nonpriority Creditor's Name
**4500 Park Granada Blvd #202**
**Calabasas, CA 91302**
Number Street City State Zip Code

When was the debt incurred?    **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **CCC Consulting - Insurance**

---

| | | | |
|---|---|---|---|
| **4.1.3** | **AFLAC** | Last 4 digits of account number    **3L42** | **Unknown** |

Nonpriority Creditor's Name
**4500 Park Granada Blvd #202**
**Calabasas, CA 91302**
Number Street City State Zip Code

When was the debt incurred?    **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **CCC Patxis - Insurance**

---

Debtor 1  **Edmund Cyprus Cutting**

Case number *(if known)*   **2:23-bk-15051**

---

| 4.1 4 | | |
|---|---|---|

**AFLAC**

Nonpriority Creditor's Name

**4500 Park Granada Blvd #202**
**Calabasas, CA 91302**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **3L41**

Unknown

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CCC Patxis Pizza - Insurance**

---

| 4.1 5 | | |
|---|---|---|

**AFLAC**

Nonpriority Creditor's Name

**4500 Park Granada Blvd #202**
**Calabasas, CA 91302**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **2K66**

Unknown

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Hickam Harbor LLC - Insurance**

---

| 4.1 6 | | |
|---|---|---|

**AG/CAMBRIA OPPII Owner LLC**

Nonpriority Creditor's Name

**c/o Cambra Realty**
**9601 Wilshire Blvd Penthouse**
**Beverly Hills, CA 90210**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number

Unknown

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice Only**

---

Debtor 1  **Edmund Cyprus Cutting**                              Case number (if known)    **2:23-bk-15051**

---

**4.17**

| | |
|---|---|
| **Aiden Wamsley** | |

Nonpriority Creditor's Name

**3519 N Cook Street**
**Denver, CO 80205**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____          **$444.50**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Wage Claim**

---

**4.18**

| | |
|---|---|
| **Ako Denis** | |

Nonpriority Creditor's Name

**55 South Kukui Street #2403**
**Honolulu, HI 96813**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Hickam Harbor - Employee**

---

**4.19**

| | |
|---|---|
| **Alaka'i Mechanical Corporation** | |

Nonpriority Creditor's Name

**2655 Waiwai Loop**
**Honolulu, HI 96819**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  **H001**          **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Hickam Harbor LLC - Repairs and Maintenance**

---

Debtor 1  **Edmund Cyprus Cutting**                                      Case number (if known)  **2:23-bk-15051**

---

| 4.2 0 | **All State Plumbing** | | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**9711 Sterling Drive**
**Littleton, CO 80126**
Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CCC Patxis Pizza 2 - Grease Trap**

---

| 4.2 1 | **Allen Nadi** | | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**110 Knoll Rd**
**San Marcos, CA 92069**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Eagle Grove Corporation - Stock Purchase Agreement. Notice Only.**

---

| 4.2 2 | **Allied Beverage Co.** | | Last 4 digits of account number | 1798 | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 842685**
**Los Angeles, CA 90084**
Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CCC Entertainment - Beverage**

---

Debtor 1    Edmund Cyprus Cutting

Case number (if known)    2:23-bk-15051

---

| 4.2 3 | **Altamont Beer Works** | | |

**Nonpriority Creditor's Name**

**2402 Research Dr**
**Livermore, CA 94550**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **CCC Patxis Pizza 2 - Beverage**

---

| 4.2 4 | **Amanda R Russell** | | |

**Nonpriority Creditor's Name**

**co Davtyan Law Firm Inc**
**880 E Broadway**
**Glendale, CA 91205**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **CCC Entertainment Corp - Employee Complaint**

---

| 4.2 5 | **Amazon Business Credit Card** | | |

**Nonpriority Creditor's Name**

**PO Box 981535**
**El Paso, TX 79998-1535**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____    **$5,800.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Hickam Harbor LLC - Credit Card**

---

Debtor 1    **Edmund Cyprus Cutting**                                    Case number (if known)    **2:23-bk-15051**

| 4.2 6 | **Amazon Card-Synchrony Bank** | Last 4 digits of account number | **0968** | **$6,608.68** |

Nonpriority Creditor's Name
**PO Box 960013**
**Orlando, FL 32896-0013**
Number Street City State Zip Code
When was the debt incurred?    **2023**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

□ Yes

■ Other. Specify    **Misc. Purchases, Interest, and Penalties Through Date Indicated (Majority Business Expenses)**

| 4.2 7 | **Amazon Card-Synchrony Bank** | Last 4 digits of account number | | **$11,000.00** |

Nonpriority Creditor's Name
**140 Wekiva Springs Road**
**Longwood, FL 32779**
Number Street City State Zip Code
When was the debt incurred?    **2023**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

□ Yes

■ Other. Specify    **Cutting Concepts Corporation - Credit Card**

| 4.2 8 | **American Airlines AAdvantage** | Last 4 digits of account number | **6525** | **$2,418.04** |

Nonpriority Creditor's Name
**Barclay Card Services**
**PO Box 8802**
**Wilmington, DE 19899-8802**
Number Street City State Zip Code
When was the debt incurred?    **2023**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

□ Yes

■ Other. Specify    **Misc. Purchases, Interest, and Penalties Through Date Indicated**

Debtor 1  **Edmund Cyprus Cutting**                                    Case number (if known)    **2:23-bk-15051**

---

| 4.29 | **American Express** | Last 4 digits of account number | **1008** | **$4,096.34** |

Nonpriority Creditor's Name
**Rausch Sturm LLP**
**250 N Sunny Slope Rd Suite 300**
**Brookfield, WI 53005**
Number Street City State Zip Code

When was the debt incurred?    **2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **CCC Entertainment - Credit Card. Lawsuit. Case no. 22NWLC30043 Superior Court of California, Los Angeles County.**

---

| 4.30 | **AMEX-Business Gold Reward** | Last 4 digits of account number | **2001** | **$38,808.48** |

Nonpriority Creditor's Name
**Rausch Sturm LLP**
**250 N Sunnyslope Rd Ste 300**
**Brookfield, WI 53005**
Number Street City State Zip Code

When was the debt incurred?    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **CCC Consulting - Credit Card. Lawsuit. Case no. 23PSCV00528. Superior Court of California, Los Angeles County.**

---

Debtor 1  **Edmund Cyprus Cutting**                                    Case number (if known)  **2:23-bk-15051**

---

| 4.3 1 | **AMEX-Business Platinum Card** | Last 4 digits of account number  **2009** | $67,797.90 |

Nonpriority Creditor's Name
**Rausch Sturm LLP
Vanessa Thomas
250 N Sunnyslope Road Suite 300
Brookfield, WI 53005**
Number Street City State Zip Code

When was the debt incurred?  **2022**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CCC Consulting/CCC Hickam Harbor - Credit Card. Lawsuit. Case no. 23PSCV00528. Superior Court of California, Los Angeles County. See Statement of Financial Affairs.**

---

| 4.3 2 | **AMEX-Business Platinum Card** | Last 4 digits of account number  **2000** | $10,539.41 |

Nonpriority Creditor's Name
**Rausch & Sturm LLP
250 N Sunnyslope Rd Ste 300
Brookfield, WI 53005**
Number Street City State Zip Code

When was the debt incurred?  **2022**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CCC Consulting - Credit Card. Lawsuit. Case no. 22NWLC30017. Superior Court of California, Los Angeles County.**

---

Debtor 1  **Edmund Cyprus Cutting**                                    Case number (if known)    **2:23-bk-15051**

---

| 4.3 3 | **Amex-Delta Gold** | Last 4 digits of account number | **1001** | $1,978.20 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Rausch Sturm LLP
250 N Sunny Slope Road Suite 300
Brookfield, WI 53005**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?    **2023**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Misc. Purchases, Interest, and Penalties Through Date Indicated. Lawsuit. Case no. 22NWLC30032. Superior Court of California, Los Angeles County.**

---

| 4.3 4 | **AMEX-Plum Card** | Last 4 digits of account number | **1009** | $14,032.25 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Rausch Sturm LLP
Christine Siduguen
250 N Sunnyslope Road Suite 300
Brookfield, WI 53005**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?    **2022**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **CCC Consulting/CCC Hickam Harbor - Credit Card. Lawsuit. Case no. 23NWLC04036. Superior Court of California, Los Angeles County. See Statement of Financial Affairs**

---

Debtor 1  **Edmund Cyprus Cutting**

Case number (if known)  **2:23-bk-15051**

---

| 4.3 5 | **Amtrust** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**Bethune & Associates**
**14435 North 7th Street Suite 201**
**Phoenix, AZ 85022**
Number Street City State Zip Code

When was the debt incurred?  **2023**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **5320 Ventures - Insurance Premium**

---

| 4.3 6 | **Amtrust North America** | Last 4 digits of account number **4135** | Unknown |

Nonpriority Creditor's Name
**PO Box 6939**
**Cleveland, OH 44101**
Number Street City State Zip Code

When was the debt incurred?  **2020**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CCC Entertainment - Workers Compensation**

---

| 4.3 7 | **Anheuser-Busch** | Last 4 digits of account number **9630** | Unknown |

Nonpriority Creditor's Name
**1455 E 62ND Ave**
**Denver, CO 80216**
Number Street City State Zip Code

When was the debt incurred?  **2020**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CCC Patxis - Beverage**

---

Debtor 1    Edmund Cyprus Cutting                                          Case number (if known)    2:23-bk-15051

| 4.38 | **Anheuser-Bush Sales of Los Angeles** | | Last 4 digits of account number | | | Unknown |

Nonpriority Creditor's Name
**15800 Roscoe Blvd**
**Van Nuys, CA 91406**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Entertainment -**

---

| 4.39 | **Anthony Awning Company** | | Last 4 digits of account number | **0568** | | Unknown |

Nonpriority Creditor's Name
**243 Old Country Road**
**San Carlos, CA 94070**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
☐ Yes

**When was the debt incurred?**    **2023**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Livinroom**

---

| 4.40 | **Aramark** | | Last 4 digits of account number | **2213** | | Unknown |

Nonpriority Creditor's Name
**PO Box 101179**
**San Mateo, CA 94403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Consulting - Restaurant Supplies**

Debtor 1    **Edmund Cyprus Cutting**

Case number (if known)    **2:23-bk-15051**

---

**4.4
1**

**Aramark**
Nonpriority Creditor's Name

**PO Box 731676
Dallas, TX 75373**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **3405**          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Consulting - Restaurant Supplies**

---

**4.4
2**

**Aramark**
Nonpriority Creditor's Name

**PO Box 101179
Pasadena, CA 91189**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5999**          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Entertainment - Linen**

---

**4.4
3**

**Aramark**
Nonpriority Creditor's Name

**Po Box
Pasadena, CA 91189**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **9237**          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Entertainment - Linen**

---

Debtor 1    Edmund Cyprus Cutting

Case number (if known)    2:23-bk-15051

---

| 4.4 4 | | |
|---|---|---|
| **Aramark** | Last 4 digits of account number    **3311** | **Unknown** |
| Nonpriority Creditor's Name | | |
| **PO Box 101179** | When was the debt incurred?    **2022** | |
| **Pasadena, CA 91189** | | |

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **CCC Entertainment (Patxis Dublin) - Linen**

---

| 4.4 5 | | |
|---|---|---|
| **Aramark** | Last 4 digits of account number    **8682** | **Unknown** |
| Nonpriority Creditor's Name | | |
| **PO Box 101179** | When was the debt incurred?    **2021** | |
| **Pasadena, CA 91189** | | |

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **CCC Patxis - Linen**

---

| 4.4 6 | | |
|---|---|---|
| **Aramark** | Last 4 digits of account number    **0195** | **Unknown** |
| Nonpriority Creditor's Name | | |
| **PO Box 101179** | When was the debt incurred?    **2022** | |
| **San Mateo, CA 94403** | | |

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **CCC Patxis Pizza 2 - Restauran**

---

Debtor 1    Edmund Cyprus Cutting                                    Case number (if known)    2:23-bk-15051

---

| 4.47 | **Aramark** | | Unknown |
|---|---|---|---|

**Aramark**
Nonpriority Creditor's Name
**PO Box 7311676**
**Dallas, TX 75373**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **2175**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis Pizza 2 - Linen**

---

| 4.48 | **Aramark** | | Unknown |
|---|---|---|---|

**Aramark**
Nonpriority Creditor's Name
**PO BOX 101179**
**Pasadena, CA 91189**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **4791**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Eagle Grove Inc - Linen**

---

| 4.49 | **Aramark Uniform Services** | | Unknown |
|---|---|---|---|

**Aramark Uniform Services**
Nonpriority Creditor's Name
**PO Box 731676**
**Dallas, TX 75373**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **2796**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis - Linen**

---

Debtor 1   **Edmund Cyprus Cutting**                                        Case number (if known)    **2:23-bk-15051**

---

| 4.5 0 | **ARF Financial** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**433 N Camden Drive, Suite 810
Beverly Hills, CA 90210**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **5898**                               **$358,314.76**

**When was the debt incurred?**    **2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Hickam Harbor LLC - Judgment. See Statement of Financial Affairs. Personal Guaranty.**

---

| 4.5 1 | **ASSN Company** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 2576
Springfield, IL 62708**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                                          **Unknown**

**When was the debt incurred?**    **2021**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **CCC Entertainment. UCC-1**

---

| 4.5 2 | **AW Billing Services LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**4431 N Dixie Highway
Boca Raton, FL 33431**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **2399**                               **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **CCC Patxis Pizza 2 - Water Service**

---

Official Form 106 E/F                 Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1    Edmund Cyprus Cutting

Case number (if known)    2:23-bk-15051

---

| 4.5 3 | **Baker Commodities Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**91-269 Olai St**
**Kapolei, HI 96707**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    8900                    **Unknown**

**When was the debt incurred?**    2022

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Hickam Harbor LLC - Repairs and Maintenance**

---

| 4.5 4 | **Balcom Canyon Cider** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**4464 McGarth St #110**
**Ventura, CA 93003**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                        **Unknown**

**When was the debt incurred?**    2022

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CCC Entertainment - Beverage.**

---

| 4.5 5 | **Baldinger Insurance** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 31927**
**Las Vegas, NV 89173**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    0470                    **Unknown**

**When was the debt incurred?**    2022

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Hickam Harbor LLC - Insurance**

---

Debtor 1    Edmund Cyprus Cutting

Case number (if known)    2:23-bk-15051

---

| 4.5 6 | **Ballard Parking LLC** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**1752 NW Market St #905**
**Seattle, WA 98107**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Eagle Grove Inc -**

---

| 4.5 7 | **Ballard Space** | Last 4 digits of account number | 0841 | **Unknown** |

Nonpriority Creditor's Name

**5325 Ballard Ave NW Box #1**
**Seattle, WA 98107**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Eagle Grove Inc - Rent/Lease. Personal Guaranty.**

---

| 4.5 8 | **Bank of America** | Last 4 digits of account number | 5499 | **$8,800.00** |

Nonpriority Creditor's Name

**PO Box 660441**
**Dallas, TX 75266-0441**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?    **2023**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Eagle Grove Inc - Credit Card**

---

Debtor 1    Edmund Cyprus Cutting

Case number (if known)    2:23-bk-15051

---

| 4.59 | **Bank of America** | Last 4 digits of account number | 1609 | $40,300.00 |

Nonpriority Creditor's Name
**PO Box 660441**
**Dallas, TX 75266-0441**
Number Street City State Zip Code

When was the debt incurred?    **2023**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Eagle Grove Inc - Credit Card**

---

| 4.60 | **Bauer Sign and Lighting** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
**2500 S 170th St**
**New Berlin, WI 53151**
Number Street City State Zip Code

When was the debt incurred?    **2023**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **5320 Ventures Inc - Repairs and maintenance**

---

| 4.61 | **Bay Alarm Company** | Last 4 digits of account number | 4528 | Unknown |

Nonpriority Creditor's Name
**1016 Clegg Branch**
**Petaluma, CA 94954**
Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis - Alarm System**

---

Debtor 1    Edmund Cyprus Cutting

Case number (if known)    2:23-bk-15051

---

| 4.6 2 | **Beer Capitol Distributing LLC** | Last 4 digits of account number | | | $0.00 |
|---|---|---|

Nonpriority Creditor's Name

**W222 N5700 Miller Way**
**Sussex, WI 53089**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **5320 Ventures - Notice Only**

---

| 4.6 3 | **Berkshire Hathaway** | Last 4 digits of account number | **7320** | | $615.38 |
|---|---|---|

Nonpriority Creditor's Name

**Guard Insurance Companies**
**PO Box AH**
**Wilkes Barre, PA 18703-0020**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Eagle Grove Inc - Business Owners Insurance**

---

| 4.6 4 | **Better Beverage** | Last 4 digits of account number | **6247** | | $383.16 |
|---|---|---|

Nonpriority Creditor's Name

**PO Box 1399**
**Bellflower, CA 90707**

When was the debt incurred?    **2021**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **CCC Entertainment - CO2**

---

Debtor 1    **Edmund Cyprus Cutting**    Case number (if known)    **2:23-bk-15051**

---

| 4.6 5 | **Better Beverages** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number | **6889** | $183.92 |

**10624 Midway Ave**
**Cerritos, CA 90703**
Number Street City State Zip Code

When was the debt incurred?    **2021**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

■ Other. Specify    **CCC Entertainment - CO2**

---

| 4.6 6 | **BKG Structural Engineers** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number | | **Unknown** |

**1600 El Camino Real Unit C**
**San Carlos, CA 94070**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

■ Other. Specify    **Patxis - Notice Only.**

---

| 4.6 7 | **Blaze Mastercard** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number | **0437** | $1,423.43 |

**PO Box 5096**
**Sioux Falls, SD 57117-5096**
Number Street City State Zip Code

When was the debt incurred?    **2023**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

■ Other. Specify    **Misc. Purchases, Interest, and Penalties Through Date Indicated**

---

Debtor 1  **Edmund Cyprus Cutting**                                    Case number (if known)    **2:23-bk-15051**

---

| 4.6 8 | **Bon Air Development LLC** | Last 4 digits of account number | **0200** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**50 Bon Air Center Suite 200**
**Greenbrae, CA 94904**

When was the debt incurred?    **2021**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis - Settlement - Notice Only**

---

| 4.6 9 | **Booze Brothers Brewing Co** | Last 4 digits of account number | | $1,575.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2545 Progress St Ste D**
**Vista, CA 92081**

When was the debt incurred?    **2020**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Eagle Grove Inc - Beverage**

---

| 4.7 0 | **Break Thru Beverage** | Last 4 digits of account number | **7805** | $2,476.85 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 13306**
**Baltimore, MD 21203**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis Pizza - Beverage**

---

Debtor 1    **Edmund Cyprus Cutting**                                    Case number *(if known)*    **2:23-bk-15051**

---

| 4.7 1 | **Breakthru Beverage** | Last 4 digits of account number    **9372** | $346.39 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 13306**
**Baltimore, MD 21203**
Number Street City State Zip Code

When was the debt incurred?    **2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CCC Consulting - Beverage**

---

| 4.7 2 | **BreakThru Beverage** | Last 4 digits of account number    **5862** | $242.34 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 13306**
**Baltimore, MD 21203**
Number Street City State Zip Code

When was the debt incurred?    **2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CCC Patxis - Beverage**

---

| 4.7 3 | **Butler Chemical Inc.** | Last 4 digits of account number    **4S03** | $1,111.54 |
|---|---|---|---|

Nonpriority Creditor's Name
**3070 E. Ceena Ct**
**Anaheim, CA 92806**
Number Street City State Zip Code

When was the debt incurred?    **2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Eagle Grove Inc - Chemicals**

---

Debtor 1    Edmund Cyprus Cutting    Case number *(if known)*    2:23-bk-15051

| | |
|---|---|
| **4.74** | |

**California Choice**
Nonpriority Creditor's Name
**721 South Parker Suite 200**
**Orange, CA 92868**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Entertainment - Employer Health Insurance. Notice Only**

---

| | |
|---|---|
| **4.75** | |

**California Electric Supply**
Nonpriority Creditor's Name
**233 South Milpas Street**
**Santa Barbara, CA 93103**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___    $0.00

When was the debt incurred?    2023

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Patxis - Notice Only**

---

| | |
|---|---|
| **4.76** | |

**Canyon Club Brewing**
Nonpriority Creditor's Name
**1558 Canyon Rd**
**Moraga, CA 94556**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___    $85.00

When was the debt incurred?    2022

As of the date you file, the claim is: Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis Pizza 2 - Beverage**

---

Debtor 1    Edmund Cyprus Cutting                                                    Case number (if known)    **2:23-bk-15051**

---

| 4.7 7 | **Capital One --Spark Business** | Last 4 digits of account number | **1145** | **$4,309.23** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn General Correspondence
PO Box 30285
Salt Lake City, UT 84130-0285**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2023**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Purchases, Interest, and Penalties Through Date Indicated**

---

| 4.7 8 | **Capital One- Quicksilver One** | Last 4 digits of account number | **4137** | **$4,785.71** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn General Correspondence
PO Box 30285
Salt Lake City, UT 84130-0285**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **7500**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Purchases, Interest, and Penalties Through Date Indicated**

---

| 4.7 9 | **Carbonic Service Inc** | Last 4 digits of account number | **5348** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1920 De La Cruz Blvd
Santa Clara, CA 95050**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CCC Patxis Pizza 2 - Carbonic Service**

---

Debtor 1    **Edmund Cyprus Cutting**                                    Case number (if known)    **2:23-bk-15051**

---

**4.8 0**

**Carl Tomich**
Nonpriority Creditor's Name

**CT Investments III Ltd**
**N8 W22520 Johnson Dr Unit L**
**Waukesha, WI 53186**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____        **$300,000.00**

When was the debt incurred?    **2021**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Promissory Note**

---

**4.8 1**

**CCC Capital Inc**
Nonpriority Creditor's Name

**604 Wrede Way**
**West Covina, CA 91791**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number    **4780**        **Unknown**

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Notice for any claims**

---

**4.8 2**

**CCC Consulting Corporation**
Nonpriority Creditor's Name

**604 Wrede Way**
**West Covina, CA 91791**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number    **4780**        **Unknown**

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Notice for any claims**

---

Debtor 1    Edmund Cyprus Cutting

Case number (if known)    2:23-bk-15051

| 4.8 3 | **CCC Entertainment Corp** | Last 4 digits of account number | 4780 | Unknown |

Nonpriority Creditor's Name
**604 Wrede Way**
**West Covina, CA 91791-2351**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Notice for any claims**

---

| 4.8 4 | **CCC livinroom Corporation** | Last 4 digits of account number | 4780 | Unknown |

Nonpriority Creditor's Name
**8028 Harrison St**
**Paramount, CA 90723**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Notice for any claims**

---

| 4.8 5 | **CCC Patxis Corporation** | Last 4 digits of account number | 4780 | Unknown |

Nonpriority Creditor's Name
**8028 Harrison St**
**Paramount, CA 90723**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Notice for any claims**

Debtor 1   **Edmund Cyprus Cutting**                                  Case number (if known)   **2:23-bk-15051**

---

**4.86**   **Celtic Bank**

Nonpriority Creditor's Name

**268 State St #300**
**Salt Lake City, UT 84111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| | |
|---|---|
| Last 4 digits of account number | **8509** |
| When was the debt incurred? | **2022** |

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CCC Consulting - Loan (secured)**

**Unknown**

---

**4.87**   **CentryLink**

Nonpriority Creditor's Name

**PO Box 4300**
**Carol Stream, IL 60197**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| | |
|---|---|
| Last 4 digits of account number | **0449** |
| When was the debt incurred? | **2022** |

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CCC Patxis Pizza 2 - Internet**

**Unknown**

---

**4.88**   **Certech Environmental Services**

Nonpriority Creditor's Name

**2244 Oak Grove Rd #3188**
**Walnut Creek, CA 94598**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| | |
|---|---|
| Last 4 digits of account number | **1076** |
| When was the debt incurred? | **2021** |

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CCC Entertainment - Pest**

**Unknown**

---

Debtor 1   **Edmund Cyprus Cutting**                                    Case number *(if known)*   **2:23-bk-15051**

---

| 4.8 9 | **Chefs Choice Produce Co** | Last 4 digits of account number | **4780** | Unknown |

Nonpriority Creditor's Name
**2170 Martin Ave**
**Santa Clara, CA 95050**
Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Patxis Pizza - San Carlos - Personal Guaranty**

---

| 4.9 0 | **Citi BankAA Advantage** | Last 4 digits of account number | **5139** | $3,317.25 |

Nonpriority Creditor's Name
**PO Box 9001037**
**Louisville, KY 40290**
Number Street City State Zip Code

When was the debt incurred?   **2023**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Misc. Purchases, Interest, and Penalties Through Date Indicated**

---

| 4.9 1 | **City of New Berlin** | Last 4 digits of account number | **4780** | Unknown |

Nonpriority Creditor's Name
**3805 S Caspar Drive**
**New Berlin, WI 53151**
Number Street City State Zip Code

When was the debt incurred?   **2023**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **5320 Ventures - License Invoices**

---

Debtor 1  __Edmund Cyprus Cutting_____    Case number (if known)  __2:23-bk-15051__

| | | |
|---|---|---|
| 4.9 2 | **City of Santa Barbara** | Last 4 digits of account number __9188__    Unknown |

Nonpriority Creditor's Name
**Post Office Box 60809**
**Santa Barbara, CA 93160-0809**
Number Street City State Zip Code

When was the debt incurred?    **2023**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify  **Patxis Pizza - Utilities**

| | | |
|---|---|---|
| 4.9 3 | **City Of Seattle** | Last 4 digits of account number __4889__    Unknown |

Nonpriority Creditor's Name
**PO Box3251**
**Seattle, WA 98124**
Number Street City State Zip Code

When was the debt incurred?    **2022**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify  **Eagle Grove Inc - Utilities**

| | | |
|---|---|---|
| 4.9 4 | **Classic Dist & Bev Group** | Last 4 digits of account number __0870__    Unknown |

Nonpriority Creditor's Name
**PO Box 60397**
**Los Angeles, CA 90060**
Number Street City State Zip Code

When was the debt incurred?    **2022**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify  **CCC Entertainment - Beverage**

Debtor 1  **Edmund Cyprus Cutting**                                    Case number (if known)  **2:23-bk-15051**

---

| 4.9 5 | **Classic Dist & Bev Group** | Last 4 digits of account number | 0802 | Unknown |

Nonpriority Creditor's Name
**Po Box 60397**
**Los Angeles, CA 90060**
Number Street City State Zip Code

When was the debt incurred?  **2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CCC Entertainment - Beverage**

---

| 4.9 6 | **Colorado Commercial Refrigeration** | Last 4 digits of account number | 1074 | Unknown |

Nonpriority Creditor's Name
**12449 Mead Way**
**Littleton, CO 80125**
Number Street City State Zip Code

When was the debt incurred?  **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CCC Patxis - Repairs and Maintenance**

---

| 4.9 7 | **Comcast** | Last 4 digits of account number | 9585 | Unknown |

Nonpriority Creditor's Name
**PO Box 60533**
**City of Industry, CA 91716**
Number Street City State Zip Code

When was the debt incurred?  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CCC Consulting - Phone and Internet**

---

Debtor 1    **Edmund Cyprus Cutting**                                   Case number (if known)    **2:3-bk-15051**

| 4.9 8 | **Comcast** | Last 4 digits of account number | 0337 | Unknown |

Nonpriority Creditor's Name
**PO Box 60533**
**City of Industry, CA 91716**
Number Street City State Zip Code

When was the debt incurred?    **2022**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **CCC Consulting - Phone and Internet**

---

| 4.9 9 | **Comcast** | Last 4 digits of account number | 0337 | Unknown |

Nonpriority Creditor's Name
**PO Box 60533**
**City of Industry, CA 91716**
Number Street City State Zip Code

When was the debt incurred?    **2022**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **CCC Patxis - Internet and Phones**

---

| 4.1 00 | **Comcast** | Last 4 digits of account number | 8549 | Unknown |

Nonpriority Creditor's Name
**PO Box 60533**
**City of Industry, CA 91716**
Number Street City State Zip Code

When was the debt incurred?    **2021**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **CCC Patxis - Phone and Internet**

---

Debtor 1    Edmund Cyprus Cutting                                    Case number (if known)    2:23-bk-15051

---

<table>
<tr><td>4.1<br>01</td><td colspan="2"><b>Commercial appliance repair</b></td></tr>
</table>

| | |
|---|---|
| **Commercial appliance repair**<br>Nonpriority Creditor's Name<br>**PO Box 453**<br>**Buellton, CA 93427**<br>Number Street City State Zip Code | **Last 4 digits of account number** _____ **Unknown** |

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

**When was the debt incurred?**    2022

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    CCC Entertainment - Appliance

---

| 4.1<br>02 | **Construction Plumbing** | **Last 4 digits of account number**  3380    **Unknown** |
|---|---|---|

Nonpriority Creditor's Name
**812B E. Yanonali**
**Santa Barbara, CA 93103**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

**When was the debt incurred?**    2020

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Entertainment - Repairs and Maintenance**

---

| 4.1<br>03 | **Continuum Property Management Company** | **Last 4 digits of account number**  _____    **Unknown** |
|---|---|---|

Nonpriority Creditor's Name
**1881 16th Street Suite 500**
**Denver, CO 80202**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

**When was the debt incurred?**    _____

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis Pizza 2 - (Contracts & Leases) Lease for Cherry Hills Patxis**

---

Debtor 1    **Edmund Cyprus Cutting**

Case number (if known)    **2:23-bk-15051**

---

| 4.1 04 | | |
|---|---|---|

**Coors Distributing**
Nonpriority Creditor's Name

**5400 N Pecos St**
**Denver, CO 80221**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **7096**

When was the debt incurred?    **2021**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Consulting - Beverage**

Unknown

---

| 4.1 05 | | |
|---|---|---|

**Coors Distributing**
Nonpriority Creditor's Name

**5400 Pecos**
**Denver, CO 80221**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **7099**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis - Beverage**

Unknown

---

| 4.1 06 | | |
|---|---|---|

**Coors Distributing**
Nonpriority Creditor's Name

**5400 Pecos**
**Denver, CO 80221**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **7098**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Patxis Pizza - Beverage**

Unknown

---

Debtor 1    Edmund Cyprus Cutting                                    Case number (if known)    2:23-bk-15051

---

| 4.1 07 | **Corodata** | | | |
| | Nonpriority Creditor's Name | Last 4 digits of account number | **2007** | Unknown |
| | **2621 Research Dr** | When was the debt incurred? | **2021** | |
| | **Corona, CA 92882** | | | |

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Entertainment - Record Storage**

---

| 4.1 08 | **Corporate Business Systems** | | | |
| | Nonpriority Creditor's Name | Last 4 digits of account number | | Unknown |
| | **6300 Monona Dr** | When was the debt incurred? | | |
| | **Madison, WI 53716** | | | |

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Entertainment - Ricoh Copier**

---

| 4.1 09 | **CP Kent Place Owner LLC** | | | |
| | Nonpriority Creditor's Name | Last 4 digits of account number | | Unknown |
| | **1881 16th Street Suite 500** | When was the debt incurred? | | |
| | **Denver, CO 80202** | | | |

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Cherry Hills Patxis. Personal Guaranty.**

---

Debtor 1    Edmund Cyprus Cutting                                 Case number (if known)    2:23-bk-15051

| | | |
|---|---|---|
| 4.1 10 | **CP Kent Place Owner, LLC** | Last 4 digits of account number **8477**    $19,151.55 |

Nonpriority Creditor's Name

**1881 16th St Suite 500**
**Denver, CO 80202**
Number Street City State Zip Code

When was the debt incurred? **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CCC Patxis Pizza 2 - Rent/Lease. Lawsuit. Case no. 2022CV032112. District Court, Arapahoe County Colorado. See Statement of Financial Affairs.**

---

| | | |
|---|---|---|
| 4.1 11 | **Craft Beer Guild** | Last 4 digits of account number **S300**    Unknown |

Nonpriority Creditor's Name

**7825 Trade St #110B**
**San Diego, CA 92121**
Number Street City State Zip Code

When was the debt incurred? **2019**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Eagle Grove Inc - Beverage**

---

| | | |
|---|---|---|
| 4.1 12 | **Craft Beer Guild of LA** | Last 4 digits of account number **P064**    Unknown |

Nonpriority Creditor's Name

**13211 East 166th St**
**Cerritos, CA 90703**
Number Street City State Zip Code

When was the debt incurred? **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CCC Entertainment - Beverage**

---

Debtor 1    **Edmund Cyprus Cutting**                                    Case number *(if known)*    **2:23-bk-15051**

---

| 4.1 13 | **Craft Beer Guild of LA** | Last 4 digits of account number    **P634** | **Unknown** |

Nonpriority Creditor's Name
**13211 East 166th St**
**Cerritos, CA 90703**

When was the debt incurred?    **2020**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **CCC Entertainment - Beverage**

---

| 4.1 14 | **Credit One Mastercard** | Last 4 digits of account number    **0022** | **$3.81** |

Nonpriority Creditor's Name
**PO Box 98873**
**Las Vegas, NV 89193-8873**

When was the debt incurred?    **2023**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Misc. Purchases, Interest, and Penalties Through Date Indicated**

---

| 4.1 15 | **Credit One Visa** | Last 4 digits of account number    **4500** | **$8.38** |

Nonpriority Creditor's Name
**PO Box 98873**
**Las Vegas, NV 89193-8873**

When was the debt incurred?    **2023**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Misc. Purchases, Interest, and Penalties Through Date Indicated**

---

Debtor 1    Edmund Cyprus Cutting                                    Case number (if known)    2:23-bk-15051

| 4.1 16 | **Crest Beverage LLC** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number    **7262** | **Unknown** |

**PO Box 848536**
**Los Angeles, CA 90084**
Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Eagle Grove Inc - Beverage**

---

| 4.1 17 | **Crosspoint Realty Services, Inc** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number    **6192** | **Unknown** |

**20211 Patio Drive Suite 145**
**Castro Valley, CA 94546**
Number Street City State Zip Code

When was the debt incurred?    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis Pizza 2 - Rent/Lease**

---

| 4.1 18 | **Crosspoint Realty Services, Inc.** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number | **Unknown** |

**20211 Patio Drive Suite 145**
**Castro Valley, CA 94546**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis Pizza 2 - Lease For Lafayette**

---

Debtor 1    Edmund Cyprus Cutting

Case number (if known)    2:23-bk-15051

---

**4.1**
**19**

**CSU Producer Resources Inc**
Nonpriority Creditor's Name
**PO Box 145416**
**Cincinnati, OH 45250-5416**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    **2021**

**As of the date you file, the claim is: Check all that apply**
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Business Insurance (WI) - Notice Only**

---

**4.1**
**20**

**CT Investments III, LLC**
Nonpriority Creditor's Name
**NW  W22520 Johnson Dr Ste L**
**Waukesha, WI 53186**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    **2022**

**As of the date you file, the claim is: Check all that apply**
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **5320 Ventures Inc - Rent**

---

**4.1**
**21**

**Cutting Concepts Corporation**
Nonpriority Creditor's Name
**11815 FOOTHILL BLVD STE E**
**Rancho Cucamonga, CA 91730**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    _____

**As of the date you file, the claim is: Check all that apply**
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Notice Only**

---

Debtor 1  **Edmund Cyprus Cutting**

Case number (if known)  **2:3-bk-15051**

---

| 4.1 22 | | | |
|---|---|---|---|

**D&D Wholesale Dist.**

Nonpriority Creditor's Name

**777 Baldwin Park Blvd**
**La Puente, CA 91746**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  **4305**                      Unknown

When was the debt incurred?  **2020**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **CCC Entertainment - Food**

---

| 4.1 23 | | | |
|---|---|---|---|

**D&D Wholesale Distributors Inc.**

Nonpriority Creditor's Name

**777 Baldwin Park Blvd**
**La Puente, CA 91746**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  **4249**                      Unknown

When was the debt incurred?  **2019**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Eagle Grove Inc - Produce**

---

| 4.1 24 | | | |
|---|---|---|---|

**Daly Property Management**

Nonpriority Creditor's Name

**9743 Oakmore Road**
**Los Angeles, CA 90035**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  **1003**                      Unknown

When was the debt incurred?  **2022**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **CCC Entertainment - Rent**

---

Debtor 1    Edmund Cyprus Cutting

Case number (if known)    2:23-bk-15051

---

| 4.1 25 | **Daly Property Management** | | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**9743 Oakmore Rd**
**Los Angeles, CA 90035**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CCC Consulting - nonresidential real property lease**

---

| 4.1 26 | **Darling Ingredients Inc** | | Last 4 digits of account number | 3271 | Unknown |

Nonpriority Creditor's Name
**PO Box 554885**
**Detroit, MI 48255**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   2020

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CCC Patxis - Cleaning Supplies**

---

| 4.1 27 | **Daryl Grandy** | | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**949 Ala Nanala Street Apt 503**
**Honolulu, HI 96818**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Hickam Harbor – Employee**

---

Debtor 1    Edmund Cyprus Cutting                                    Case number (if known)    2:23-bk-15051

| 4.1 28 | **David Dunlap** | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name
**2611 Wardlow Ave**
**San Diego, CA 92154-4236**
Number Street City State Zip Code

**When was the debt incurred?**    **2023**

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify    **Slaters San Marcos - Riverside County Department of Child Support Servives - National Medial Support Notice**

---

| 4.1 29 | **DCL Inc** | **Last 4 digits of account number** | **4800** | **Unknown** |

Nonpriority Creditor's Name
**628 Laumaka St**
**Honolulu, HI 96819**
Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify    **Hickam Harbor LLC - Food**

---

| 4.1 30 | **Denver Beverage** | **Last 4 digits of account number** | **7819** | **Unknown** |

Nonpriority Creditor's Name
**353 West 56th AVE**
**Denver, CO 80216**
Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify    **CCC Consulting - Beverage**

---

Debtor 1  Edmund Cyprus Cutting                                          Case number (if known)    2:23-bk-15051

| 4.1 31 | **Denver Beverage** | Last 4 digits of account number __7819__ | Unknown |

Nonpriority Creditor's Name
**353 West 56th Ave**
**Denver, CO 80216**
Number Street City State Zip Code

When was the debt incurred?    __2022__

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis - Beverage**

| 4.1 32 | **Denver Beverage** | Last 4 digits of account number __7731__ | Unknown |

Nonpriority Creditor's Name
**353 West 56th Ave**
**Denver, CO 80216**
Number Street City State Zip Code

When was the debt incurred?    __2022__

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis Pizza 2 - Beverage**

| 4.1 33 | **Denver Water** | Last 4 digits of account number __9063__ | Unknown |

Nonpriority Creditor's Name
**PO Box 173343**
**Denver, CO 80201-7000**
Number Street City State Zip Code

When was the debt incurred?    __2021__

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Consulting - Utilities**

Debtor 1    Edmund Cyprus Cutting _____    Case number (if known)    2:23-bk-15051 _____

| 4.1 34 | **Denver Water** | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number** | **0000** | **Unknown** |
| **PO Box 173343** | | | |
| **Denver, CO 80201-7000** | **When was the debt incurred?** | **2020** | |
| Number Street City State Zip Code | | | |
| **Who incurred the debt? Check one.** | **As of the date you file, the claim is: Check all that apply** | | |
| ☐ Debtor 1 only | ◼ Contingent | | |
| ☐ Debtor 2 only | ◼ Unliquidated | | |
| ☐ Debtor 1 and Debtor 2 only | ◼ Disputed | | |
| ◼ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | | |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans | | |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| ◼ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| ☐ Yes | ◼ Other. Specify    **Patxis Pizza - Water** | | |

| 4.1 35 | **Devil's Canyon Brewing Company** | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number** | | **Unknown** |
| **935 Washington St** | | | |
| **San Carlos, CA 94070** | **When was the debt incurred?** | **2022** | |
| Number Street City State Zip Code | | | |
| **Who incurred the debt? Check one.** | **As of the date you file, the claim is: Check all that apply** | | |
| ☐ Debtor 1 only | ◼ Contingent | | |
| ☐ Debtor 2 only | ◼ Unliquidated | | |
| ☐ Debtor 1 and Debtor 2 only | ◼ Disputed | | |
| ◼ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | | |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans | | |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| ◼ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| ☐ Yes | ◼ Other. Specify    **CCC Consulting - Beverage** | | |

| 4.1 36 | **Direct TV** | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number** | **2596** | **Unknown** |
| **PO Box 5006** | | | |
| **Carol Stream, IL 60197** | **When was the debt incurred?** | **2020** | |
| Number Street City State Zip Code | | | |
| **Who incurred the debt? Check one.** | **As of the date you file, the claim is: Check all that apply** | | |
| ☐ Debtor 1 only | ◼ Contingent | | |
| ☐ Debtor 2 only | ◼ Unliquidated | | |
| ☐ Debtor 1 and Debtor 2 only | ◼ Disputed | | |
| ◼ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | | |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans | | |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| ◼ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| ☐ Yes | ◼ Other. Specify    **CCC Consulting - TVs** | | |

Debtor 1  Edmund Cyprus Cutting                              Case number (if known)   2:23-bk-15051

| 4.1 37 | **Direct TV** | | **Last 4 digits of account number** 2012 | | Unknown |

Nonpriority Creditor's Name
**PO Box 105249**
**Centreville, VA 20120**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **CCC Entertainment - TVs**

---

| 4.1 38 | **Direct TV** | | **Last 4 digits of account number** 3803 | | Unknown |

Nonpriority Creditor's Name
**PO Box 5006**
**Carol Stream, IL 60197**
Number Street City State Zip Code

**When was the debt incurred?**  2022

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **CCC Entertainment - TVs**

---

| 4.1 39 | **Direct TV** | | **Last 4 digits of account number** 5126 | | Unknown |

Nonpriority Creditor's Name
**PO Box 5007**
**Carol Stream, IL 60197**
Number Street City State Zip Code

**When was the debt incurred?**  2022

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **CCC Patxis Pizza 2 - TVs**

---

Debtor 1    Edmund Cyprus Cutting                                    Case number (if known)    2:23-bk-15051

---

**4.1
40**

**DirecTV**
Nonpriority Creditor's Name
**PO Box 105249**
**Atlanta, GA 30348**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **2114**                    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Eagle Grove Inc - Internet and TV**

---

**4.1
41**

**Discover**
Nonpriority Creditor's Name
**PO Box 30943**
**Salt Lake City, UT 84130-0943**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **4490**                    **$2,900.00**

When was the debt incurred?    **2023**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Misc. Purchases, Interest, and Penalties Through Date Indicated**

---

**4.1
42**

**Draft Punks**
Nonpriority Creditor's Name
**9432 232nd Street SW**
**Edmonds, WA 98020**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number                            **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Eagle Grove Inc - Repairs and Maintenance**

---

Debtor 1   **Edmund Cyprus Cutting**                                    Case number (if known)   **2:23-bk-15051**

| | | |
|---|---|---|
| **4.1 43** | **Dust Tex Honolulu** | Last 4 digits of account number   **5000**   Unknown |

Nonpriority Creditor's Name

**220 Puuhale Road Unit B1**
**Honolulu, HI 96819**

Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Hickam Harbor LLC - Linen**

---

| | | |
|---|---|---|
| **4.1 44** | **Dust-Tex Services** | Last 4 digits of account number   **7927**   Unknown |

Nonpriority Creditor's Name

**220 Puuhale Rd #B1**
**Honolulu, HI 96819**

Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Hickam Harbor- Notice Only**

---

| | | |
|---|---|---|
| **4.1 45** | **Eagle Grove Inc** | Last 4 digits of account number   Unknown |

Nonpriority Creditor's Name

**604 Wrede Way**
**West Covina, CA 91791**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Notice Only**

Debtor 1   __Edmund Cyprus Cutting__                              Case number (if known)   __2:23-bk-15051__

| 4.1 46 | | |
|---|---|---|

**Eagle Rock Colorado**
Nonpriority Creditor's Name
**1455 E 62ND**
**Denver, CO 80216**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number __9630__                  **Unknown**

When was the debt incurred? __2022__

**As of the date you file, the claim is: Check all that apply**
☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **CCC Patxis - Beverage**

| 4.1 47 | | |
|---|---|---|

**Eagle Rock Company of Colorado**
Nonpriority Creditor's Name
**1455 E. 62nd**
**Denver, CO 80216**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number __7622__                  **Unknown**

When was the debt incurred? __2022__

**As of the date you file, the claim is: Check all that apply**
☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **CCC Patxis Pizza 2 - Beverage**

| 4.1 48 | | |
|---|---|---|

**Ecolab Inc.**
Nonpriority Creditor's Name
**PO Box 70343**
**Chicago, IL 60673**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number __6716__                  **Unknown**

When was the debt incurred? __2021__

**As of the date you file, the claim is: Check all that apply**
☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **CCC Patxis Pizza 2 - Maintenance**

Debtor 1    Edmund Cyprus Cutting                                          Case number (if known)    2:23-bk-15051

| 4.1 49 | **Edward Don & Company** | **Last 4 digits of account number** | **4230** | Unknown |

Nonpriority Creditor's Name

**2562 Paysphere Circle**
**Chicago, IL 60674**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Entertainment -Equipment & Supplies**

| 4.1 50 | **Elite Brands of Colo** | **Last 4 digits of account number** | **2460** | Unknown |

Nonpriority Creditor's Name

**4780 Holly St**
**Denver, CO 80216**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    **2021**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis - Beverage**

| 4.1 51 | **Environmental Health Services** | **Last 4 digits of account number** | | Unknown |

Nonpriority Creditor's Name

**2000 Alameda de las Pulgas**
**Ste 100**
**San Mateo, CA 94403**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Consulting - Notice Only**

Debtor 1    Edmund Cyprus Cutting

Case number (if known)    **2:23-bk-15051**

| | | |
|---|---|---|
| **4.1 52** | **EP Distribution** | Last 4 digits of account number _____ **Unknown** |

Nonpriority Creditor's Name
**4901 Nome St**
**Denver, CO 80239**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Patxis Pizza - Notice Only**

| | | |
|---|---|---|
| **4.1 53** | **Erin Khodabandelou** | Last 4 digits of account number _____ **Unknown** |

Nonpriority Creditor's Name
**521 North Ontare Road**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Employee**

| | | |
|---|---|---|
| **4.1 54** | **Essential Plastics** | Last 4 digits of account number _____ **Unknown** |

Nonpriority Creditor's Name
**4901 Nome St**
**Denver, CO 80239**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

When was the debt incurred? **2022**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **CCC Consulting - Restaurant Supplies**

Debtor 1    Edmund Cyprus Cutting                                                Case number *(if known)*    **2:23-bk-15051**

---

| 4.1 55 | **Essential Plastics** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
**PO Box 16525**
**Denver, CO 80216**
Number Street City State Zip Code

When was the debt incurred?    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis - Restaurant Supply**

---

| 4.1 56 | **Essential Plastics** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
**4901 Nome St**
**Denver, CO 80239**
Number Street City State Zip Code

When was the debt incurred?    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CC Patxis Pizza 2 - Restaurant**

---

| 4.1 57 | **F.E.A** | Last 4 digits of account number | 5101 | Unknown |

Nonpriority Creditor's Name
**1800 E. Miraloma Ave Ste H**
**Placentia, CA 92870**
Number Street City State Zip Code

When was the debt incurred?    **2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Eagle Grove Inc - Repairs and Maintenance**

---

Debtor 1    Edmund Cyprus Cutting                                  Case number (if known)    2:23-bk-15051

| 4.1 58 | **Faris Marji** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**90 Ward Ct Apt 5**
**Daly City, CA 94015**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **San Carlos - Employee**

---

| 4.1 59 | **Farmers Insurance** | Last 4 digits of account number  1752 | Unknown |

Nonpriority Creditor's Name
**Brown & Joseph LLC**
**One Pierce Place Suite 700 W**
**Itasca, IL 60143**
Number Street City State Zip Code

**When was the debt incurred?  2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Cutting Concepts - Insurance**

---

| 4.1 60 | **Fire & Safety of Denver, Inc.** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**2255 Stout**
**Denver, CO 80205**
Number Street City State Zip Code

**When was the debt incurred?  2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **CCC Patxis - Repair and Maintenance**

---

Debtor 1    **Edmund Cyprus Cutting**                                    Case number (if known)    **2:23-bk-15051**

---

| 4.1 61 | **Fire and Safety of Denver Inc.** |
|---|---|

Nonpriority Creditor's Name

**2255 Stout**
**Denver, CO 80205**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis Pizza 2 - Repairs and Maintenance**

---

| 4.1 62 | **First Midwest Bank** |
|---|---|

Nonpriority Creditor's Name

**PO Box 3728**
**Evansville, IN 47736**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Capital - Real Estate Loan**

---

| 4.1 63 | **First Savings Credit Card** |
|---|---|

Nonpriority Creditor's Name

**PO Box 5019**
**Sioux Falls, SD 57117-5019**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **9404**    **$2,342.12**

**When was the debt incurred?**    **2023**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Misc. Purchases, Interest, and Penalties Through Date Indicated**

---

Debtor 1    Edmund Cyprus Cutting                                     Case number (if known)    2:23-bk-15051

---

| 4.1 64 | **Food Under The Fly LLC** | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**7004 Carroll Road**
**San Diego, CA 92121**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    2019

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Eagle Grove Inc - Food**

---

| 4.1 65 | **Fora Financial** | Last 4 digits of account number | 0622 | $60,016.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1385 Broadway 15th Floor**
**New York, NY 10018**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    2021

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **5320 Ventures Inc - Loan (UCC-1). Personal Guaranty**

---

| 4.1 66 | **Fora Financial** | Last 4 digits of account number | | $60,016.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1385 Broadway 15th Floor**
**New York, NY 10018**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    2021

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis Pizza 2 - Loan (UCC-1). Personal Guaranty.**

---

Debtor 1    __Edmund Cyprus Cutting__

Case number (if known)    __2:23-bk-15051__

| 4.1 67 | | |
|---|---|---|

**Fort Point Beer Co**
Nonpriority Creditor's Name
**644 Old Mason St**
**San Francisco, CA 94129**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CCC Patxis - Beverage**

---

| 4.1 68 | | |
|---|---|---|

**Fort Point Brewing**
Nonpriority Creditor's Name
**644 Old Mason St**
**San Francisco, CA 94129**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **Slater**    **Unknown**

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Eagle Grove Inc - Beverage**

---

| 4.1 69 | | |
|---|---|---|

**Frontier Communications**
Nonpriority Creditor's Name
**Po Box 740407**
**Cincinnati, OH 45274**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **8205**    **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CCC Entertainment - Internet**

---

Debtor 1    Edmund Cyprus Cutting

Case number (if known)    2:23-bk-15051

---

| 4.1 70 | **Garage Brewing Co** | Last 4 digits of account number | 1189 | Unknown |

Nonpriority Creditor's Name

**26015 Jefferson Ave Ste D**
**Murrieta, CA 92562**
Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Contingent
■ Unliquidated
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Eagle Grove Inc - Beverage**

---

| 4.1 71 | **Gasket Guy of King Co Inc** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**12001 194th Ave NE**
**Redmond, WA 98053**
Number Street City State Zip Code

When was the debt incurred?    **2021**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Contingent
■ Unliquidated
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Eagle Grove Inc - Repairs and Maintenance**

---

| 4.1 72 | **GFL Environmental** | Last 4 digits of account number | 4062 | Unknown |

Nonpriority Creditor's Name

**PO Box 555192**
**Detroit, MI 48255**
Number Street City State Zip Code

When was the debt incurred?    **2022**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Contingent
■ Unliquidated
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

■ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **5320 Ventures Inc - Garbage Removal**

---

Debtor 1    Edmund Cyprus Cutting                                      Case number (if known)    2:23-bk-15051

---

**4.1
73**    **Ghost Town Brewing**                          Last 4 digits of account number                              Unknown

Nonpriority Creditor's Name
**1960 Adeline St**                                      When was the debt incurred?    **2021**
**Oakland, CA 94607**
Number Street City State Zip Code                       **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                         ☐ Contingent
☐ Debtor 2 only                                         ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                            ☐ Disputed
☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community               ☐ Student loans
debt                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                         report as priority claims
☐ No                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                   ☐ Other. Specify    **CCC Patxis Pizza 2 - Beverage**

---

**4.1
74**    **Glacier Design Systems, Inc.**                Last 4 digits of account number                              Unknown

Nonpriority Creditor's Name
**5405 Production Dr**                                   When was the debt incurred?    **2019**
**Huntington Beach, CA 92649**
Number Street City State Zip Code                       **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                         ☐ Contingent
☐ Debtor 2 only                                         ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                            ☐ Disputed
☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community               ☐ Student loans
debt                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                         report as priority claims
☐ No                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                   ☐ Other. Specify    **Eagle Grove Inc - Repairs and Maintenance**

---

**4.1
75**    **Glenn Carlton**                               Last 4 digits of account number                              Unknown

Nonpriority Creditor's Name
**CHRIS W BLAYLOCK**                                     When was the debt incurred?
**401 Wilshire Blvd Suite 1200**
**Santa Monica, CA 90401**
Number Street City State Zip Code                       **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                         ☐ Contingent
☐ Debtor 2 only                                         ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                            ☐ Disputed
☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community               ☐ Student loans
debt                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                         report as priority claims
☐ No                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                   ☐ Other. Specify    **19STCV44521. Motor Vehicle. Notice only.**

---

Debtor 1    Edmund Cyprus Cutting                                    Case number (if known)    2:23-bk-15051

---

**4.1
76**

**GMB Inc.**
Nonpriority Creditor's Name
**98-023 Hekaha Street Suite 602
Aiea, HI 96701**
Number Street City Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☐ No

☐ Yes

Last 4 digits of account number ___    **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Hickam Harbor LLC - Repairs and Maintenance**

---

**4.1
77**

**Golden Brands**
Nonpriority Creditor's Name
**245 S Spruce Ave #900
South San Francisco, CA 94080**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number    **M876**    **Unknown**

**When was the debt incurred?**    **2021**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **CCC Consulting - Beverage**

---

**4.1
78**

**Goldman Sachs Apple Card**
Nonpriority Creditor's Name
**Lockbox 6112
PO Box 7247
Philadelphia, PA 19170**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number    **4380**    **$6,755.00**

**When was the debt incurred?**    **2023**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

---

Debtor 1  **Edmund Cyprus Cutting**                          Case number *(if known)*    **2:23-bk-15051**

---

| 4.1 79 | **Gordon Food Service** | | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name
**420 50th Street SW**
**PO Box 1787**
**Grand Rapids, MI 49501**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
◼ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
◼ No
☐ Yes

**When was the debt incurred?**    **2021**

**As of the date you file, the claim is:** Check all that apply

◼ Contingent
◼ Unliquidated
◼ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
◼ Other. Specify    **5320 Ventures - Notice Only - Personal Guaranty**

---

| 4.1 80 | **Great American Insurance Group** | | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name
**PO Box 5425**
**Cincinnati, OH 45201-5425**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
◼ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
◼ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

◼ Contingent
◼ Unliquidated
◼ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
◼ Other. Specify    **Hickam Harbor LLC**

---

| 4.1 81 | **Green Box** | | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name
**8185 E Lowry Blvd**
**Unit 305**
**Denver, CO 80230-7243**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
◼ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
◼ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

◼ Contingent
◼ Unliquidated
◼ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
◼ Other. Specify    **CCC Patxis - Personal Guaranty**

---

Debtor 1    Edmund Cyprus Cutting                                    Case number (if known)    2:23-bk-15051

| 4.1 82 | **Guthrie & Frey Water Conditioning** | Last 4 digits of account number | **2181** | $841.03 |

Nonpriority Creditor's Name

**PO Box 180678**
**Delafield, WI 53018**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **5320 Ventures Inc - Repairs and maintenance**

---

| 4.1 83 | **Ham Produce and Seafood Inc.** | Last 4 digits of account number | **LAMB** | Unknown |

Nonpriority Creditor's Name

**918 Bannister St**
**Honolulu, HI 96819**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Hickam Harbor LLC - Food**

---

| 4.1 84 | **Hanmi Bank** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**c/o Lien Solutions**
**PO Box 29071**
**Glendale, CA 91209-9071**

When was the debt incurred?    **2019**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Cutting Concepts Corporation. Notice Only. UCC-1 Termination recorded 5.15.2019**

---

Debtor 1    Edmund Cyprus Cutting                                                    Case number (if known)    2:23-bk-15051

| 4.1 85 | |
|---|---|

**Hanson Bridgett LLP**
Nonpriority Creditor's Name
**Nancy F Newman**
**425 Market Street 26th Floor**
**San Francisco, CA 94105**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is: Check all that apply**
☒ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Patxis Pizza @ Lafayette Clocktower - Ntc of Belief of Abandonment**

| 4.1 86 | |
|---|---|

**Harbor Distributing LLC**
Nonpriority Creditor's Name
**Po Box 842685**
**Los Angeles, CA 90084**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **C540**    **Unknown**

When was the debt incurred?    _____

**As of the date you file, the claim is: Check all that apply**
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **CCC Entertainment - Beverage**

| 4.1 87 | |
|---|---|

**Hawaii Candle Inc**
Nonpriority Creditor's Name
**99-970 Iwaena St Ste 120**
**Aiea, HI 96701**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is: Check all that apply**
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Hickam Harbor LLC - Restaurant Supplies**

Debtor 1  Edmund Cyprus Cutting                                    Case number (if known)   2:23-bk-15051

| 4.1 88 | **Hayes Group Architects** | Last 4 digits of account number | | Unknown |
| --- | --- | --- | --- | --- |

Nonpriority Creditor's Name

**2657 Spring Street**
**Redwood City, CA 94063**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    2021

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Patxis San Carlos - Architectural Services**

| 4.1 89 | **Helia Brewing Co, LLC** | Last 4 digits of account number | | Unknown |
| --- | --- | --- | --- | --- |

Nonpriority Creditor's Name

**1250 Keystone Way**
**Vista, CA 92081**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    2020

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Eagle Grove Inc - Beverage**

| 4.1 90 | **Helix Leisure USA** | Last 4 digits of account number | | Unknown |
| --- | --- | --- | --- | --- |

Nonpriority Creditor's Name

**2015 McKenzie Drive**
**Suite 106**
**Carrollton, TX 75006**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Stonefire Pizza - Hardware Conditional Sale Agreement**

Debtor 1    Edmund Cyprus Cutting          Case number *(if known)*    **2:23-bk-15051**

---

| 4.1 91 | **Heshimu Robertson** | | **Last 4 digits of account number** | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**20103 Tillman Ave**
**Carson, CA 90746**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Cutting Concepts Corporation. Injury claim.**

---

| 4.1 92 | **Hickam Harbor LLC** | | **Last 4 digits of account number** | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**3465 Mamala Bar Dr**
**Honolulu, HI 96818**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice Only**

---

| 4.1 93 | **Hobart Services** | | **Last 4 digits of account number** | **2463** | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**7055 Commerce Circle Suite A**
**Pleasanton, CA 94588**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CCC Patxis Pizza 2 - Repairs**

---

Debtor 1    **Edmund Cyprus Cutting**                                    Case number (if known)    **2:23-bk-15051**

---

| 4.1 94 | **Home Depot** | | |
|---|---|---|---|

**Home Depot**
Nonpriority Creditor's Name
**PO Box 6405**
**Dallas, TX 75265**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **0249**          **$1,017.00**

**When was the debt incurred?**    **2023**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Purchases, Interest, and Penalties Through Date Indicated**

---

| 4.1 95 | **HP Raymond LLC** | | |
|---|---|---|---|

**HP Raymond LLC**
Nonpriority Creditor's Name
**10973 COLD HARBOR DR**
**Rancho Cucamonga, CA 91737**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**          **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.1 96 | **Huntington Beach Propane** | | |
|---|---|---|---|

**Huntington Beach Propane**
Nonpriority Creditor's Name
**18961 Gothard St**
**Huntington Beach, CA 92648**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**          **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CCC Entertainment - Propane**

---

Debtor 1    Edmund Cyprus Cutting                                    Case number (if known)    2:23-bk-15051

| 4.1 97 | **IFS** | **Last 4 digits of account number** | **2608** | Unknown |

Nonpriority Creditor's Name
**5496 Lindbergh Lane**
**Bell Gardens, CA 90201**
Number Street City State Zip Code

**When was the debt incurred?**    **2021**

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Consulting - Restaurant supplies**

| 4.1 98 | **IFS** | **Last 4 digits of account number** | **2608** | Unknown |

Nonpriority Creditor's Name
**5496 Lindbergh Lane**
**Bell Gardens, CA 90201**
Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis Pizza 2 - Restaurant**

| 4.1 99 | **Image Systems Signs Inc** | **Last 4 digits of account number** | **9176** | Unknown |

Nonpriority Creditor's Name
**870 Crenshaw Blvd Unit 101**
**Los Angeles, CA 90005**
Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Consulting - Fixtures**

Debtor 1    Edmund Cyprus Cutting    Case number (if known)    2:23-bk-15051

---

| 4.2 00 | **Imperial Dade** |
|---|---|

Nonpriority Creditor's Name

**P&R Paper Supply Company**
**255 Route 1 and 9**
**Jersey City, NJ 07306**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **CCC Entertainment**

---

| 4.2 01 | **Jafay Enterprises LLC** |
|---|---|

Nonpriority Creditor's Name

**c/o Michael P Miller**
**Miller & Steiert PC**
**1901 W Littleton Blvd**
**Littleton, CO 80120**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Layers LLC Patxis. Lease**

---

| 4.2 02 | **James Gang Printing LLC** |
|---|---|

Nonpriority Creditor's Name

**4851 Newport Ave**
**San Diego, CA 92107**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Patxis pizza**

---

Debtor 1    **Edmund Cyprus Cutting**                                    Case number (if known)    **2:23-bk-15051**

---

| 4.2 03 | **Jennifer Callueng** |
| --- | --- |

Nonpriority Creditor's Name

**604 Wrede Way**
**West Covina, CA 91791**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Notice Only**

---

| 4.2 04 | **Jian Sun** |
| --- | --- |

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

---

| 4.2 05 | **JMS Development Partners** |
| --- | --- |

Nonpriority Creditor's Name

**PO Box 1334**
**San Carlos, CA 94070**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **CCC Consulting - Lease.**

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1   __Edmund Cyprus Cutting_____     Case number (if known)   __2:23-bk-15051__

| 4.2 06 | **JMS Development Partners** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**Box 1334**
**San Carlos, CA 94070**
Number Street City State Zip Code

**When was the debt incurred?**   **2021**

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
◼ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**
◼ Contingent
◼ Unliquidated
◼ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
◼ Other. Specify   **CCC Consulting - San Carlos Lease (contract through 2030). Personal Guaranty.**

**Is the claim subject to offset?**
◼ No
☐ Yes

| 4.2 07 | **Johnson Brothers of Hawaii** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**1011 Munu St**
**Kapolei, HI 96707**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
◼ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**
◼ Contingent
◼ Unliquidated
◼ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
◼ Other. Specify   **Hickam Harbor - Personal Guaranty**

**Is the claim subject to offset?**
◼ No
☐ Yes

| 4.2 08 | **Jolt Software Inc** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**2901 N Ashton Blvd Suite 300**
**Lehi, UT 84043**
Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
◼ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**
◼ Contingent
◼ Unliquidated
◼ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
◼ Other. Specify   **CCC Entertainment - Software**

**Is the claim subject to offset?**
◼ No
☐ Yes

Debtor 1    **Edmund Cyprus Cutting**                                    Case number (if known)    **2:23-bk-15051**

---

| 4.2 09 | **Kalamata Capital LLC** | Last 4 digits of account number _____ | $134,061.33 |

Nonpriority Creditor's Name
**Ariel Bouskila**                                    When was the debt incurred?    _____
**Berkovitch & Bouskila PLLC**
**1545 US 202 Suite 101**
**Pomona, NY 10970**
Number Street City State Zip Code                     As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☑ Disputed
☑ At least one of the debtors and another            Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community              ☐ Student loans
debt
Is the claim subject to offset?                      ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                     report as priority claims
☑ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                     **Business Debt. Lawsuit. Supreme Court of**
                                                     **New York, County of Sullivan. Case no.**
                                                     **E2022-1757. See Statement of Financial**
☐ Yes                    ☑ Other. Specify            **Affairs. - Personal Guaranty UCC-1**

---

| 4.2 10 | **Karl Strauss Brewing Company** | Last 4 digits of account number    **SSM3** | Unknown |

Nonpriority Creditor's Name
**5965 Santa Fe St Suites B&C**                      When was the debt incurred?    **2020**
**San Diego, CA 92109**
Number Street City State Zip Code                     As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only                                      ☑ Contingent
☐ Debtor 2 only                                      ☑ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☑ Disputed
☑ At least one of the debtors and another            Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community              ☐ Student loans
debt
Is the claim subject to offset?                      ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                     report as priority claims
☑ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                    ☑ Other. Specify            **Eagle Grove Inc - Beverage**

---

| 4.2 11 | **Kevin Ryan** | Last 4 digits of account number    _____ | Unknown |

Nonpriority Creditor's Name
                                                     When was the debt incurred?    _____

Number Street City State Zip Code                     As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☑ Debtor 1 only                                      ☑ Contingent
☐ Debtor 2 only                                      ☑ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☑ Disputed
☐ At least one of the debtors and another            Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community              ☐ Student loans
debt
Is the claim subject to offset?                      ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                     report as priority claims
☑ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                    ☑ Other. Specify            **Patxis Franchisee**

---

Debtor 1  **Edmund Cyprus Cutting**                          Case number (if known)  **2:23-bk-15051**

| 4.2 12 | **LA Live Properties LLC/Parking** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**800 West Olympic Blvd Suite 305**
**Los Angeles, CA 90015**

When was the debt incurred?  **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **CCC Entertainment - Parking**

---

| 4.2 13 | **Lafayette Clocktower LLC** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**3757 Mt Diablo Blvd**
**Lafayette, CA 94549**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Lease**

---

| 4.2 14 | **Lee & Neal** | Last 4 digits of account number  **7481** | **Unknown** |

Nonpriority Creditor's Name

**PO Box 4127**
**Santa Barbara, CA 93140**

When was the debt incurred?  **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **CCC Entertainment - Grease Trap**

---

Debtor 1    Edmund Cyprus Cutting                                     Case number (if known)    2:23-bk-15051

| 4.2 15 | **Liberis US inc** | Last 4 digits of account number | | | Unknown |

Nonpriority Creditor's Name
**PO Box 245**
**Denver, CO 80201**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Hickam Harbor. Notice Only. UCC-1 terminated 11.14.2022.**

---

| 4.2 16 | **LimNexus Law Firm** | Last 4 digits of account number | 4780 | | $300,000.00 |

Nonpriority Creditor's Name
**707 Wilshire Boulevard 46th Floor**
**Los Angeles, CA 90017**
Number Street City State Zip Code

When was the debt incurred?   **2023**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Attorneys Fees and Costs for Litigation Associated with Businesses through date indicated**

---

| 4.2 17 | **Loan Builder** | Last 4 digits of account number | 5733 | | Unknown |

Nonpriority Creditor's Name
**Swift Financial, LLC**
**3505 Silverside Rd.**
**Wilmington, DE 19810**
Number Street City State Zip Code

When was the debt incurred?   **2022**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Eagle Grove Inc - Loan.**

---

Debtor 1    Edmund Cyprus Cutting                                  Case number (if known)    2:23-bk-15051

| 4.2 18 | **Local Craft** | | **Last 4 digits of account number** | | | Unknown |

Nonpriority Creditor's Name

**1230 Mission  Drive #16**
**Solvang, CA 93463**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    2021

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Entertainment - Beverage**

---

| 4.2 19 | **Local Pro** | | **Last 4 digits of account number** | | | Unknown |

Nonpriority Creditor's Name

**18645 Sherman Way #212**
**Reseda, CA 91335**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    2022

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Entertainment - Equipment**

---

| 4.2 20 | **Locavore Beer Works** | | **Last 4 digits of account number** | | | Unknown |

Nonpriority Creditor's Name

**5950 S PPLatte Canyon Rd #D13**
**Littleton, CO 80123**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    2022

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis Pizza 2 - Beverage**

---

Debtor 1    Edmund Cyprus Cutting    Case number (if known)    2:23-bk-15051

---

| 4.2 21 | **Locksmith Central N. S** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**663. S Rancho Santa Fe Rd Unit229**
**San Marcos, CA 92078**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Eagle Grove Inc - Locksmith**

---

| 4.2 22 | **LYNX Property Management Inc** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**925 Laguna Street Suite B**
**Santa Barbara, CA 93101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    **2021**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Hickam Harbor dba Patxis Pizza CCC**
**Entertainment - Rent/CAM**

---

| 4.2 23 | **Maisanos Bakery** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**1110 East Kimberly Ave**
**Anaheim, CA 92801**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Eagle Grove Inc - Bread**

---

Debtor 1    **Edmund Cyprus Cutting**                                    Case number *(if known)*    **2:23-bk-15051**

---

| 4.2 24 | **Mar Borg Industries** | | Last 4 digits of account number    **3183** | **Unknown** |

Nonpriority Creditor's Name
**PO Box 4127**
**Santa Barbara, CA 93140**
Number Street City State Zip Code

When was the debt incurred?    **2022**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CCC Entertainment - Water Heater**

---

| 4.2 25 | **Markstein Beverage Co.** | | Last 4 digits of account number    **9823** | **Unknown** |

Nonpriority Creditor's Name
**505 S Pacific St**
**San Marcos, CA 92078**
Number Street City State Zip Code

When was the debt incurred?    **2019**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Eagle Grove Inc - Beverage**

---

| 4.2 26 | **Markstien Sales Company** | | Last 4 digits of account number    **8223** | **Unknown** |

Nonpriority Creditor's Name
**1645 Drive In Way**
**Antioch, CA 94509**
Number Street City State Zip Code

When was the debt incurred?    **2022**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CCC Patxis Pizza 2 - Beverage**

---

Debtor 1    Edmund Cyprus Cutting

Case number (if known)    2:23-bk-15051

| 4.2 27 | **Maroon Bear 2** | **Last 4 digits of account number** | | Unknown |

Nonpriority Creditor's Name

**5955 Coronado Lane**
**Pleasanton, CA 94588**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Patxis Pizza - Lease. (livermore lease)**

---

| 4.2 28 | **Mason Naimi** | **Last 4 digits of account number** | | Unknown |

Nonpriority Creditor's Name

**27281 Las Ramblas**
**Unit 200**
**Mission Viejo, CA 92691**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Eagle Grove Corporation – Stock Purchase Agreement. Notice Only.**

---

| 4.2 29 | **Matagrano Inc** | **Last 4 digits of account number** | **6874** | Unknown |

Nonpriority Creditor's Name

**PO Box 2588**
**South San Francisco, CA 94083**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CCC Consulting - Beverage**

---

Debtor 1    **Edmund Cyprus Cutting**                                        Case number (if known)    **2:23-bk-15051**

---

| 4.2 30 | **Maz** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Franchise Owner Sale**

---

| 4.2 31 | **Meltdown Management, LLC** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 1267
Sunset Beach, CA 90742**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No

☐ Yes

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Eagle Grove Inc - Rent**

---

| 4.2 32 | **Mercury Insurance** | Last 4 digits of account number    **5251** | **Unknown** |

Nonpriority Creditor's Name

**11000 Eucalyptus Street
Rancho Cucamonga, CA 91730**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred?    **2023**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **CCC Consulting Corporation - Insurance**

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page **90** of 146

Debtor 1  **Edmund Cyprus Cutting**                                  Case number (if known)    **2:23-bk-15051**

---

| 4.2 33 | **Michael Laudizio** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**14639 Burbank Blvd #214**
**Van Nuys, CA 91411**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify  **Notice only.**

---

| 4.2 34 | **Michael Nahkleh** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**466 East Foothill Blvd #356**
**La Canada, CA 91001**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify  **Franchise Owner Partner. Notice Only.**

---

| 4.2 35 | **Midstate Amusement Games LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1161 Industrial Pkwy**
**Fond Du Lac, WI 54937**

When was the debt incurred?    **2023**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Other. Specify  _____

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 91 of 146

Debtor 1    Edmund Cyprus Cutting                                    Case number (if known)    2:23-bk-15051

---

| 4.2 36 | **Mission Road QOZB LLC** |
|---|---|

Nonpriority Creditor's Name
**1880 Century Park East Suite 200
Los Angeles, CA 90067**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **CCC Restaurant Group - Kitchen Lease**

---

| 4.2 37 | **Mohamad Ali** |
|---|---|

Nonpriority Creditor's Name
**5130 Dublin Blvd Ste S1H
Dublin, CA 94568**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Promissory Note. Personal Guaranty.**

---

| 4.2 38 | **Mohammed Aatif Ali** |
|---|---|

Nonpriority Creditor's Name
**5130 Dublin Blvd Ste S1H
Dublin, CA 94568**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** 2022

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **CCC Entertainment UCC-1 filed against Ali. Notice Only**

---

Debtor 1   __Edmund Cyprus Cutting__                                   Case number (if known)   __2:23-bk-15051__

| 4.2 39 | **Morris Distributing Inc** | Last 4 digits of account number   **7957** | Unknown |

Nonpriority Creditor's Name

**PO Box 5699**
**Petaluma, CA 94955**

When was the debt incurred?   **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CCC Patxis - Beverage**

| 4.2 40 | **Mr. Handyman of Waukesha & North** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**Milwaukee**
**406 Travis Lane #47**
**Waukesha, WI 53189**

When was the debt incurred?   **2021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **5320 Ventures Inc - Repairs and maintenance**

| 4.2 41 | **Narciso Suarez** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**122 Hurlbut Street**
**Pasadena, CA 91105**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Employee**

Debtor 1    Edmund Cyprus Cutting

Case number (if known)    **2:23-bk-15051**

---

| 4.2 42 | |
|---|---|

**NASA Services**
Nonpriority Creditor's Name
**PO Box 1755**
**Montebello, CA 90640**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **7210**

**When was the debt incurred?**    **2022**

**Unknown**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Entertainment - Garbage Removal**

---

| 4.2 43 | |
|---|---|

**NUCO2**
Nonpriority Creditor's Name
**PO Box 9011**
**Stuart, FL 34995**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **2468**

**When was the debt incurred?**    **2022**

**Unknown**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Entertainment - CO2**

---

| 4.2 44 | |
|---|---|

**NuCo2**
Nonpriority Creditor's Name
**PO Box 9011**
**Stuart, FL 34995**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **2463**

**When was the debt incurred?**    **2022**

**Unknown**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Patxis Pizza Dublin - CO2 Tanks**

---

Debtor 1   **Edmund Cyprus Cutting**                     Case number (if known)   **2:23-bk-15051**

---

| 4.2 45 | **NuCo2** | **Last 4 digits of account number** | **2463** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 9011**
**Stuart, FL 34995**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is: Check all that apply**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Patxis Pizza/Layers LLC Ballard**

---

| 4.2 46 | **NUCO2 Bev Carbonation** | **Last 4 digits of account number** | **2463** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 417902**
**Boston, MA 02241**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is: Check all that apply**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Eagle Grove Inc - CO2 Tanks**

---

| 4.2 47 | **Old National Bank** | **Last 4 digits of account number** | **2810** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 3728**
**Evansville, IN 47736**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?**   **2023**

**As of the date you file, the claim is: Check all that apply**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Wisconsin Land and Commercial Building Held By**
  **CCC Capital Personal Guaranty by Debtor**

---

Debtor 1  **Edmund Cyprus Cutting**                                          Case number (if known)   **2:23-bk-15051**

---

| 4.2 48 | **On Deck** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**1400 Broadway**
**New York, NY 10018**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice for any potential claims for business loan(s)**

---

| 4.2 49 | **P & R Paper Supply Company** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**PO Box 590**
**1898 East Colton Avenue**
**Redlands, CA 92373-0201**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice Only.**

---

| 4.2 50 | **P&R Paper Supply** | Last 4 digits of account number | **5933** | **Unknown** |

Nonpriority Creditor's Name
**PO Box 590**
**Redlands, CA 92373**
Number Street City State Zip Code

When was the debt incurred?  **2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CCC Patxis - Restaurant**

---

Debtor 1    Edmund Cyprus Cutting                                  Case number (if known)    2:3-bk-15051

---

| 4.2 51 | **Pacific Bev Co.** | | **Last 4 digits of account number** | **1701** | Unknown |

Nonpriority Creditor's Name

**PO Box
Oxnard, CA 93032**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **CCC Entertainment - Beverage**

---

| 4.2 52 | **Pacific Coast Propane** | | **Last 4 digits of account number** | **1181** | Unknown |

Nonpriority Creditor's Name

**PO Box 0427
Rialto, CA 92377**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **CCC Entertainment - Propane**

---

| 4.2 53 | **Paradise Beverages, Inc.** | | **Last 4 digits of account number** | **0515** | Unknown |

Nonpriority Creditor's Name

**94-1450 Moaniani St
Waipahu, HI 96797**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Hickam Harbor LLC - Beverage**

---

Debtor 1    Edmund Cyprus Cutting                                Case number (if known)    2:23-bk-15051

---

| 4.2 54 | **Patsyann Sutton** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**964 E Badillo St
Covina, CA 91724**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Employee**

---

| 4.2 55 | **Patxis Franchise Corp** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**466 Foothill Boulevard Unit 356
La Canada Flintridge, CA 91011**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only.**

---

| 4.2 56 | **Pepsi Beverage Company** | Last 4 digits of account number | 5889 | Unknown |

Nonpriority Creditor's Name

**6600 N Lovers Lane Road
Milwaukee, WI 53225**

Number Street City State Zip Code

**When was the debt incurred?**    2022

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **5320 Ventures Inc - Beverage**

---

Debtor 1    **Edmund Cyprus Cutting**                                      Case number (if known)    **2:23-bk-15051**

---

| 4.2 57 | **Performance Food Service** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 857692**
**Minneapolis, MN 55485**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?    2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **5320 Ventures Inc/Stonefire Pizza - Food. Personal Guaranty**

---

| 4.2 58 | **PG&E** | Last 4 digits of account number **9439** | **Unknown** |

Nonpriority Creditor's Name
**PO Box 997300**
**Sacramento, CA 95899**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?    2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Consulting - Utilities**

---

| 4.2 59 | **PG&E** | Last 4 digits of account number **2961** | **Unknown** |

Nonpriority Creditor's Name
**PO Box 997300**
**Sacramento, CA 95899**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?    2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis Pizza 2 - Utilities**

---

Debtor 1    **Edmund Cyprus Cutting**                                Case number (if known)    **2:23-bk-15051**

---

| 4.2 60 | **Pinnacle Business Funding LLC** | Last 4 digits of account number | | $55,371.00 |

Nonpriority Creditor's Name

**1202 Avenue U Ste 1115**
**Brooklyn, NY 11229**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2022**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CCC Patxis Corp/CCC Entertainment UCC-1. Personal Guaranty**

---

| 4.2 61 | **Precision Marketing Corp** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**c/o Bridget Smyth**
**466 East Foothill Blvd #356**
**Altadena, CA 91001**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Slaters Asset Purchase and Sale Agreement**

---

| 4.2 62 | **Produce Available** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**910 Commercial Ave**
**Oxnard, CA 93030**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2023**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CCC Consulting. Lawsuit. Case no. CLBC0077468. See Statement of Financial Affairs**

---

Debtor 1    **Edmund Cyprus Cutting**                                    Case number (if known)    **2:23-bk-15051**

---

| 4.2 63 | **Professional Building Care, Inc.** | Last 4 digits of account number **2399** | Unknown |

Nonpriority Creditor's Name
**131 Industrial Way Ste 15
Belmont, CA 94002**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?    **2022**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Consulting - Construction. Potential liability for interior work to leased space**

---

| 4.2 64 | **ProGuard** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**17101 Springdale St
Unit 229
Huntington Beach, CA 92649**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Patxis Pizza - Cherry Creek - Clean Force Rental Agreement**

---

| 4.2 65 | **Puget Sound Energy** | Last 4 digits of account number **6090** | Unknown |

Nonpriority Creditor's Name
**PO Box 91269
Bellevue, WA 98009**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Eagle Grove Inc - Utilities**

---

Debtor 1  Edmund Cyprus Cutting                                          Case number (if known)    2:23-bk-15051

| 4.2 66 | **Quality 1st Repairs &** | **Last 4 digits of account number** | **451** | Unknown |

Nonpriority Creditor's Name
**3278 S Wadsworth Blvd, 1-67**
**Denver, CO 80227**
Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **CCC Patxis - Repair and Maintenance**

---

| 4.2 67 | **R&H Mechanical** | **Last 4 digits of account number** | | Unknown |

Nonpriority Creditor's Name
**1711 Port Dr**
**Burlington, WA 98233**
Number Street City State Zip Code

**When was the debt incurred?**    **2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Eagle Grove Inc - Repairs**

---

| 4.2 68 | **Raquel Gonzalez** | **Last 4 digits of account number** | | Unknown |

Nonpriority Creditor's Name
**2351 Coral St**
**Los Angeles, CA 90031**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Employee**

---

Debtor 1  **Edmund Cyprus Cutting**                    Case number *(if known)*    **2:23-bk-15051**

---

| 4.2 69 | **Ratas WHolesale Liquor Company Inc** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**2068 South 55th Street**
**Milwaukee, WI 53219**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**  2021

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **5320 Ventures Inc - Personal Guaranty**

---

| 4.2 70 | **Raven Moody** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**5156 Tabano Way**
**Santa Barbara, CA 93111**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

| 4.2 71 | **Ray Mahboob** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**515 State Street**
**Santa Barbara, CA 93101**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Hickam Harbor, CCC Entertainment**

---

Debtor 1    __Edmund Cyprus Cutting__    Case number (if known)    __2:23-bk-15051__

| 4.2 72 | **Real Time Ordering** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**2651 E Chapman Ave Suite 203**
**Fullerton, CA 92831**

When was the debt incurred?    **2020**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **CCC Entertainment. Notice Only.**

| 4.2 73 | **Redondo Investment Co** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**Law Office of Patrick C. Carroll**
**6440 Oak Canyon, Ste 250**
**Irvine, CA 92618-5211**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Anaheim Lease. Notice Only.**

| 4.2 74 | **Regency Village at Dublin LLC** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**2999 Oak Road Suite 1000**
**Walnut Creek, CA 94597**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

|  | **CCC Entertainment/Hickham Harbor lease.** |

☐ Yes

■ Other. Specify    **Personal Guaranty**

Debtor 1  **Edmund Cyprus Cutting**                                    Case number (if known)   **2:23-bk-15051**

---

| 4.2 75 | **Republic Service** | Last 4 digits of account number  **9231** | | Unknown |

Nonpriority Creditor's Name
**PO Box 78829**
**Phoenix, AZ 85062**
Number Street City State Zip Code

When was the debt incurred?  **2021**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CCC Consulting - Garbage Removal**

---

| 4.2 76 | **Rhode Island Novelty** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
**PO Box 9278**
**350 Commerce Drive**
**Fall River, MA 02720**
Number Street City State Zip Code

When was the debt incurred?  **2021**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **5320 Ventures - Notice Only**

---

| 4.2 77 | **Rooter Hero Plumbing** | Last 4 digits of account number  **9977** | | Unknown |

Nonpriority Creditor's Name
**2368 Pacheco Blvd**
**Martinez, CA 94553**
Number Street City State Zip Code

When was the debt incurred?  **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CCC Patxis Pizza 2 - Repairs**

---

Debtor 1    **Edmund Cyprus Cutting**    Case number *(if known)*    **2:23-bk-15051**

---

**4.2 78**

**Rose Adoulf**
Nonpriority Creditor's Name
**416 D Maluniu Avenue**
**Kailua, HI 96734**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Hickam Harbor - Employee**

---

**4.2 79**

**RT Mechanical**
Nonpriority Creditor's Name
**12354 East Caley Ace Unit #107**
**Englewood, CO 80111**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    **Unknown**

When was the debt incurred?    **2021**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **CCC Patxis Pizza 2 - Repairs and Maintenance**

---

**4.2 80**

**S&P Hermosa Parent LLC**
Nonpriority Creditor's Name
**Bolour Associates Inc**
**8383 Wilshire Blvd Suite 920**
**Beverly Hills, CA 90211**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Slaters - Lease. Notice Only**

---

Debtor 1    **Edmund Cyprus Cutting** _____    Case number (if known)    **2:23-bk-15051**

---

| 4.2 81 | **Safeway Pest Management Inc** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**S83 W18622 Saturn Dr**
**Muskego, WI 53150**
Number Street City State Zip Code

**When was the debt incurred?**    **2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Stone Fire WI - Notice Only**

---

| 4.2 82 | **Santa Maria Brewing** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**7935 San Luis Ave**
**Atascadero, CA 93422**
Number Street City State Zip Code

**When was the debt incurred?**    **2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **CCC Entertainment - Beverage**

---

| 4.2 83 | **SBMA Benefits** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**2307 Fenton Parkway**
**San Diego, CA 92108**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **CCC Entertainment**

---

Debtor 1    Edmund Cyprus Cutting                                     Case number (if known)    2:3-bk-15051

| 4.2 84 | **Scottsdale Insurance Company** | | Last 4 digits of account number | 2022 | | Unknown |

Nonpriority Creditor's Name
**PO Box 182451**
**Columbus, OH 43218**
Number Street City State Zip Code

When was the debt incurred?    7649

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Hickam Harbor LLC - Insurance**

| 4.2 85 | **Scout Distribution** | | Last 4 digits of account number | 2969 | | Unknown |

Nonpriority Creditor's Name
**10119 Carroll Canyon Rd**
**San Diego, CA 92131**
Number Street City State Zip Code

When was the debt incurred?    2019

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Eagle Grove Inc - Beverage**

| 4.2 86 | **Seattle City Light** | | Last 4 digits of account number | | | Unknown |

Nonpriority Creditor's Name
**PO Box 34023**
**Seattle, WA 98124-4023**
Number Street City State Zip Code

When was the debt incurred?    2022

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Eagle Grove Inc - Electricity**

Debtor 1    Edmund Cyprus Cutting                                    Case number (if known)    2:23-bk-15051

| 4.2 87 | **Seth Lindauer** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**Attn Marie Mirch Esq**
**1180 Rosecrans St Ste 104-557**
**San Diego, CA 92106**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Cutting Concepts**

---

| 4.2 88 | **Show Credit card** | Last 4 digits of account number | 3503 | $1,310.22 |

Nonpriority Creditor's Name
**PO Box 5161**
**Sioux Falls, SD 57117-5161**
Number Street City State Zip Code

**When was the debt incurred?**    2023

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Misc. Purchases, Interest, and Penalties Through Date Indicated**

---

| 4.2 89 | **Smart Care** | Last 4 digits of account number | 3095 | Unknown |

Nonpriority Creditor's Name
**PO Box 74008980**
**Chicago, IL 60674**
Number Street City State Zip Code

**When was the debt incurred?**    2021

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis - Equipment**

---

Debtor 1    Edmund Cyprus Cutting

Case number (if known)    2:23-bk-15051

---

| 4.2 90 | **Southern California Gas** | | Last 4 digits of account number | **7157** | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Remittance Processing**
**1801 S Atlantic Blvd ML 711D**
**Monterey Park, CA 91754**
Number Street City State Zip Code

When was the debt incurred?    **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CCC Consulting - Gas**

---

| 4.2 91 | **Southern ComEd** | | Last 4 digits of account number | **4911** | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 805379**
**Chicago, IL 60680-5379**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business. Personal Guaranty.**

---

| 4.2 92 | **Southern ComEd** | | Last 4 digits of account number | **9784** | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 805379**
**Chicago, IL 60680-5379**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business. Personal Guaranty**

---

Debtor 1   Edmund Cyprus Cutting

Case number (if known)   **2:23-bk-15051**

---

**4.2 93**

**Southern Glazer's**
Nonpriority Creditor's Name
**PO Box 742313**
**Los Angeles, CA 90074**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **7097**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CCC Consulting - Beverage**

**Unknown**

---

**4.2 94**

**Southern Glazer's**
Nonpriority Creditor's Name
**22800 E 19th Ave**
**Aurora, CO 80019**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **3026**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CCC Patxis Pizza 2 - Beverage**

**Unknown**

---

**4.2 95**

**Southern Glazer's**
Nonpriority Creditor's Name
**155 Kapalulu Pl #300**
**Honolulu, HI 96819**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **3761**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Hickam Harbor LLC - Beverage**

**Unknown**

---

Debtor 1    Edmund Cyprus Cutting                                    Case number (if known)    **2:23-bk-15051**

| 4.2 96 | **Southern Glazer's of CA North** | Last 4 digits of account number    **1395** | **Unknown** |

Nonpriority Creditor's Name
**PO Box 742313**
**Los Angeles, CA 90074**
Number Street City State Zip Code

When was the debt incurred?    **2022**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CCC Patxis Pizza 2 - Beverage**

| 4.2 97 | **Southern Glazer's Wine** | Last 4 digits of account number    **1771** | **Unknown** |

Nonpriority Creditor's Name
**File 56002**
**Los Angeles, CA 90074**
Number Street City State Zip Code

When was the debt incurred?    **2022**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CCC Entertainment - Beverage**

| 4.2 98 | **Southern Glazers** | Last 4 digits of account number    **7097** | **Unknown** |

Nonpriority Creditor's Name
**PO Box 742313**
**Los Angeles, CA 90074**
Number Street City State Zip Code

When was the debt incurred?    **2022**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CCC Consulting - Beverage Supplies**

Debtor 1  **Edmund Cyprus Cutting**

Case number (if known)    **2:3-bk-15051**

| 4.2 99 | **Southern Glazier's of CA Southern** | Last 4 digits of account number | **0239** | Unknown |

Nonpriority Creditor's Name
**File 56002**
**Los Angeles, CA 90074**
Number Street City State Zip Code

When was the debt incurred?    **2022**

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **CCC Entertainment - Beverage**

| 4.3 00 | **Southern Glaziers of CO** | Last 4 digits of account number | **7968** | Unknown |

Nonpriority Creditor's Name
**22800 E 19th Ave**
**Aurora, CO 80019**
Number Street City State Zip Code

When was the debt incurred?    **2021**

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **CCC Consulting - Beverage**

| 4.3 01 | **Southern Glaziers of Colorado** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
**22800 E 19th Ave**
**Aurora, CO 80019**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **CCC Patxis - Beverage.**

Debtor 1  **Edmund Cyprus Cutting**    Case number (if known)  **2:23-bk-15051**

---

**4.3 02**

**Special "T" Water Systems Inc.**    Last 4 digits of account number  **2877**    Unknown
Nonpriority Creditor's Name
**PO Box 165**    **When was the debt incurred?**  **2022**
**Whittier, CA 90608**
Number Street City State Zip Code    **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only    ■ Contingent
☐ Debtor 2 only    ■ Unliquidated
☐ Debtor 1 and Debtor 2 only    ■ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community    ☐ Student loans
debt    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**    report as priority claims
■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ■ Other. Specify  **CCC Entertainment - Softener**

---

**4.3 03**

**Spectrum**    Last 4 digits of account number  **2456**    Unknown
Nonpriority Creditor's Name
**PO Box 207818**    **When was the debt incurred?**  **2022**
**Dallas, TX 75320**
Number Street City State Zip Code    **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only    ■ Contingent
☐ Debtor 2 only    ■ Unliquidated
☐ Debtor 1 and Debtor 2 only    ■ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community    ☐ Student loans
debt    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**    report as priority claims
■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ■ Other. Specify  **5320 Ventures Inc - Internet**

---

**4.3 04**

**Spectrum**    Last 4 digits of account number    Unknown
Nonpriority Creditor's Name
**4145 S Faulkenburg Rd**    **When was the debt incurred?**  **0983**
**Riverview, FL 33578-6652**
Number Street City State Zip Code    **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.
■ Debtor 1 only    ■ Contingent
☐ Debtor 2 only    ■ Unliquidated
☐ Debtor 1 and Debtor 2 only    ■ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community    ☐ Student loans
debt    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**    report as priority claims
■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ■ Other. Specify  **Stone Fire Pizza**

---

Official Form 106 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 114 of 146

Debtor 1    Edmund Cyprus Cutting                                      Case number (if known)    2:23-bk-15051

| 4.3 05 | **Stacey Puzach c/o State of CA** | Last 4 digits of account number | 7675 | Unknown |

Nonpriority Creditor's Name
**Dept of Industrial Relations**
**Labor Commissioners Office**
**2 Macarthur Place Ste 800**
**Santa Ana, CA 92707**

When was the debt incurred?    2020

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **CCC Entertainment - Labor Board Complaint. Case no. WC-CM-767675 See Statement of Financial Affairs.**

| 4.3 06 | **Staples Inc** | Last 4 digits of account number | 1110 | Unknown |

Nonpriority Creditor's Name
**500 Staples Dr**
**Framingham, MA 01702**

When was the debt incurred?    2020

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Patxis Lafayette -**

| 4.3 07 | **State of California** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
**Dept of Industrial Relations**
**1515 Clay Street Room 1302**
**Oakland, CA 94612**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Notice Only**

Debtor 1  **Edmund Cyprus Cutting**                               Case number (if known)    **2:23-bk-15051**

| 4.3 08 | | |
|---|---|---|

**State of Colorado**                                    Last 4 digits of account number                    **Unknown**

Nonpriority Creditor's Name

**Department of Labor and**              **When was the debt incurred?**
**Employment**
**633 17th Street Suite 201**
**Denver, CO 80202-3660**
Number Street City State Zip Code                **As of the date you file, the claim is: Check all that apply**

Who incurred the debt? Check one.

■ Debtor 1 only                                   ■ Contingent

□ Debtor 2 only                                   ■ Unliquidated

□ Debtor 1 and Debtor 2 only                      ■ Disputed

□ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**

□ Check if this claim is for a  community          □ Student loans
debt
                                                  □ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims

■ No                                              □ Debts to pension or profit-sharing plans, and other similar debts

□ Yes                                             ■ Other. Specify  **Notice Only.**

---

| 4.3 09 | | |
|---|---|---|

**State of Hawaii Dept of Labor**                        Last 4 digits of account number                    **Unknown**

Nonpriority Creditor's Name

**and Industrial Relations**              **When was the debt incurred?**
**Princess Ruth Ke'elikolani Building**
**830 Punchbowl St**
**Honolulu, HI 96813**
Number Street City State Zip Code                **As of the date you file, the claim is: Check all that apply**

Who incurred the debt? Check one.

■ Debtor 1 only                                   ■ Contingent

□ Debtor 2 only                                   ■ Unliquidated

□ Debtor 1 and Debtor 2 only                      ■ Disputed

□ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**

□ Check if this claim is for a  community          □ Student loans
debt
                                                  □ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims

■ No                                              □ Debts to pension or profit-sharing plans, and other similar debts

□ Yes                                             ■ Other. Specify  **Notice Only**

---

| 4.3 10 | | |
|---|---|---|

**State of Washington**                                  Last 4 digits of account number                    **Unknown**

Nonpriority Creditor's Name

**Department of Labor and Industries**    **When was the debt incurred?**
**7273 Linderson Way SW**
**Olympia, WA 98501-5414**
Number Street City State Zip Code                **As of the date you file, the claim is: Check all that apply**

Who incurred the debt? Check one.

■ Debtor 1 only                                   ■ Contingent

□ Debtor 2 only                                   ■ Unliquidated

□ Debtor 1 and Debtor 2 only                      ■ Disputed

□ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**

□ Check if this claim is for a  community          □ Student loans
debt
                                                  □ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims

■ No                                              □ Debts to pension or profit-sharing plans, and other similar debts

□ Yes                                             ■ Other. Specify  **Notice Only**

---

Debtor 1   Edmund Cyprus Cutting                                    Case number (if known)   2:23-bk-15051

| 4.3 11 | |
|---|---|

**State of Wisconsin**

Nonpriority Creditor's Name

**Department of Workforce Development**
**PO Box 8928**
**Madison, WI 53708**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **1055**        **Unknown**

When was the debt incurred?   **2023**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **5320 Ventures - WI Business Closing Law**

---

| 4.3 12 | |
|---|---|

**State of Wisconsin**

Nonpriority Creditor's Name

**Department of Workforce Development**
**201 E Washington Ave A400**
**Madison, WI 53703**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number             **Unknown**

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Only**

---

| 4.3 13 | |
|---|---|

**Stone Brewing**

Nonpriority Creditor's Name

**2865 Executive PL**
**Escondido, CA 92029**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **2203**        **Unknown**

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Eagle Grove Inc - Beverage**

---

Debtor 1    **Edmund Cyprus Cutting**                                    Case number (if known)    **2:23-bk-15051**

---

| 4.3 14 | **Stone Brewing Company** | Last 4 digits of account number | **7521** | **Unknown** |

Nonpriority Creditor's Name

**PO Box 847766**
**Los Angeles, CA 90084**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CCC Entertainment - Beverage**

---

| 4.3 15 | **Sunny Solar Power** | Last 4 digits of account number | **4780** | **Unknown** |

Nonpriority Creditor's Name

**175 W Lexington Ave # F**
**El Cajon, CA 92020**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Expense**

---

| 4.3 16 | **Sysco Hawaii** | Last 4 digits of account number | **4253** | **Unknown** |

Nonpriority Creditor's Name

**716 Umi St**
**Honolulu, HI 96819**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Hickam Harbor LLC - Food**

---

Debtor 1    Edmund Cyprus Cutting

Case number (if known)    **2:23-bk-15051**

---

| 4.3 17 | **The Hanover Insurance Group** | | | **Unknown** |

Nonpriority Creditor's Name

**PO Box 580045**
**Charlotte, NC 28258**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **1323**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Entertainment - Workers Compensation**

---

| 4.3 18 | **The Hartord** | | | **Unknown** |

Nonpriority Creditor's Name

**One Hartford Plaza**
**Hartford, CT 06155**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **7458**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Hickam Harbor - Temporary Disability Insurance**

---

| 4.3 19 | **The Kutzer Company** | | | **Unknown** |

Nonpriority Creditor's Name

**716 Mission St**
**South Pasadena, CA 91030**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **-Pasadena Lease. Personal Guaranty.**

---

Debtor 1   **Edmund Cyprus Cutting**                                     Case number (if known)   **2:23-bk-15051**

---

| 4.3<br>20 | **The Odom Corporation** | Last 4 digits of account number   **8125** | Unknown |

Nonpriority Creditor's Name
**P.O. Box 84044**
**Seattle, WA 98124**

When was the debt incurred?   **2021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Eagle Grove Inc - Beverage**

---

| 4.3<br>21 | **The Odom Corporation** | Last 4 digits of account number   **0634** | Unknown |

Nonpriority Creditor's Name
**PO Box 35143**
**Seattle, WA 98124**

When was the debt incurred?   **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Hickam Harbor LLC - Beverage**

---

| 4.3<br>22 | **The Signworks** | Last 4 digits of account number   **5578** | Unknown |

Nonpriority Creditor's Name
**1200 Industrial Road Unit 14**
**San Carlos, CA 94070**

When was the debt incurred?   **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **The Livin Room - signage.**

---

Debtor 1    Edmund Cyprus Cutting

Case number (if known)    2:23-bk-15051

---

**4.3 23**

**Tice Azure**
Nonpriority Creditor's Name
**2502 110th St SE**
**Everett, WA 98208**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Management Agreement. Personal Guaranty.**

---

**4.3 24**

**TNT Plumbing Company**
Nonpriority Creditor's Name
**817 San Leandro Blvd**
**San Leandro, CA 94577**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Patxis - Notice only.**

---

**4.3 25**

**Triple F**
Nonpriority Creditor's Name
**98-735 Kuahao Place**
**Pearl City, HI 96782**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **2228**    **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Hickam Harbor LLC - Restaurant Supplies**

---

Debtor 1    Edmund Cyprus Cutting

Case number (if known)    2:23-bk-15051

---

| 4.3 26 | **Unifirst Corporation** | Last 4 digits of account number | 5975 | Unknown |

Nonpriority Creditor's Name

**3801 Ocean Ranch Blvd. #105**
**Oceanside, CA 92056**

When was the debt incurred?    **2020**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Eagle Grove Inc - Linen**

---

| 4.3 27 | **URS of WA LLC** | Last 4 digits of account number | 0841 | Unknown |

Nonpriority Creditor's Name

**PO Box 88369**
**Steilacoom, WA 98388**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Eagle Grove Inc - Utilities**

---

| 4.3 28 | **US FOODS** | Last 4 digits of account number | 6235 | Unknown |

Nonpriority Creditor's Name

**99021 Collection CTR DR**
**Chicago, IL 60693**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **5320 Ventures Inc - Food.**

---

Debtor 1    **Edmund Cyprus Cutting**                                            Case number (if known)    **2:23-bk-15051**

---

| 4.3 29 | |
|---|---|

**US Foods**
Nonpriority Creditor's Name
**PO Box 394766**
**San Francisco, CA 94139**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number    **7330**                    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Consulting - Food Supply.**

---

| 4.3 30 | |
|---|---|

**US Foods**
Nonpriority Creditor's Name
**File 6993**
**Los Angeles, CA 90074**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number    **0377**                    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Entertainment - Food.**

---

| 4.3 31 | |
|---|---|

**US Foods**
Nonpriority Creditor's Name
**File 6693**
**Los Angeles, CA 90074**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **4448**                    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Entertainment - Food.**

---

Debtor 1    **Edmund Cyprus Cutting**                                Case number (if known)    **2:23-bk-15051**

---

| 4.3 32 | **US Foods** | Last 4 digits of account number    **5455** | **Unknown** |

Nonpriority Creditor's Name
**Department 597**
**Denver, CO 80271**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis - Food.**

---

| 4.3 33 | **US Foods** | Last 4 digits of account number    **5444** | **Unknown** |

Nonpriority Creditor's Name
**11955 E Peakview Ave**
**Englewood, CO 80111**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?    2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis Pizza 2 - Food.**

---

| 4.3 34 | **US Foods** | Last 4 digits of account number    **1605** | **Unknown** |

Nonpriority Creditor's Name
**PO BOX 39000**
**San Francisco, CA 94139**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?    2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Eagle Grove Inc - Food.**

---

Debtor 1  Edmund Cyprus Cutting

Case number (if known)  2:23-bk-15051

---

| 4.3 35 | | |
|---|---|---|

**US Foods Inc**
Nonpriority Creditor's Name
**PO Box 394766**
**San Francisco, CA 94139**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **7381**    Unknown

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CCC Patxis Pizza 2 - Food.**

---

| 4.3 36 | | |
|---|---|---|

**US Small Business Administration**
Nonpriority Creditor's Name
**409 3rd St SW**
**Washington, DC 20416**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    Unknown

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CCC Capital - Real Estate Loan**

---

| 4.3 37 | | |
|---|---|---|

**US Small Business Administration**
Nonpriority Creditor's Name
**409 3rd St SW**
**Washington, DC 20416**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **7403**    Unknown

When was the debt incurred?  **2020**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CCC Consulting - SBA Loan**

---

Debtor 1    **Edmund Cyprus Cutting**

Case number *(if known)*    **2:23-bk-15051**

---

| 4.3 38 | **US Small Business Administration** | Last 4 digits of account number | **7200** | Unknown |

Nonpriority Creditor's Name
**409 3rd St SW**
**Washington, DC 20416**
Number Street City State Zip Code

**When was the debt incurred?**    **2020**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☒ No
☐ Yes

☒ Other. Specify    **CCC Entertainment - SBA Loan.**

---

| 4.3 39 | **US Small Business Administration** | Last 4 digits of account number | **1740** | Unknown |

Nonpriority Creditor's Name
**409 3rd St SW**
**Washington, DC 20416**
Number Street City State Zip Code

**When was the debt incurred?**    **2020**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☒ No
☐ Yes

☒ Other. Specify    **Eagle Grove Inc - SBA Loan.**

---

| 4.3 40 | **US Small Business Administration** | Last 4 digits of account number | **7405** | Unknown |

Nonpriority Creditor's Name
**409 3rd St SW**
**Washington, DC 20416**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☒ No
☐ Yes

☒ Other. Specify    **Hickam Harbor LLC - SBA Loan. Personal Guaranty. UCC-1.**

---

Debtor 1   Edmund Cyprus Cutting                          Case number (if known)   2:23-bk-15051

---

**4.3 41**

**US Small Business Administration**
Nonpriority Creditor's Name
**409 3rd St SW**
**Washington, DC 20416**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   7202                   **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Hickam Harbor LLC - SBA Loan. Personal Guaranty. UCC-1**

---

**4.3 42**

**US Small Business Administration**
Nonpriority Creditor's Name
**409 3rd St SW**
**Washington, DC 20416**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   7203                   **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Hickam Harbor - PPP**

---

**4.3 43**

**US Small Business Administration**
Nonpriority Creditor's Name
**409 3rd St SW**
**Washington, DC 20416**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   9109                   **Unknown**

**When was the debt incurred?**   2022

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **5320 S Moorland Rd New Berlin, WI 53151 Waukesha County Title Held by CCC Capital. Debtor signed personal guaranty**

---

Debtor 1    Edmund Cyprus Cutting

Case number (if known)    2:23-bk-15051

---

| 4.3 44 | | |
|---|---|---|

**US Small Business Administration**
Nonpriority Creditor's Name
**10737 Gateway West #300**
**El Paso, TX 79935**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **7403**

When was the debt incurred?    **2020**

$500,000.00

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CCC Consulting Corporation - SBA Loan**

---

| 4.3 45 | | |
|---|---|---|

**US Small Business Administration**
Nonpriority Creditor's Name
**409 3rd St SW**
**Washington, DC 20416**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **9109**

When was the debt incurred?    **2022**

$890,000.00

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Hickam Harbor - SBA Loan.**

---

| 4.3 46 | | |
|---|---|---|

**Verizon**
Nonpriority Creditor's Name
**PO Box 660108**
**Dallas, TX 75266**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **0001**

When was the debt incurred?    **2022**

Unknown

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CCC Entertainment - Phones**

---

Debtor 1  **Edmund Cyprus Cutting**                                        Case number (if known)   **2:23-bk-15051**

---

| 4.3 47 | **Verizon** | | Last 4 digits of account number  **6032** | | **Unknown** |

Nonpriority Creditor's Name

**PO Box 489**
**Newark, NJ 07101-0489**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business. Personal guaranty**

---

| 4.3 48 | **Verizon Wireless** | | Last 4 digits of account number  **2197** | | **Unknown** |

Nonpriority Creditor's Name

**777 Big Timber Road**
**Elgin, IL 60123**
Number Street City State Zip Code

**When was the debt incurred?**  **2011**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

| 4.3 49 | **Waukesha County** | | Last 4 digits of account number  **8673** | | **Unknown** |

Nonpriority Creditor's Name

**515 W Moreland Blvd**
**Ste 148**
**Waukesha, WI 53188**
Number Street City State Zip Code

**When was the debt incurred?**  **2023-2024**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Any Real Property Taxes owed on 5320 S Moorland Rd New Berlin, WI 53151 Waukesha County Title Held by CCC Capital**

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1    Edmund Cyprus Cutting

Case number (if known)    2:23-bk-15051

---

| 4.3 50 | **WE Energies** | |
|---|---|---|

Nonpriority Creditor's Name
**PO Box 6042**
**Carol Stream, IL 60197**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1350**

When was the debt incurred?    **2022**

**Unknown**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CCC Entertainment - Electricity and Gas**

---

| 4.3 51 | **WEBBANK** | |
|---|---|---|

Nonpriority Creditor's Name
**Paypal Working Capital**
**PO Box 5018**
**Lutherville Timonium, MD 21094**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **5733**

When was the debt incurred?    **2023**

**$78,952.82**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **PayPal Working Capital Account**

---

| 4.3 52 | **West Auctions Commercial Asset** | |
|---|---|---|

Nonpriority Creditor's Name
**Service**
**PO Box**
**Woodland, CA 95776**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1629**

When was the debt incurred?    **2022**

**Unknown**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CCC Patxis - Auction Company**

---

Debtor 1    __Edmund Cyprus Cutting__                                   Case number (if known)    __2:23-bk-15051__

| 4.3 53 | **West Auctions Commercial Asset Serv** | Last 4 digits of account number __1629__ | | Unknown |

Nonpriority Creditor's Name
**PO Box 278**
**Woodland, CA 95776**
Number Street City State Zip Code

When was the debt incurred?    __2022__

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **CCC Entertainment - Auction**

---

| 4.3 54 | **WestGuard Insurance Company** | Last 4 digits of account number __6673__ | | Unknown |

Nonpriority Creditor's Name
**PO Box AH 39 Public Square**
**Wilkes Barre, PA 18703**
Number Street City State Zip Code

When was the debt incurred?    __2022__

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Hickam Harbor LLC - Insurance**

---

| 4.3 55 | **WI Dept of Financial Institutions** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
**PO Box 7846**
**Madison, WI 53707-7846**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **5320 Ventures Inc - Notice Only**

---

Debtor 1  **Edmund Cyprus Cutting**                          Case number *(if known)*  **2:23-bk-15051**

---

| 4.3 56 | |
|---|---|

**Wine Warehouse**
Nonpriority Creditor's Name
**P.O. Box 910900**
**Los Angeles, CA 90091**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **6370**                    **Unknown**

When was the debt incurred?  **2020**

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Eagle Grove Inc - Beverage**

---

| 4.3 57 | |
|---|---|

**Worldpay**
Nonpriority Creditor's Name
**8500 Governors Hill Drive**
**Mail Drop GH2Y06**
**Symmes Township, OH 45249**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number                          **Unknown**

When was the debt incurred?  **2023**

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **5320 Ventures Inc - Notice Only**

---

| 4.3 58 | |
|---|---|

**Worldpay**
Nonpriority Creditor's Name
**8500 Governors Hill Drive**
**Mail Drop GH2Y06**
**Symmes Township, OH 45249**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number                          **Unknown**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Hickam Harbor - Notice for any claims**

---

Debtor 1    **Edmund Cyprus Cutting**    Case number *(if known)*    **2:23-bk-15051**

---

| 4.3 59 | **Xcel Energy** | Last 4 digits of account number | **6043** | **Unknown** |

Nonpriority Creditor's Name
**PO Box 8**
**Eau Claire, WI 54702**
Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CCC Consulting - Utilites**

---

| 4.3 60 | **Xcel Energy** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**PO Box 8**
**Eau Claire, WI 54702**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Patxis Pizza**

---

| 4.3 61 | **Young's Market Company** | Last 4 digits of account number | **7447** | **Unknown** |

Nonpriority Creditor's Name
**PO Box 743564**
**Los Angeles, CA 90074**
Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CCC Entertainment - Beverage**

---

Debtor 1    **Edmund Cyprus Cutting**                                    Case number *(if known)*    **2:23-bk-15051**

---

| 4.3 62 | **Youngs Market Company** | | | |

Nonpriority Creditor's Name
**PO Box 743564**
**Los Angeles, CA 90074**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**    **7447**                    **Unknown**

**When was the debt incurred?**    **2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis - Beverage**

---

| 4.3 63 | **Youngs Market Company** | | | |

Nonpriority Creditor's Name
**PO Box 743564**
**Los Angeles, CA 90074**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**    **2694**                    **Unknown**

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CCC Patxis Pizza 2 - Beverage**

---

| 4.3 64 | **Youngs Market Company/RNDC** | | | |

Nonpriority Creditor's Name
**94-501 Kau Street**
**Waipahu, HI 96797**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**    **8830**                    **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Hickam Harbor LLC - Beverage**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

**61 N Raymond Burgers Inc**
**61 N Raymond Ave**
**Pasadena, CA**

Line **4.16** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**671 Laurel San Carlos Associates**
**Attn John Baer**
**Box 1334**
**San Carlos, CA 94070**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**AGA**
**740 Walt Whitman Rd**
**Melville, NY 11747-9090**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.306** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Allied Beverage**
**Harbor Distributing LLC**
**5801 Nicolle Street**
**Ventura, CA 93003**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Alpine Credit Inc**
**tnf Allegient Receivables Solutions**
**12191 W 64th Ave Suite 210**
**Arvada, CO 80004**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.105** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Alpine Credit Inc**
**12191 W 64th Ave Suite 210**
**Arvada, CO 80004**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.106** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Alpine Credit Inc**
**tnf Allegient Receivables Solutions**
**12191 W 64th Ave Suite 210**
**Arvada, CO 80004**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.106** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Anna Graves Esq**
**Pillsbury Winthrop Shaw Pittman**
**LLP**
**725 South Figueroa St Ste 2800**
**Los Angeles, CA 90017-5406**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.201** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Aramark**
**2680 Palumbo Drive**
**Lexington, KY 40509**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.40** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Aramark**
**2680 Palumbo Drive**
**Lexington, KY 40509**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.41** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Aramark**
**2680 Palumbo Drive**
**Lexington, KY 40509**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.43** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Debtor 1   **Edmund Cyprus Cutting**                                           Case number (if known)   **2:23-bk-15051**

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Aramark**<br>**2680 Palumbo Drive**<br>**Lexington, KY 40509** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.44** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Aramark**<br>**2680 Palumbo Drive**<br>**Lexington, KY 40509** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.45** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Aramark**<br>**2680 Palumbo Drive**<br>**Lexington, KY 40509** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.46** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Aramark**<br>**2680 Palumbo Drive**<br>**Lexington, KY 40509** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.47** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Aramark**<br>**2680 Palumbo Drive**<br>**Lexington, KY 40509** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.48** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Berkovitch & Bouskila PLLC**<br>**80 Broad St Suite 3303**<br>**New York, NY 10004** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.209** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Brown & Joseph LLC**<br>**The Hanover Insurance Company**<br>**On Pierce Place Suite 700W**<br>**Itasca, IL 60143** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.317** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Caine & Weiner**<br>**338 Harris Hill Road #206**<br>**Buffalo, NY 14221** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.159** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**California Department of Tax and**<br>**Fee Administration**<br>**PO Box 942879**<br>**Sacramento, CA 94279** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**California Department of Tax and**<br>**Fee Administration**<br>**PO Box 942879**<br>**Sacramento, CA 94279** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.4** of (Check one):<br>☑ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**CESC COVID EIDL Service Center**<br>**14925 Kingsport Rd**<br>**Fort Worth, TX 76155** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.338** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    **Page 136 of 146**

Debtor 1    **Edmund Cyprus Cutting**                                    Case number (if known)    **2:23-bk-15051**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **CESC COVID EIDL Service Center**<br>**14925 Kingsport Rd**<br>**Fort Worth, TX 76155** | Line **4.340** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **CESC COVID EIDL Service Center**<br>**14925 Kingsport Rd**<br>**Fort Worth, TX 76155** | Line **4.341** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **CHRIS W BLAYLOCK**<br>**401 Wilshire Blvd Suite 1200**<br>**Santa Monica, CA 90401** | Line **4.175** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **City and County of Denver**<br>**Department of Finance Treasury**<br>**Division**<br>**PO Box 660860**<br>**Dallas, TX 75266-0860** | Line **2.7** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **City of Santa Barbara**<br>**Post Office Box 1990**<br>**Santa Barbara, CA 93102-1990** | Line **4.92** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **City of Santa Barbara**<br>**735 Anacapa**<br>**Santa Barbara, CA 93102-1990** | Line **4.92** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Classic Beverage**<br>**120 N Puente Avenue**<br>**City of Industry, CA 91746** | Line **4.94** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Classic Beverage**<br>**120 N Puente Avenue**<br>**City of Industry, CA 91746** | Line **4.95** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Collection at Law Inc**<br>**Angela  A Velen Esq**<br>**3835 East Thousand Oaks Blvd**<br>**#R349**<br>**Westlake Village, CA 91362** | Line **4.50** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Comcast Business**<br>**9602 S 300 W Ste B**<br>**Sandy, UT 84070-3302** | Line **4.97** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Comcast Business**<br>**9602 S 300 W Ste B**<br>**Sandy, UT 84070-3302** | Line **4.98** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Official Form 106 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1   **Edmund Cyprus Cutting**          Case number (if known)   **2:23-bk-15051**

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Comcast Business**<br>9602 S 300 W Ste B<br>Sandy, UT 84070-3302 | Line **4.99** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Comcast Business**<br>9602 S 300 W Ste B<br>Sandy, UT 84070-3302 | Line **4.100** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Credit Management LP**<br>6080 Tennyson Parkway Suite 100<br>Plano, TX 75024 | Line **4.360** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Dallas/Ft Worth Disaster Office Area 3**<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 | Line **4.345** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Denver Water Correspondence**<br>1600 W 12th Ave<br>Denver, CO 80204-3412 | Line **4.133** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Department of Finance Treasury**<br>201 W Colfax Ave<br>Dept 1009 MC 405<br>Denver, CO 80202 | Line **2.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Department of Workforce Development Equal Rights Division**<br>201 E Washington Ave Rm A100<br>Madison, WI 53703 | Line **4.311** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Disaster Loan Servicing Center**<br>1545 Hawkins Blvd Ste 202<br>El Paso, TX 79925 | Line **4.344** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Edwards J Siegler Esq**<br>11755 Wilshire Blvd Suite 1450<br>Los Angeles, CA 90025 | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Frontier**<br>PO Box 211579<br>Saint Paul, MN 55121-2879 | Line **4.169** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **George Gost** | Line **4.50** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims |

Debtor 1  **Edmund Cyprus Cutting**                                           Case number (if known)   **2:23-bk-15051**

---

**Hemar Rousso & Heald LLP**
**15910 Ventura Blvd 12th Floor**
**Encino, CA 91436**

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Gordon Rees Scully Mansukhani**
**LLP**
**5 Park Plaza #1100**
**Irvine, CA 92614**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Green Box**
**2200 Biscayne Blvd**
**Suite 200**
**Miami, FL 33137**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.181** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Halling & Cayo**
**320 E Buffalo Street Suite 700**
**Milwaukee, WI 53202**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Hanmi Bank**
**SBA Loan Department**
**3660 Wilshire Ste 917**
**Los Angeles, CA 90010**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.184** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Hanna & Van Atta**
**Attn William R Garrett**
**525 University Avenue Ste 600**
**Palo Alto, CA 94301-1921**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Hao Pang**
**10973 COLD HARBOR DR**
**Rancho Cucamonga, CA 91737**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.121** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Harry A Parks**
**DBA The Lafayette Clocktower**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.213** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Helix Leisure**
**1 Lorong 2 Toa Payoh**
**Braddell House 02-03**
**Singapore 319637**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.190** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**IVETTA ARQUELL**
**8730 Wilshire Boulevard**
**Suite 500**
**Beverly Hills, CA 90211**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.175** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Johnson Law Office**
**9118 3rd Avenue**
**Brooklyn, NY 11209**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.166** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Debtor 1    Edmund Cyprus Cutting                                          Case number (if known)    2:23-bk-15051

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Kalamata Capital LLC**<br>**80 Broad St Suite 1201**<br>**New York, NY 10004** | Line **4.209** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Kristal Steeves**<br>**3519 N Cook Street**<br>**Denver, CO 80205** | Line **4.17** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Lafayette Clocktower LLC**<br>**1850 Mt Diablo Blvd Ste 400**<br>**Walnut Creek, CA 94596** | Line **4.213** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Laff Bennett Logan PC**<br>**3200 East Cherry Creek Drive South**<br>**Suite 200**<br>**Denver, CO 80209-3245** | Line **4.9** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Law Office of Turnbull Born &**<br>**Jones**<br>**PLLC**<br>**Commerce Building Suite 1050**<br>**950 Pacific Avenue**<br>**Tacoma, WA 98402** | Line **4.50** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Law Offices of Gene J. Goldsman**<br>**501 Civic Center Drive West**<br>**Santa Ana, CA 92701** | Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Law Offices of Isaac H Greenfield**<br>**2 Executive Blvd Suite 305**<br>**Suffern, NY 10901** | Line **4.260** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Law Offices of Patrick C Carroll**<br>**Attn Patrick Carroll Esq**<br>**6440 Oak Canyon Ste 250**<br>**Irvine, CA 92618** | Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Layers LLC**<br>**Attn William Freeman**<br>**30 Liberty Ship Way Suite 3225**<br>**Sausalito, CA 94965** | Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Layers LLC**<br>**Legal Department**<br>**2044 Union Street**<br>**San Francisco, CA 94123** | Line **4.201** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

Debtor 1    **Edmund Cyprus Cutting**                    Case number (if known)    **2:23-bk-15051**

---

**Leviton Law Firm Ltd**
**One Pierce Place Suite 725W**
**Itasca, IL 60143**

Line **4.317** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**LimNexus LLP**
**707 Wilshire Blvd 46th Floor**
**Los Angeles, CA 90017**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**McCarthy Burgess & Wolff**
**The MB&W Building**
**26000 Cannon Road**
**Cleveland, OH 44146**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.136** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Mercury Insurance**
**PO Box 5700**
**Rancho Cucamonga, CA 91729**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.232** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Michael Misorski**
**11727 W Woodside Dr**
**Hales Corners, WI 53130**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.311** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Michael Morrow**
**Law Office of Michael A. Morrow**
**162 S A St**
**Oxnard, CA 93030**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.262** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Mirch Law Firm LLP**
**1180 Rosecrans St # 552**
**San Diego, CA 92106-2660**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**MRS BPO LLC**
**1930 Olney Ave**
**Cherry Hill, NJ 08003**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.351** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**MRS BPO LLC**
**1930 Olney Ave**
**Cherry Hill, NJ 08003**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.217** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**National Franchise Sales**
**1601 Dove Street Suite 150**
**Newport Beach, CA 92660**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.255** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**NuCo2**
**PO Box 9011**
**Stuart, FL 34995**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.246** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**On Deck**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.248** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

---

**Debtor 1**    Edmund Cyprus Cutting

Case number (if known)    **2:23-bk-15051**

c/o CSC
2710 Gateway Oaks Drive Suite 150N
Sacramento, CA 95833

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Otten Johnson Robinson Neff and Ragonetti PC**<br>**David P Hutchinson**<br>**950 17th Street Suite 1600**<br>**Denver, CO 80202** | Line **4.110** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Patrick J Wingfield Esq**<br>**Skaja Daniels Lister Permito LLP**<br>**960 CAnterbury Place Suite 110**<br>**Escondido, CA 92025** | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Performance Food Group Inc**<br>**dba Performance Foodservce and dba**<br>**VIstar**<br>**188 Inverness Drive West Ste 700**<br>**Englewood, CO 80112** | Line **4.257** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Performance Foodservice-Chicago**<br>**5030 Baseline Road**<br>**Montgomery, IL 60538** | Line **4.257** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **PMT Solutions LLC**<br>**7100 Fort Dent Way Suite 210**<br>**Tukwila, WA 98188** | Line **4.286** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Proguard**<br>**1232 Chester Ave**<br>**Bakersfield, CA 93301** | Line **4.264** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Riverrock Real Estate Group**<br>**6330 San Vicente Blvd Suite 250**<br>**Los Angeles, CA 90048** | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Riverside County Dept Child Support**<br>**2041 Iowa Ave**<br>**Riverside, CA 92507-2414** | Line **4.128** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Robert K Lu**<br>**Reid & Wise LLP**<br>**633 West Fifth Street 6th Floor**<br>**Los Angeles, CA 90071** | Line **4.234** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

Debtor 1    **Edmund Cyprus Cutting**                                    Case number (if known)    **2:23-bk-15051**

---

**Robert K Lu**
**Reid & Wise LLP**
**633 West Fifth Street 26th Floor**
**Los Angeles, CA 90071**

Line **4.261** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Small Business Administration**
**Office of the General Counsel**
**312 N Spring St 5th FL**
**Los Angeles, CA 90012**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.337** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Spectrum Enterprise**
**1900 Blue Crest Ln**
**San Antonio, TX 78247**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.303** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**State of California**
**Dept of Industrial Relations**
**Labor Commisioner Office**
**2 MacArthur Place Ste 800**
**Santa Ana, CA 92707**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.305** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**State of Colorado**
**Department of Labor and**
**Employment**
**633 17th Street Suite 600**
**Denver, CO 80202-3660**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**State of Wisconsin**
**Department of Workforce**
**PO Box 7946**
**Madison, WI 53707-7946**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.312** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Steve Luan**
**2451 Huntington Drive**
**San Marino, CA 91108**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Stone Distributing**
**505 S Pacific St**
**San Marcos, CA 92078**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.314** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Stripe Inc**
**3180 18th Street Suite 100**
**San Francisco, CA 94110**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.260** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**The Hartford**
**PO Box 783690**
**Philadelphia, PA 19178-3690**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.318** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Tice Azure**
**5323 Ballard Ave NW**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.323** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

---

Debtor 1    **Edmund Cyprus Cutting**                                    Case number (if known)    **2:23-bk-15051**

**Seattle, WA 98107**
                                                                        ☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Timberland Bank**<br>**624 Simpson Ave**<br>**Hoquiam, WA 98550**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.50** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**TNT Plumbing Company**<br>**2108 Marina Blvd #B**<br>**San Leandro, CA 94577**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.324** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**US Bank National Association**<br>**c/o Levy Department**<br>**PO Box 5220 CN-OH-L2GT**<br>**Cincinnati, OH 45201-5220**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.28** of (Check one):<br>☑ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**US Foods**<br>**W137 N9245 HWY 145**<br>**Box 9001**<br>**Menomonee Falls, WI 53051**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.328** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**US Foods Inc**<br>**300 Lawrence Drive**<br>**Livermore, CA 94550**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.330** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**US Foods Inc**<br>**300 Lawrence Drive**<br>**Livermore, CA 94550**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.331** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**US Small Business Administration**<br>**10737 Gateway West #300**<br>**El Paso, TX 79935**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.338** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**US Small Business Administration**<br>**1545 Hawkins Blvd Suite 202**<br>**El Paso, TX 79925**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.340** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**US Small Business Administration**<br>**1545 Hawkins Blvd Suite 202**<br>**El Paso, TX 79925**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.341** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Verizon**<br>**PO Box 489**<br>**Newark, NJ 07101-0489**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.346** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Wastewater Management Division**<br>**2000 W 3rd Ave**<br>**Denver, CO 80223-1027** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.133** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1    **Edmund Cyprus Cutting**                          Case number (if known)    **2:23-bk-15051**

| | |
|---|---|
| Last 4 digits of account number | |
| Name and Address<br>**Webbank**<br>**215 S State St**<br>**Suite 1000**<br>**Salt Lake City, UT 84111** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.351** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Webbank**<br>**15 West South Temple**<br>**Suite 600**<br>**Salt Lake City, UT 84101** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.351** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**WEBBANK**<br>**Paypal Working Capital**<br>**PO Box 5018**<br>**Lutherville Timonium, MD 21094** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.217** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Wesierski & Zurek LLP**<br>**Attn Claudia Mourad Esq**<br>**29 Orchard Rd**<br>**Lake Forest, CA 92630** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**WestGuard Insurance Company**<br>**39 Public Square**<br>**Wilkes Barre, PA 18703** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.63** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**WestGuard Insurance Company**<br>**PO Box AH**<br>**Wilkes Barre, PA 18703** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.63** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**William R. Garrett, Esq.**<br>**Hanna & Van Atta**<br>**525 University Avenue, Suite 600**<br>**Palo Alto, CA 94301** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.3** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Wood Smith Henning & Berman LLP**<br>**201 1st Street Suite 209**<br>**Petaluma, CA 94952** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.68** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**WSHB**<br>**901 Main Street**<br>**Suite 3670**<br>**Dallas, TX 75202** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.68** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Yosef Berrin-Reinstein**<br>**1880 Century Park East Suite 200**<br>**Los Angeles, CA 90067** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.236** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

**Part 4:**    Add the Amounts for Each Type of Unsecured Claim

Debtor 1    **Edmund Cyprus Cutting**                                    Case number (if known)    **2:23-bk-15051**

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 172,945.01 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 2,000.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 174,945.01 |

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 3,004,540.02 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 3,004,540.02 |

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td colspan="2"><strong>Edmund Cyprus Cutting</strong></td></tr>
<tr><td></td><td>First Name</td><td>Middle Name          Last Name</td></tr>
<tr><td>Debtor 2</td><td></td><td></td></tr>
<tr><td>(Spouse, if filing)</td><td>First Name</td><td>Middle Name          Last Name</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td colspan="2">CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="2"><strong>2:23-bk-15051</strong></td></tr>
</table>

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | **Person or company with whom you have the contract or lease**<br>Name, Number, Street, City, State and ZIP Code | **State what the contract or lease is for** |
|---|---|---|
| 2.1 | **677 Laurel Street Associates, LLC**<br>**c/o John Baer**<br>**Box 1334**<br>**San Carlos, CA 94070** | **Landlord: 677 Laurel Street Associates LLC. Tenants: Hickam LLC and Ted Cutting. (San Carlos Suite C). Personal Guaranty.** |
| 2.2 | **677 Laurel Street Associates, LLC**<br>**Attn John Baer**<br>**Box 1334**<br>**San Carlos, CA 94070** | **Landlord: 677 Laurel Street Associates LLC. Tenants: CCC Consulting and Edmund Cutting (San Carlos Suite B). Personal Guaranty.** |
| 2.3 | **Bon Air Development LLC**<br>**50 Bon Air Center Suite 200**<br>**Greenbrae, CA 94904** | **CCC Patxis - Rent  (on lease as individual?)** |
| 2.4 | **CP Kent Place Owner LLC**<br>**1881 16th St**<br>**Denver, CO 80202** | **Assignment and Assumption of Lease. Assignor: Layers LLC, Assignee: CCC Patxis Pizza 2 Corp DBA Patxis Chicago Pizza. Landlord: CP Kent Place Owner LLC. Patxis Limited (Franchisor) Edmund Cutting (Individual)(Cherry Hills Patxis). Personal Guaranty.** |
| 2.5 | **CT Investments III, LLC**<br>**NW  W22520 Johnson Dr Ste L**<br>**Waukesha, WI 53186** | **5320 Ventures Inc - Rent** |
| 2.6 | **Daly Property Management**<br>**9743 Oakmore Road**<br>**Los Angeles, CA 90035** | **CCC Entertainment - Rent** |
| 2.7 | **Geico General Insurance Company**<br>**PO Box 509090**<br>**San Diego, CA 92150-9090** | **Vehicle Insurance; term. 8/13/2023** |

Debtor 1    **Edmund Cyprus Cutting**                                                  Case number (*if known*)    **2:23-bk-15051**

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.8 **Hickham Harbor LLC**<br>**dba CCC Restaurant Group**<br>**8028 Harrison St**<br>**Los Angeles, CA 90031** | **Landlord: Edmund Cutting; Lease Term: 5 years.**<br>**September 1, 2021 - September 1, 2026 [8028 Harrison**<br>**Lease]** |
| 2.9 **Homesite Insurance Company**<br>**of the Midwest**<br>**PO Box 5300**<br>**Binghamton, NY 13902-9953** | **Homeowners Insurance (10824 Archway); term.**<br>**11/1/2023.** |
| 2.10 **JMS Development Partners**<br>**PO Box 1334**<br>**San Carlos, CA 94070** | **CCC Consulting - Rent. Personal Guaranty.** |
| 2.11 **JMS Development Partners**<br>**Box 1334**<br>**San Carlos, CA 94070** | **CCC Consulting - San Carlos Lease (contract through**<br>**2030). Personal Guaranty.** |
| 2.12 **Lafayette Clocktower LLC** | **Landlord: Lafayette Clocktower Tenant: Ted Cutting** |
| 2.13 **Liberty Insurance**<br>**PO Box 958416**<br>**Lake Mary, FL 32795** | **Homeowners Insurance (604 Wrede); term. 7/22/2024.** |
| 2.14 **Meltdown Management, LLC**<br>**P.O. Box 1267**<br>**Sunset Beach, CA 90742** | **Eagle Grove Inc - Rent** |
| 2.15 **Michael Nahkleh**<br>**466 East Foothill Blvd #356**<br>**La Canada, CA 91001** | **Franchise Agreement/Franchise Owner Partner (Slaters**<br>**50/50)** |
| 2.16 **Mission Road QOZB LLC**<br>**1880 Century Park East Suite 200**<br>**Los Angeles, CA 90067** | **Landlord: Mission Road. Tenant: Edmund Cutting dba**<br>**CCC Restaurant Group. Lease term: 2/1/2023 - 1/31/2024.**<br>**Cloud kitchen** |
| 2.17 **Paramount Village HOA**<br>**c/o Vitco Properties**<br>**PO Box 57063**<br>**Irvine, CA 92619-7063** | **Opened 2023**<br>**Homeowner Association**<br>**8028 Harrison Street Paramount, CA 90723  Los Angeles**<br>**County**<br>**Used for business offices.** |
| 2.18 **Sunpower Capital LLC**<br>**PO Box 844863**<br>**Los Angeles, CA 90084-4863** | **Solar Panel Lease; lease term. 20 years.** |
| 2.19 **The Kutzer Company**<br>**716 Mission St**<br>**South Pasadena, CA 91030** | **-Pasadena Lease. Personal Guaranty.** |

Debtor 1     **Edmund Cyprus Cutting**                                    Case number *(if known)*    **2:23-bk-15051**

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.20  **Tice Azure**<br>**5323 Ballard Ave NW**<br>**Seattle, WA 98107** | **Management Agreement. Personal Guaranty.** |
| 2.21  **Travelers Insurance**<br>**c/o Geico Insurance**<br>**One Geico Way**<br>**Fredericksburg, VA 22412** | **Homeowners Insurance (8028 Harrison); term. 8/26/2024.** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Edmund Cyprus Cutting** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **2:23-bk-15051** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

    In which community state or territory did you live?  **California**  . Fill in the name and current address of that person.

    **Jennifer Callueng**
    **604 Wrede Way**
    **West Covina, CA 91791**
    Name of your spouse, former spouse, or legal equivalent
    Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|---|
| | Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |
| 3.1 | **5320 Ventures Inc**<br>**5320 S Moorland Ave**<br>**New Berlin, WI 53151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.303**<br>☐ Schedule G _____<br>**Spectrum** |
| 3.2 | **5320 Ventures Inc**<br>**5320 S Moorland Ave**<br>**New Berlin, WI 53151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.7**<br>☐ Schedule G _____<br>**ABC Technologies Group Inc** |

Debtor 1  **Edmund Cyprus Cutting**                                    Case number *(if known)*  **2:23-bk-15051**

---

▌ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.3  **5320 Ventures Inc**
**5320 S Moorland Ave**
**New Berlin, WI 53151**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.172__
☐ Schedule G  _____
**GFL Environmental**

---

3.4  **5320 Ventures Inc**
**5320 S Moorland Ave**
**New Berlin, WI 53151**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.60__
☐ Schedule G  _____
**Bauer Sign and Lighting**

---

3.5  **5320 Ventures Inc**
**5320 S Moorland Ave**
**New Berlin, WI 53151**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.182__
☐ Schedule G  _____
**Guthrie & Frey Water Conditioning**

---

3.6  **5320 Ventures Inc**
**5320 S Moorland Ave**
**New Berlin, WI 53151**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.240__
☐ Schedule G  _____
**Mr. Handyman of Waukesha & North**

---

3.7  **5320 Ventures Inc**
**5320 S Moorland Ave**
**New Berlin, WI 53151**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.256__
☐ Schedule G  _____
**Pepsi Beverage Company**

---

3.8  **5320 Ventures Inc**
**5320 S Moorland Ave**
**New Berlin, WI 53151**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.257__
☐ Schedule G  _____
**Performance Food Service**

---

3.9  **5320 Ventures Inc**
**5320 S Moorland Ave**
**New Berlin, WI 53151**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.328__
☐ Schedule G  _____
**US FOODS**

---

3.10  **5320 Ventures Inc**
**5320 S Moorland Ave**
**New Berlin, WI 53151**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.120__
☐ Schedule G  _____
**CT Investments III, LLC**

---

| Debtor 1 | Edmund Cyprus Cutting | | Case number *(if known)* | 2:23-bk-15051 |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11 **5320 Ventures Inc**<br>**5320 S Moorland Ave**<br>**New Berlin, WI 53151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.165__<br>☐ Schedule G _____<br>**Fora Financial** |
| 3.12 **5320 Ventures Inc**<br>**5320 S Moorland Ave**<br>**New Berlin, WI 53151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.102__<br>☐ Schedule G _____<br>**Construction Plumbing** |
| 3.13 **5320 Ventures Inc**<br>**5320 S Moorland Ave**<br>**New Berlin, WI 53151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.209__<br>☐ Schedule G _____<br>**Kalamata Capital LLC** |
| 3.14 **5320 Ventures Inc**<br>**5320 S Moorland Ave**<br>**New Berlin, WI 53151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.91__<br>☐ Schedule G _____<br>**City of New Berlin** |
| 3.15 **5320 Ventures Inc**<br>**5320 S Moorland Ave**<br>**New Berlin, WI 53151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.357__<br>☐ Schedule G _____<br>**Worldpay** |
| 3.16 **5320 Ventures Inc**<br>**5320 S Moorland Ave**<br>**New Berlin, WI 53151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.35__<br>☐ Schedule G _____<br>**Amtrust** |
| 3.17 **5320 Ventures Inc**<br>**5320 S Moorland Ave**<br>**New Berlin, WI 53151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.179__<br>☐ Schedule G _____<br>**Gordon Food Service** |
| 3.18 **5320 Ventures Inc**<br>**5320 S Moorland Ave**<br>**New Berlin, WI 53151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.269__<br>☐ Schedule G _____<br>**Ratas WHolesale Liquor Company Inc** |

Debtor 1   **Edmund Cyprus Cutting**                                           Case number *(if known)*   **2:23-bk-15051**

⬛ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.19 **5320 Ventures Inc**<br>**5320 S Moorland Ave**<br>**New Berlin, WI 53151** | ☐ Schedule D, line _____<br>⬛ Schedule E/F, line **4.355**<br>☐ Schedule G _____<br>**WI Dept of Financial Institutions** |
| 3.20 **5320 Ventures Inc**<br>**5320 S Moorland Ave**<br>**New Berlin, WI 53151** | ☐ Schedule D, line _____<br>⬛ Schedule E/F, line **4.62**<br>☐ Schedule G _____<br>**Beer Capitol Distributing LLC** |
| 3.21 **5320 Ventures Inc**<br>**5320 S Moorland Ave**<br>**New Berlin, WI 53151** | ☐ Schedule D, line _____<br>⬛ Schedule E/F, line **4.276**<br>☐ Schedule G _____<br>**Rhode Island Novelty** |
| 3.22 **5320 Ventures Inc**<br>**5320 S Moorland Ave**<br>**New Berlin, WI 53151** | ☐ Schedule D, line _____<br>⬛ Schedule E/F, line **4.311**<br>☐ Schedule G _____<br>**State of Wisconsin** |
| 3.23 **CCC Capital Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>⬛ Schedule E/F, line **4.162**<br>☐ Schedule G _____<br>**First Midwest Bank** |
| 3.24 **CCC Capital Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>⬛ Schedule E/F, line **4.336**<br>☐ Schedule G _____<br>**US Small Business Administration** |
| 3.25 **CCC Capital Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>⬛ Schedule E/F, line **4.209**<br>☐ Schedule G _____<br>**Kalamata Capital LLC** |
| 3.26 **CCC Capital Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>⬛ Schedule E/F, line **4.349**<br>☐ Schedule G _____<br>**Waukesha County** |

Debtor 1    **Edmund Cyprus Cutting**                                 Case number *(if known)*  **2:23-bk-15051**

▮ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.27  **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.205___<br>☐ Schedule G _____<br>**JMS Development Partners** |
| 3.28  **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.263___<br>☐ Schedule G _____<br>**Professional Building Care, Inc.** |
| 3.29  **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.3___<br>☐ Schedule G _____<br>**California Department of Tax** |
| 3.30  **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.97___<br>☐ Schedule G _____<br>**Comcast** |
| 3.31  **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.40___<br>☐ Schedule G _____<br>**Aramark** |
| 3.32  **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.135___<br>☐ Schedule G _____<br>**Devil's Canyon Brewing Company** |
| 3.33  **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.197___<br>☐ Schedule G _____<br>**IFS** |
| 3.34  **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.229___<br>☐ Schedule G _____<br>**Matagrano Inc** |

Debtor 1  Edmund Cyprus Cutting                                    Case number *(if known)*  2:23-bk-15051

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.35  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.293**
☐ Schedule G  _____
**Southern Glazer's**

3.36  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.329**
☐ Schedule G  _____
**US Foods**

3.37  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.258**
☐ Schedule G  _____
**PG&E**

3.38  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.199**
☐ Schedule G  _____
**Image Systems Signs Inc**

3.39  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.31**
☐ Schedule G  _____
**AMEX-Business Platinum Card**

3.40  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.30**
☐ Schedule G  _____
**AMEX-Business Gold Reward**

3.41  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.34**
☐ Schedule G  _____
**AMEX-Plum Card**

3.42  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.32**
☐ Schedule G  _____
**AMEX-Business Platinum Card**

Debtor 1    **Edmund Cyprus Cutting**                                     Case number *(if known)*    **2:23-bk-15051**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.43 **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line **4.290**<br>☐ Schedule G _____<br>**Southern California Gas** |
| 3.44 **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line **4.41**<br>☐ Schedule G _____<br>**Aramark** |
| 3.45 **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line **4.71**<br>☐ Schedule G _____<br>**Breakthru Beverage** |
| 3.46 **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line **4.104**<br>☐ Schedule G _____<br>**Coors Distributing** |
| 3.47 **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line **4.130**<br>☐ Schedule G _____<br>**Denver Beverage** |
| 3.48 **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line **4.133**<br>☐ Schedule G _____<br>**Denver Water** |
| 3.49 **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line **4.136**<br>☐ Schedule G _____<br>**Direct TV** |
| 3.50 **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line **4.154**<br>☐ Schedule G _____<br>**Essential Plastics** |

Debtor 1  **Edmund Cyprus Cutting**

Case number *(if known)*  **2:23-bk-15051**

---

██ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.51  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.300___
☐ Schedule G _____
**Southern Glaziers of CO**

---

3.52  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.13___
☐ Schedule G _____
**Colorado Department of Revenue**

---

3.53  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.98___
☐ Schedule G _____
**Comcast**

---

3.54  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.6___
☐ Schedule G _____
**City and County of Denver**

---

3.55  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.7___
☐ Schedule G _____
**City and County of Denver**

---

3.56  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.12___
☐ Schedule G _____
**AFLAC**

---

3.57  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.275___
☐ Schedule G _____
**Republic Service**

---

3.58  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.359___
☐ Schedule G _____
**Xcel Energy**

---

Debtor 1    **Edmund Cyprus Cutting**

Case number *(if known)*    **2:23-bk-15051**

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.59 **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.206__<br>☐ Schedule G _____<br>**JMS Development Partners** |
| 3.60 **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.86__<br>☐ Schedule G _____<br>**Celtic Bank** |
| 3.61 **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.337__<br>☐ Schedule G _____<br>**US Small Business Administration** |
| 3.62 **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.209__<br>☐ Schedule G _____<br>**Kalamata Capital LLC** |
| 3.63 **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**Ace Foods LLP** |
| 3.64 **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.177__<br>☐ Schedule G _____<br>**Golden Brands** |
| 3.65 **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.298__<br>☐ Schedule G _____<br>**Southern Glazers** |
| 3.66 **CCC Consulting Corporation**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.20__<br>☐ Schedule G _____<br>**Employment Development Dept** |

Official Form 106H                    Schedule H: Your Codebtors                    Page 9 of 44

Debtor 1  **Edmund Cyprus Cutting**

Case number *(if known)*  **2:23-bk-15051**

▮ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.67  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
▮ Schedule E/F, line   **2.24**
☐ Schedule G _____
**Internal Revenue Service**

3.68  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
▮ Schedule E/F, line   **2.22**
☐ Schedule G _____
**Franchise Tax Board**

3.69  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
▮ Schedule E/F, line   **2.26**
☐ Schedule G _____
**State Board of Equalization**

3.70  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
▮ Schedule E/F, line   **4.125**
☐ Schedule G _____
**Daly Property Management**

3.71  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
▮ Schedule E/F, line   **4.344**
☐ Schedule G _____
**US Small Business Administration**

3.72  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
▮ Schedule E/F, line   **4.262**
☐ Schedule G _____
**Produce Available**

3.73  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
▮ Schedule E/F, line   **4.151**
☐ Schedule G _____
**Environmental Health Services**

3.74  **CCC Consulting Corporation**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
▮ Schedule E/F, line   **4.232**
☐ Schedule G _____
**Mercury Insurance**

Debtor 1  **Edmund Cyprus Cutting**                                    Case number *(if known)*  **2:23-bk-15051**

---

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.75  **CCC Consulting Corporation**
      **604 Wrede Way**
      **West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.233___
☐ Schedule G _____
**Michael Laudizio**

---

3.76  **CCC Entertainment Corporation**
      **8028 Harrison St**
      **West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.42___
☐ Schedule G _____
**Aramark**

---

3.77  **CCC Entertainment Corporation**
      **8028 Harrison St**
      **West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.4___
☐ Schedule G _____
**California Department of Tax and**

---

3.78  **CCC Entertainment Corporation**
      **8028 Harrison St**
      **West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.6___
☐ Schedule G _____
**A+ Refrigeration**

---

3.79  **CCC Entertainment Corporation**
      **8028 Harrison St**
      **West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.22___
☐ Schedule G _____
**Allied Beverage Co.**

---

3.80  **CCC Entertainment Corporation**
      **8028 Harrison St**
      **West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.54___
☐ Schedule G _____
**Balcom Canyon Cider**

---

3.81  **CCC Entertainment Corporation**
      **8028 Harrison St**
      **West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.94___
☐ Schedule G _____
**Classic Dist & Bev Group**

---

3.82  **CCC Entertainment Corporation**
      **8028 Harrison St**
      **West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.101___
☐ Schedule G _____
**Commercial appliance repair**

---

Debtor 1 __Edmund Cyprus Cutting__    Case number *(if known)* __2:23-bk-15051__

| | Additional Page to List More Codebtors |
|---|---|

Column 1: **Your codebtor** — Column 2: **The creditor to whom you owe the debt**
Check all schedules that apply:

3.83 **CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line __4.107__
☐ Schedule G _____
**Corodata**

3.84 **CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line __4.112__
☐ Schedule G _____
**Craft Beer Guild of LA**

3.85 **CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line __4.169__
☐ Schedule G _____
**Frontier Communications**

3.86 **CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line __4.196__
☐ Schedule G _____
**Huntington Beach Propane**

3.87 **CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line __4.214__
☐ Schedule G _____
**Lee & Neal**

3.88 **CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line __4.218__
☐ Schedule G _____
**Local Craft**

3.89 **CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line __4.224__
☐ Schedule G _____
**Mar Borg Industries**

3.90 **CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line __4.251__
☐ Schedule G _____
**Pacific Bev Co.**

Debtor 1   **Edmund Cyprus Cutting**                          Case number *(if known)*   **2:23-bk-15051**

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.91  **CCC Entertainment Corporation**<br>**8028 Harrison St**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.282___<br>☐ Schedule G _____<br>**Santa Maria Brewing** |
| 3.92  **CCC Entertainment Corporation**<br>**8028 Harrison St**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.299___<br>☐ Schedule G _____<br>**Southern Glazier's of CA Southern** |
| 3.93  **CCC Entertainment Corporation**<br>**8028 Harrison St**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.302___<br>☐ Schedule G _____<br>**Special "T" Water Systems Inc.** |
| 3.94  **CCC Entertainment Corporation**<br>**8028 Harrison St**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.314___<br>☐ Schedule G _____<br>**Stone Brewing Company** |
| 3.95  **CCC Entertainment Corporation**<br>**8028 Harrison St**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.330___<br>☐ Schedule G _____<br>**US Foods** |
| 3.96  **CCC Entertainment Corporation**<br>**8028 Harrison St**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.137___<br>☐ Schedule G _____<br>**Direct TV** |
| 3.97  **CCC Entertainment Corporation**<br>**8028 Harrison St**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.243___<br>☐ Schedule G _____<br>**NUCO2** |
| 3.98  **CCC Entertainment Corporation**<br>**8028 Harrison St**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.124___<br>☐ Schedule G _____<br>**Daly Property Management** |

Debtor 1    **Edmund Cyprus Cutting**                                    Case number *(if known)*    **2:23-bk-15051**

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.99 **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.208__<br>☐ Schedule G _____<br>**Jolt Software Inc** |
| 3.10 0 **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.353__<br>☐ Schedule G _____<br>**West Auctions Commercial Asset Serv** |
| 3.10 1 **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.43__<br>☐ Schedule G _____<br>**Aramark** |
| 3.10 2 **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.65__<br>☐ Schedule G _____<br>**Better Beverages** |
| 3.10 3 **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.95__<br>☐ Schedule G _____<br>**Classic Dist & Bev Group** |
| 3.10 4 **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.113__<br>☐ Schedule G _____<br>**Craft Beer Guild of LA** |
| 3.10 5 **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.186__<br>☐ Schedule G _____<br>**Harbor Distributing LLC** |
| 3.10 6 **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.212__<br>☐ Schedule G _____<br>**LA Live Properties LLC/Parking** |

Official Form 106H                              Schedule H: Your Codebtors

Debtor 1  **Edmund Cyprus Cutting**                          Case number *(if known)*  **2:23-bk-15051**

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.10 7  **CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line ___ **2.4** ___
☐ Schedule E/F, line _____
☐ Schedule G _____
**LA LIVE Properties LLC**

---

3.10 8  **CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___ **4.219** ___
☐ Schedule G _____
**Local Pro**

---

3.10 9  **CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___ **4.252** ___
☐ Schedule G _____
**Pacific Coast Propane**

---

3.11 0  **CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___ **4.297** ___
☐ Schedule G _____
**Southern Glazer's Wine**

---

3.11 1  **CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___ **4.331** ___
☐ Schedule G _____
**US Foods**

---

3.11 2  **CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___ **4.346** ___
☐ Schedule G _____
**Verizon**

---

3.11 3  **CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___ **4.138** ___
☐ Schedule G _____
**Direct TV**

---

3.11 4  **CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___ **4.242** ___
☐ Schedule G _____
**NASA Services**

---

Debtor 1  **Edmund Cyprus Cutting**                                      Case number *(if known)*  **2:23-bk-15051**

| | Additional Page to List More Codebtors |
|---|---|
| | Column 1: **Your codebtor** |

Column 2: **The creditor to whom you owe the debt**
Check all schedules that apply:

---

**3.11 5**
**CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line __4.38__
☐ Schedule G _____
**Anheuser-Bush Sales of Los Angeles**

---

**3.11 6**
**CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line __4.44__
☐ Schedule G _____
**Aramark**

---

**3.11 7**
**CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line __4.64__
☐ Schedule G _____
**Better Beverage**

---

**3.11 8**
**CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line __4.88__
☐ Schedule G _____
**Certech Environmental Services**

---

**3.11 9**
**CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line __4.122__
☐ Schedule G _____
**D&D Wholesale Dist.**

---

**3.12 0**
**CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line __4.149__
☐ Schedule G _____
**Edward Don & Company**

---

**3.12 1**
**CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line __4.361__
☐ Schedule G _____
**Young's Market Company**

---

**3.12 2**
**CCC Entertainment Corporation**
**8028 Harrison St**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line __4.36__
☐ Schedule G _____
**Amtrust North America**

---

Debtor 1  **Edmund Cyprus Cutting**                                Case number *(if known)*  **2:23-bk-15051**

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12<br>3  **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.350___<br>☐ Schedule G _____<br>**WE Energies** |
| 3.12<br>4  **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.317___<br>☐ Schedule G _____<br>**The Hanover Insurance Group** |
| 3.12<br>5  **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.338___<br>☐ Schedule G _____<br>**US Small Business Administration** |
| 3.12<br>6  **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.305___<br>☐ Schedule G _____<br>**Stacey Puzach c/o State of CA** |
| 3.12<br>7  **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.23___<br>☐ Schedule G _____<br>**Internal Revenue Service** |
| 3.12<br>8  **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.18___<br>☐ Schedule G _____<br>**EDD** |
| 3.12<br>9  **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.29___<br>☐ Schedule G _____<br>**American Express** |
| 3.13<br>0  **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.260___<br>☐ Schedule G _____<br>**Pinnacle Business Funding LLC** |

Debtor 1  **Edmund Cyprus Cutting**  Case number *(if known)* **2:23-bk-15051**

| ▚ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.13<br>1 | **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>▪ Schedule E/F, line ___4.209___<br>☐ Schedule G<br>**Kalamata Capital LLC** |
| 3.13<br>2 | **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ▪ Schedule D, line ___2.4___<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**LA LIVE Properties LLC** |
| 3.13<br>3 | **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>▪ Schedule E/F, line ___4.274___<br>☐ Schedule G<br>**Regency Village at Dublin LLC** |
| 3.13<br>4 | **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>▪ Schedule E/F, line ___4.51___<br>☐ Schedule G<br>**ASSN Company** |
| 3.13<br>5 | **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>▪ Schedule E/F, line ___4.271___<br>☐ Schedule G<br>**Ray Mahboob** |
| 3.13<br>6 | **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>▪ Schedule E/F, line ___4.200___<br>☐ Schedule G<br>**Imperial Dade** |
| 3.13<br>7 | **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>▪ Schedule E/F, line ___4.11___<br>☐ Schedule G<br>**ADP Inc** |
| 3.13<br>8 | **CCC Entertainment Corporation**<br>8028 Harrison St<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>▪ Schedule E/F, line ___2.19___<br>☐ Schedule G<br>**Employee Development Department** |

Debtor 1  **Edmund Cyprus Cutting**                                Case number *(if known)*  **2:23-bk-15051**

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.139 **CCC Entertainment Corporation**<br>**8028 Harrison St**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.272___<br>☐ Schedule G _____<br>**Real Time Ordering** |
| 3.140 **CCC Entertainment Corporation**<br>**8028 Harrison St**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.222___<br>☐ Schedule G _____<br>**LYNX Property Management Inc** |
| 3.141 **CCC Entertainment Corporation**<br>**8028 Harrison St**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.108___<br>☐ Schedule G _____<br>**Corporate Business Systems** |
| 3.142 **CCC Entertainment Corporation**<br>**8028 Harrison St**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.74___<br>☐ Schedule G _____<br>**California Choice** |
| 3.143 **CCC Entertainment Corporation**<br>**8028 Harrison St**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.233___<br>☐ Schedule G _____<br>**Michael Laudizio** |
| 3.144 **CCC Entertainment Corporation**<br>**8028 Harrison St**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.311___<br>☐ Schedule G _____<br>**State of Wisconsin** |
| 3.145 **CCC Entertainment Corporation**<br>**8028 Harrison St**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.17___<br>☐ Schedule G _____<br>**Aiden Wamsley** |
| 3.146 **CCC Livinroom Corporation**<br>**515 State St**<br>**Santa Barbara, CA 93101** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.209___<br>☐ Schedule G _____<br>**Kalamata Capital LLC** |

Debtor 1   **Edmund Cyprus Cutting**                                    Case number *(if known)*   **2:23-bk-15051**

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.14
7
**CCC Patxis Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.37**
☐ Schedule G _____
**Anheuser-Busch**

---

3.14
8
**CCC Patxis Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.49**
☐ Schedule G _____
**Aramark Uniform Services**

---

3.14
9
**CCC Patxis Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.72**
☐ Schedule G _____
**BreakThru Beverage**

---

3.15
0
**CCC Patxis Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.96**
☐ Schedule G _____
**Colorado Commercial Refrigeration**

---

3.15
1
**CCC Patxis Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.105**
☐ Schedule G _____
**Coors Distributing**

---

3.15
2
**CCC Patxis Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.131**
☐ Schedule G _____
**Denver Beverage**

---

3.15
3
**CCC Patxis Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.146**
☐ Schedule G _____
**Eagle Rock Colorado**

---

3.15
4
**CCC Patxis Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.150**
☐ Schedule G _____
**Elite Brands of Colo**

---

Debtor 1  **Edmund Cyprus Cutting**          Case number *(if known)*  **2:23-bk-15051**

▌ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.15<br>5  **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.155**<br>☐ Schedule G _____<br>**Essential Plastics** |
| 3.15<br>6  **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.160**<br>☐ Schedule G _____<br>**Fire & Safety of Denver, Inc.** |
| 3.15<br>7  **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.301**<br>☐ Schedule G _____<br>**Southern Glaziers of Colorado** |
| 3.15<br>8  **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.332**<br>☐ Schedule G _____<br>**US Foods** |
| 3.15<br>9  **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **2.8**<br>☐ Schedule G _____<br>**City and County of Denver** |
| 3.16<br>0  **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **2.9**<br>☐ Schedule G _____<br>**City and County of Denver** |
| 3.16<br>1  **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **2.14**<br>☐ Schedule G _____<br>**Colorado Department of Revenue** |
| 3.16<br>2  **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.9**<br>☐ Schedule G _____<br>**Abulhosn Family II LLC** |

Debtor 1    **Edmund Cyprus Cutting**                                    Case number *(if known)*    **2:23-bk-15051**

▌**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.16<br>3    **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.99**<br>☐ Schedule G _____<br>**Comcast** |
| 3.16<br>4    **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.266**<br>☐ Schedule G _____<br>**Quality 1st Repairs &** |
| 3.16<br>5    **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.352**<br>☐ Schedule G _____<br>**West Auctions Commercial Asset** |
| 3.16<br>6    **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.185**<br>☐ Schedule G _____<br>**Hanson Bridgett LLP** |
| 3.16<br>7    **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **2.2**<br>☐ Schedule G _____<br>**California Deparment of Tax and Fee** |
| 3.16<br>8    **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.100**<br>☐ Schedule G _____<br>**Comcast** |
| 3.16<br>9    **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.13**<br>☐ Schedule G _____<br>**AFLAC** |
| 3.17<br>0    **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.45**<br>☐ Schedule G _____<br>**Aramark** |

Debtor 1   **Edmund Cyprus Cutting**                    Case number *(if known)*  **2:23-bk-15051**

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.17<br>1 | **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.61___<br>☐ Schedule G<br>**Bay Alarm Company** |

| 3.17<br>2 | **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.68___<br>☐ Schedule G<br>**Bon Air Development LLC** |

| 3.17<br>3 | **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.126___<br>☐ Schedule G<br>**Darling Ingredients Inc** |

| 3.17<br>4 | **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.167___<br>☐ Schedule G<br>**Fort Point Beer Co** |

| 3.17<br>5 | **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.239___<br>☐ Schedule G<br>**Morris Distributing Inc** |

| 3.17<br>6 | **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.250___<br>☐ Schedule G<br>**P&R Paper Supply** |

| 3.17<br>7 | **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.289___<br>☐ Schedule G<br>**Smart Care** |

| 3.17<br>8 | **CCC Patxis Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.362___<br>☐ Schedule G<br>**Youngs Market Company** |

Official Form 106H                  Schedule H: Your Codebtors                  Page 23 of 44

Debtor 1  **Edmund Cyprus Cutting**

Case number *(if known)* **2:23-bk-15051**

▉ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.179  **CCC Patxis Corporation**
  **8028 Harrison St**
  **Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.248___
☐ Schedule G _____
**On Deck**

3.180  **CCC Patxis Corporation**
  **8028 Harrison St**
  **Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.260___
☐ Schedule G _____
**Pinnacle Business Funding LLC**

3.181  **CCC Patxis Corporation**
  **8028 Harrison St**
  **Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.109___
☐ Schedule G _____
**CP Kent Place Owner LLC**

3.182  **CCC Patxis Corporation**
  **8028 Harrison St**
  **Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.3___
☐ Schedule G _____
**677 Laurel Street Associates, LLC**

3.183  **CCC Patxis Corporation**
  **8028 Harrison St**
  **Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.209___
☐ Schedule G _____
**Kalamata Capital LLC**

3.184  **CCC Patxis Corporation**
  **8028 Harrison St**
  **Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.1___
☐ Schedule G _____
**1550 East 17th Ave LLC**

3.185  **CCC Patxis Corporation**
  **8028 Harrison St**
  **Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.227___
☐ Schedule G _____
**Maroon Bear 2**

3.186  **CCC Patxis Corporation**
  **8028 Harrison St**
  **Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.12___
☐ Schedule G _____
**City of Santa Barbara CA**

Debtor 1    **Edmund Cyprus Cutting**    Case number *(if known)*    **2:23-bk-15051**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply: |

3.18 **CCC Patxis Corporation**
7    **8028 Harrison St**
     **Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.106___
☐ Schedule G _____
**Coors Distributing**

3.18 **CCC Patxis Corporation**
8    **8028 Harrison St**
     **Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.324___
☐ Schedule G _____
**TNT Plumbing Company**

3.18 **CCC Patxis Corporation**
9    **8028 Harrison St**
     **Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.66___
☐ Schedule G _____
**BKG Structural Engineers**

3.19 **CCC Patxis Corporation**
0    **8028 Harrison St**
     **Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.322___
☐ Schedule G _____
**The Signworks**

3.19 **CCC Patxis Corporation**
1    **8028 Harrison St**
     **Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.10___
☐ Schedule G _____
**City and County of Denver**

3.19 **CCC Patxis Corporation**
2    **8028 Harrison St**
     **Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.233___
☐ Schedule G _____
**Michael Laudizio**

3.19 **CCC Patxis Corporation**
3    **8028 Harrison St**
     **Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.134___
☐ Schedule G _____
**Denver Water**

3.19 **CCC Patxis Pizza 2 Corporation**
4    **8028 Harrison St**
     **Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.15___
☐ Schedule G _____
**Colorado Department of Revenue**

Debtor 1  **Edmund Cyprus Cutting**                                Case number *(if known)*  **2:23-bk-15051**

▆ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.19
5
**CCC Patxis Pizza 2 Corporation**
8028 Harrison St
Paramount, CA 90723

☐ Schedule D, line _____
■ Schedule E/F, line ___2.5___
☐ Schedule G _____
**California Department of Tax and**

3.19
6
**CCC Patxis Pizza 2 Corporation**
8028 Harrison St
Paramount, CA 90723

☐ Schedule D, line _____
■ Schedule E/F, line ___4.117___
☐ Schedule G _____
**Crosspoint Realty Services, Inc**

3.19
7
**CCC Patxis Pizza 2 Corporation**
8028 Harrison St
Paramount, CA 90723

☐ Schedule D, line _____
■ Schedule E/F, line ___4.23___
☐ Schedule G _____
**Altamont Beer Works**

3.19
8
**CCC Patxis Pizza 2 Corporation**
8028 Harrison St
Paramount, CA 90723

☐ Schedule D, line _____
■ Schedule E/F, line ___4.46___
☐ Schedule G _____
**Aramark**

3.19
9
**CCC Patxis Pizza 2 Corporation**
8028 Harrison St
Paramount, CA 90723

☐ Schedule D, line _____
■ Schedule E/F, line ___4.76___
☐ Schedule G _____
**Canyon Club Brewing**

3.20
0
**CCC Patxis Pizza 2 Corporation**
8028 Harrison St
Paramount, CA 90723

☐ Schedule D, line _____
■ Schedule E/F, line ___4.79___
☐ Schedule G _____
**Carbonic Service Inc**

3.20
1
**CCC Patxis Pizza 2 Corporation**
8028 Harrison St
Paramount, CA 90723

☐ Schedule D, line _____
■ Schedule E/F, line ___4.173___
☐ Schedule G _____
**Ghost Town Brewing**

3.20
2
**CCC Patxis Pizza 2 Corporation**
8028 Harrison St
Paramount, CA 90723

☐ Schedule D, line _____
■ Schedule E/F, line ___4.193___
☐ Schedule G _____
**Hobart Services**

Debtor 1    **Edmund Cyprus Cutting**                                    Case number *(if known)*    **2:23-bk-15051**

| | | |
|---|---|---|
| **Additional Page to List More Codebtors** | | |
| *Column 1:* **Your codebtor** | | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |

3.20 3    **CCC Patxis Pizza 2 Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.198**
☐ Schedule G _____
**IFS**

3.20 4    **CCC Patxis Pizza 2 Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.226**
☐ Schedule G _____
**Markstien Sales Company**

3.20 5    **CCC Patxis Pizza 2 Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.277**
☐ Schedule G _____
**Rooter Hero Plumbing**

3.20 6    **CCC Patxis Pizza 2 Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.296**
☐ Schedule G _____
**Southern Glazer's of CA North**

3.20 7    **CCC Patxis Pizza 2 Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.335**
☐ Schedule G _____
**US Foods Inc**

3.20 8    **CCC Patxis Pizza 2 Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.363**
☐ Schedule G _____
**Youngs Market Company**

3.20 9    **CCC Patxis Pizza 2 Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.259**
☐ Schedule G _____
**PG&E**

3.21 0    **CCC Patxis Pizza 2 Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line    **2.16**
☐ Schedule G _____
**Colorado Department of Revenue**

Debtor 1  **Edmund Cyprus Cutting**

Case number *(if known)*  **2:23-bk-15051**

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.21<br>1 | **CCC Patxis Pizza 2 Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.110____<br>☐ Schedule G _____<br>**CP Kent Place Owner, LLC** |
| 3.21<br>2 | **CCC Patxis Pizza 2 Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____2.11____<br>☐ Schedule G _____<br>**City of Englewood, Colorado** |
| 3.21<br>3 | **CCC Patxis Pizza 2 Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____2.1____<br>☐ Schedule G _____<br>**Arapahoe County** |
| 3.21<br>4 | **CCC Patxis Pizza 2 Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.87____<br>☐ Schedule G _____<br>**CentryLink** |
| 3.21<br>5 | **CCC Patxis Pizza 2 Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.14____<br>☐ Schedule G _____<br>**AFLAC** |
| 3.21<br>6 | **CCC Patxis Pizza 2 Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.20____<br>☐ Schedule G _____<br>**All State Plumbing** |
| 3.21<br>7 | **CCC Patxis Pizza 2 Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.47____<br>☐ Schedule G _____<br>**Aramark** |
| 3.21<br>8 | **CCC Patxis Pizza 2 Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.52____<br>☐ Schedule G _____<br>**AW Billing Services LLC** |

Debtor 1    **Edmund Cyprus Cutting**                    Case number *(if known)*    **2:23-bk-15051**

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.21<br>9    **CCC Patxis Pizza 2 Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723**

☐ Schedule D, line _____<br>☑ Schedule E/F, line    **4.70**<br>☐ Schedule G _____<br>**Break Thru Beverage**

3.22<br>0    **CCC Patxis Pizza 2 Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723**

☐ Schedule D, line _____<br>☑ Schedule E/F, line    **4.132**<br>☐ Schedule G _____<br>**Denver Beverage**

3.22<br>1    **CCC Patxis Pizza 2 Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723**

☐ Schedule D, line _____<br>☑ Schedule E/F, line    **4.139**<br>☐ Schedule G _____<br>**Direct TV**

3.22<br>2    **CCC Patxis Pizza 2 Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723**

☐ Schedule D, line _____<br>☑ Schedule E/F, line    **4.147**<br>☐ Schedule G _____<br>**Eagle Rock Company of Colorado**

3.22<br>3    **CCC Patxis Pizza 2 Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723**

☐ Schedule D, line _____<br>☑ Schedule E/F, line    **4.148**<br>☐ Schedule G _____<br>**Ecolab Inc.**

3.22<br>4    **CCC Patxis Pizza 2 Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723**

☐ Schedule D, line _____<br>☑ Schedule E/F, line    **4.156**<br>☐ Schedule G _____<br>**Essential Plastics**

3.22<br>5    **CCC Patxis Pizza 2 Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723**

☐ Schedule D, line _____<br>☑ Schedule E/F, line    **4.161**<br>☐ Schedule G _____<br>**Fire and Safety of Denver Inc.**

3.22<br>6    **CCC Patxis Pizza 2 Corporation**<br>**8028 Harrison St**<br>**Paramount, CA 90723**

☐ Schedule D, line _____<br>☑ Schedule E/F, line    **4.220**<br>☐ Schedule G _____<br>**Locavore Beer Works**

Debtor 1    **Edmund Cyprus Cutting**                                    Case number *(if known)*   **2:23-bk-15051**

| | |
|---|---|
| ▮ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |

3.22
7
**CCC Patxis Pizza 2 Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.279___
☐ Schedule G _____
**RT Mechanical**

3.22
8
**CCC Patxis Pizza 2 Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.294___
☐ Schedule G _____
**Southern Glazer's**

3.22
9
**CCC Patxis Pizza 2 Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.333___
☐ Schedule G _____
**US Foods**

3.23
0
**CCC Patxis Pizza 2 Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.166___
☐ Schedule G _____
**Fora Financial**

3.23
1
**CCC Patxis Pizza 2 Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.103___
☐ Schedule G _____
**Continuum Property Management**

3.23
2
**CCC Patxis Pizza 2 Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.118___
☐ Schedule G _____
**Crosspoint Realty Services, Inc.**

3.23
3
**CCC Patxis Pizza 2 Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.313___
☐ Schedule G _____
**Stone Brewing**

3.23
4
**CCC Patxis Pizza 2 Corporation**
**8028 Harrison St**
**Paramount, CA 90723**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.181___
☐ Schedule G _____
**Green Box**

Debtor 1   **Edmund Cyprus Cutting**                              Case number *(if known)*   **2:23-bk-15051**

▌ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.23<br>5 | **CCC Patxis Pizza 2 Corporation**<br>8028 Harrison St<br>Paramount, CA 90723 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.209___<br>☐ Schedule G _____<br>**Kalamata Capital LLC** |
| 3.23<br>6 | **CCC Patxis Pizza 2 Corporation**<br>8028 Harrison St<br>Paramount, CA 90723 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.92___<br>☐ Schedule G _____<br>**City of Santa Barbara** |
| 3.23<br>7 | **CCC Patxis Pizza 2 Corporation**<br>8028 Harrison St<br>Paramount, CA 90723 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.213___<br>☐ Schedule G _____<br>**Lafayette Clocktower LLC** |
| 3.23<br>8 | **Christopher Vella**<br>**RP Commercial**<br>5318 E 2nd St #303<br>Long Beach, CA 90803 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.10___<br>☐ Schedule G _____<br>**Ace Foods LLP** |
| 3.23<br>9 | **Cutting Catering**<br>515 State St<br>Santa Barbara, CA 93101 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.209___<br>☐ Schedule G _____<br>**Kalamata Capital LLC** |
| 3.24<br>0 | **Cutting Concepts Corporation**<br>10824 Archway Drive<br>Whittier, CA 90604 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.27___<br>☐ Schedule G _____<br>**Amazon Card-Synchrony Bank** |
| 3.24<br>1 | **Cutting Concepts Corporation**<br>10824 Archway Drive<br>Whittier, CA 90604 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.209___<br>☐ Schedule G _____<br>**Kalamata Capital LLC** |
| 3.24<br>2 | **Cutting Concepts Corporation**<br>Attn Steve Luan Esq<br>2451 Huntington Dr<br>San Marino, CA 91108 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.10___<br>☐ Schedule G _____<br>**Ace Foods LLP** |

Debtor 1  **Edmund Cyprus Cutting**                                   Case number *(if known)*  **2:23-bk-15051**

▮  Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.24 3  **Cutting Concepts Corporation**<br>**10824 Archway Drive**<br>**Whittier, CA 90604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.184**<br>☐ Schedule G _____<br>**Hanmi Bank** |
| 3.24 4  **Cutting Concepts Corporation**<br>**10824 Archway Drive**<br>**Whittier, CA 90604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.191**<br>☐ Schedule G _____<br>**Heshimu Robertson** |
| 3.24 5  **Cutting Concepts Corporation**<br>**10824 Archway Drive**<br>**Whittier, CA 90604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.159**<br>☐ Schedule G _____<br>**Farmers Insurance** |
| 3.24 6  **Daphnes Inc**<br>**2108 N St Ste C**<br>**Sacramento, CA 95816** | ■ Schedule D, line  **2.4**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**LA LIVE Properties LLC** |
| 3.24 7  **Eagle Grove Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.48**<br>☐ Schedule G _____<br>**Aramark** |
| 3.24 8  **Eagle Grove Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.69**<br>☐ Schedule G _____<br>**Booze Brothers Brewing Co** |
| 3.24 9  **Eagle Grove Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.73**<br>☐ Schedule G _____<br>**Butler Chemical Inc.** |
| 3.25 0  **Eagle Grove Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.57**<br>☐ Schedule G _____<br>**Ballard Space** |

Debtor 1  **Edmund Cyprus Cutting**

Case number *(if known)*  **2:23-bk-15051**

| | **Additional Page to List More Codebtors** |
|---|---|
| | Column 1: **Your codebtor** |

Column 2: **The creditor to whom you owe the debt**
Check all schedules that apply:

**3.25**
**1**  **Eagle Grove Inc**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.56**
☐ Schedule G _____
**Ballard Parking LLC**

**3.25**
**2**  **Eagle Grove Inc**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.111**
☐ Schedule G _____
**Craft Beer Guild**

**3.25**
**3**  **Eagle Grove Inc**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.116**
☐ Schedule G _____
**Crest Beverage LLC**

**3.25**
**4**  **Eagle Grove Inc**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.93**
☐ Schedule G _____
**City Of Seattle**

**3.25**
**5**  **Eagle Grove Inc**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.123**
☐ Schedule G _____
**D&D Wholesale Distributors Inc.**

**3.25**
**6**  **Eagle Grove Inc**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.140**
☐ Schedule G _____
**DirecTV**

**3.25**
**7**  **Eagle Grove Inc**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.142**
☐ Schedule G _____
**Draft Punks**

**3.25**
**8**  **Eagle Grove Inc**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.157**
☐ Schedule G _____
**F.E.A**

Debtor 1    **Edmund Cyprus Cutting**                                    Case number *(if known)*    **2:23-bk-15051**

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.25<br>9 | **Eagle Grove Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.164___<br>☐ Schedule G _____<br>**Food Under The Fly LLC** |
| 3.26<br>0 | **Eagle Grove Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.168___<br>☐ Schedule G _____<br>**Fort Point Brewing** |
| 3.26<br>1 | **Eagle Grove Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.170___<br>☐ Schedule G _____<br>**Garage Brewing Co** |
| 3.26<br>2 | **Eagle Grove Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.171___<br>☐ Schedule G _____<br>**Gasket Guy of King Co Inc** |
| 3.26<br>3 | **Eagle Grove Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.174___<br>☐ Schedule G _____<br>**Glacier Design Systems, Inc.** |
| 3.26<br>4 | **Eagle Grove Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.189___<br>☐ Schedule G _____<br>**Helia Brewing Co, LLC** |
| 3.26<br>5 | **Eagle Grove Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.210___<br>☐ Schedule G _____<br>**Karl Strauss Brewing Company** |
| 3.26<br>6 | **Eagle Grove Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.221___<br>☐ Schedule G _____<br>**Locksmith Central N. S** |

Debtor 1  **Edmund Cyprus Cutting**                     Case number *(if known)*  **2:23-bk-15051**

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.267 **Eagle Grove Inc**<br>604 Wrede Way<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line _**4.223**_<br>☐ Schedule G _____<br>**Maisanos Bakery** |
| 3.268 **Eagle Grove Inc**<br>604 Wrede Way<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line _**4.225**_<br>☐ Schedule G _____<br>**Markstein Beverage Co.** |
| 3.269 **Eagle Grove Inc**<br>604 Wrede Way<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line _**4.231**_<br>☐ Schedule G _____<br>**Meltdown Management, LLC** |
| 3.270 **Eagle Grove Inc**<br>604 Wrede Way<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line _**4.246**_<br>☐ Schedule G _____<br>**NUCO2 Bev Carbonation** |
| 3.271 **Eagle Grove Inc**<br>604 Wrede Way<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line _**4.265**_<br>☐ Schedule G _____<br>**Puget Sound Energy** |
| 3.272 **Eagle Grove Inc**<br>604 Wrede Way<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line _**4.267**_<br>☐ Schedule G _____<br>**R&H Mechanical** |
| 3.273 **Eagle Grove Inc**<br>604 Wrede Way<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line _**4.285**_<br>☐ Schedule G _____<br>**Scout Distribution** |
| 3.274 **Eagle Grove Inc**<br>604 Wrede Way<br>West Covina, CA 91791 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line _**4.320**_<br>☐ Schedule G _____<br>**The Odom Corporation** |

Debtor 1    **Edmund Cyprus Cutting**

Case number *(if known)*  **2:23-bk-15051**

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.27<br>5 | **Eagle Grove Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.326**<br>☐ Schedule G _____<br>**Unifirst Corporation** |
| 3.27<br>6 | **Eagle Grove Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.334**<br>☐ Schedule G _____<br>**US Foods** |
| 3.27<br>7 | **Eagle Grove Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.327**<br>☐ Schedule G _____<br>**URS of WA LLC** |
| 3.27<br>8 | **Eagle Grove Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.356**<br>☐ Schedule G _____<br>**Wine Warehouse** |
| 3.27<br>9 | **Eagle Grove Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.286**<br>☐ Schedule G _____<br>**Seattle City Light** |
| 3.28<br>0 | **Eagle Grove Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.217**<br>☐ Schedule G _____<br>**Loan Builder** |
| 3.28<br>1 | **Eagle Grove Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.339**<br>☐ Schedule G _____<br>**US Small Business Administration** |
| 3.28<br>2 | **Eagle Grove Inc**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.209**<br>☐ Schedule G _____<br>**Kalamata Capital LLC** |

Official Form 106H

Schedule H: Your Codebtors

Debtor 1  **Edmund Cyprus Cutting**                                  Case number *(if known)*  **2:23-bk-15051**

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.28 3  **Eagle Grove Inc**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____ .
■ Schedule E/F, line ___**4.58**___
☐ Schedule G _____
**Bank of America**

---

3.28 4  **Eagle Grove Inc**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.59**___
☐ Schedule G _____
**Bank of America**

---

3.28 5  **Eagle Grove Inc**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.21**___
☐ Schedule G _____
**Allen Nadi**

---

3.28 6  **Eagle Grove Inc**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.228**___
☐ Schedule G _____
**Mason Naimi**

---

3.28 7  **Eagle Grove Inc**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___**2.25**___
☐ Schedule G _____
**Internal Revenue Service**

---

3.28 8  **Eagle Grove Inc**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___**2.21**___
☐ Schedule G _____
**Employment Security Department**

---

3.28 9  **Eagle Grove Inc**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.63**___
☐ Schedule G _____
**Berkshire Hathaway**

---

3.29 0  **Eagle Grove Inc**
**604 Wrede Way**
**West Covina, CA 91791**

☐ Schedule D, line _____
■ Schedule E/F, line ___**2.28**___
☐ Schedule G _____
**State of Washington**

---

Debtor 1    **Edmund Cyprus Cutting**

Case number *(if known)*   **2:23-bk-15051**

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.29<br>1 | **Edmunds Bistro & Bar LLC**<br>**515 State St**<br>**Camarillo, CA 93010** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.209**<br>☐ Schedule G _____<br>**Kalamata Capital LLC** |
| 3.29<br>2 | **Elias Nakhleh**<br>**466 East Foothill Blvd #356**<br>**Altadena, CA 91001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.10**<br>☐ Schedule G _____<br>**Ace Foods LLP** |
| 3.29<br>3 | **Elite Restaurant Group Inc**<br>**466 E FOOTHILL BLVD 356**<br>**La Canada Flintridge, CA 91011** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.10**<br>☐ Schedule G _____<br>**Ace Foods LLP** |
| 3.29<br>4 | **Hickam Harbor LLC**<br>**3465 Mamala Bar Dr**<br>**Honolulu, HI 96818** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.19**<br>☐ Schedule G _____<br>**Alaka'i Mechanical Corporation** |
| 3.29<br>5 | **Hickam Harbor LLC**<br>**3465 Mamala Bar Dr**<br>**Honolulu, HI 96818** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.15**<br>☐ Schedule G _____<br>**AFLAC** |
| 3.29<br>6 | **Hickam Harbor LLC**<br>**3465 Mamala Bar Dr**<br>**Honolulu, HI 96818** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.53**<br>☐ Schedule G _____<br>**Baker Commodities Inc.** |
| 3.29<br>7 | **Hickam Harbor LLC**<br>**3465 Mamala Bar Dr**<br>**Honolulu, HI 96818** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.129**<br>☐ Schedule G _____<br>**DCL Inc** |
| 3.29<br>8 | **Hickam Harbor LLC**<br>**3465 Mamala Bar Dr**<br>**Honolulu, HI 96818** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.143**<br>☐ Schedule G _____<br>**Dust Tex Honolulu** |

Debtor 1    **Edmund Cyprus Cutting**

Case number *(if known)*    **2:23-bk-15051**

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.299 **Hickam Harbor LLC**<br>**3465 Mamala Bar Dr**<br>**Honolulu, HI 96818** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.176___<br>☐ Schedule G _____<br>**GMB Inc.** |
| 3.300 **Hickam Harbor LLC**<br>**3465 Mamala Bar Dr**<br>**Honolulu, HI 96818** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.183___<br>☐ Schedule G _____<br>**Ham Produce and Seafood Inc.** |
| 3.301 **Hickam Harbor LLC**<br>**3465 Mamala Bay Dr**<br>**Honolulu, HI 96818** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.187___<br>☐ Schedule G _____<br>**Hawaii Candle Inc** |
| 3.302 **Hickam Harbor LLC**<br>**3465 Mamala Bar Dr**<br>**Honolulu, HI 96818** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.253___<br>☐ Schedule G _____<br>**Paradise Beverages, Inc.** |
| 3.303 **Hickam Harbor LLC**<br>**3465 Mamala Bar Dr**<br>**Honolulu, HI 96818** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.295___<br>☐ Schedule G _____<br>**Southern Glazer's** |
| 3.304 **Hickam Harbor LLC**<br>**3465 Mamala Bar Dr**<br>**Honolulu, HI 96818** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.316___<br>☐ Schedule G _____<br>**Sysco Hawaii** |
| 3.305 **Hickam Harbor LLC**<br>**3465 Mamala Bar Dr**<br>**Honolulu, HI 96818** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.321___<br>☐ Schedule G _____<br>**The Odom Corporation** |
| 3.306 **Hickam Harbor LLC**<br>**3465 Mamala Bar Dr**<br>**Honolulu, HI 96818** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.325___<br>☐ Schedule G _____<br>**Triple F** |

Debtor 1   **Edmund Cyprus Cutting**

Case number *(if known)*   **2:23-bk-15051**

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|

**3.30 7**   **Hickam Harbor LLC**
3465 Mamala Bar Dr
Honolulu, HI 96818

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.364**____
☐ Schedule G _____
**Youngs Market Company/RNDC**

**3.30 8**   **Hickam Harbor LLC**
3465 Mamala Bar Dr
Honolulu, HI 96818

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.55**____
☐ Schedule G _____
**Baldinger Insurance**

**3.30 9**   **Hickam Harbor LLC**
3465 Mamala Bar Dr
Honolulu, HI 96818

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.284**____
☐ Schedule G _____
**Scottsdale Insurance Company**

**3.31 0**   **Hickam Harbor LLC**
3465 Mamala Bar Dr
Honolulu, HI 96818

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.354**____
☐ Schedule G _____
**WestGuard Insurance Company**

**3.31 1**   **Hickam Harbor LLC**
3465 Mamala Bar Dr
Honolulu, HI 96818

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.50**____
☐ Schedule G _____
**ARF Financial**

**3.31 2**   **Hickam Harbor LLC**
3465 Mamala Bar Dr
Honolulu, HI 96818

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.340**____
☐ Schedule G _____
**US Small Business Administration**

**3.31 3**   **Hickam Harbor LLC**
3465 Mamala Bar Dr
Honolulu, HI 96818

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.342**____
☐ Schedule G _____
**US Small Business Administration**

**3.31 4**   **Hickam Harbor LLC**
3465 Mamala Bar Dr
Honolulu, HI 96818

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.25**____
☐ Schedule G _____
**Amazon Business Credit Card**

Debtor 1    **Edmund Cyprus Cutting**                    Case number *(if known)*  **2:23-bk-15051**

| | Additional Page to List More Codebtors | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.31<br>5 | **Hickam Harbor LLC**<br>**604 Wrede Way**<br>**West Covina, CA 91791** | ☐ Schedule D, line  **2.4**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**LA LIVE Properties LLC** |
| 3.31<br>6 | **Hickam Harbor LLC**<br>**3465 Mamala Bar Dr**<br>**Honolulu, HI 96818** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line  **4.274**<br>☐ Schedule G _____<br>**Regency Village at Dublin LLC** |
| 3.31<br>7 | **Hickam Harbor LLC**<br>**3465 Mamala Bar Dr**<br>**Honolulu, HI 96818** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line  **4.341**<br>☐ Schedule G _____<br>**US Small Business Administration** |
| 3.31<br>8 | **Hickam Harbor LLC**<br>**3465 Mamala Bar Dr**<br>**Honolulu, HI 96818** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line  **4.345**<br>☐ Schedule G _____<br>**US Small Business Administration** |
| 3.31<br>9 | **Hickam Harbor LLC**<br>**3465 Mamala Bar Dr**<br>**Honolulu, HI 96818** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line  **4.215**<br>☐ Schedule G _____<br>**Liberis US inc** |
| 3.32<br>0 | **Hickam Harbor LLC**<br>**3465 Mamala Bar Dr**<br>**Honolulu, HI 96818** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line  **4.271**<br>☐ Schedule G _____<br>**Ray Mahboob** |
| 3.32<br>1 | **Hickam Harbor LLC**<br>**3465 Mamala Bay Dr**<br>**Honolulu, HI 96818** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line  **4.180**<br>☐ Schedule G _____<br>**Great American Insurance Group** |
| 3.32<br>2 | **Hickam Harbor LLC**<br>**3465 Mamala Bay Dr**<br>**Honolulu, HI 96818** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line  **4.207**<br>☐ Schedule G _____<br>**Johnson Brothers of Hawaii** |

Debtor 1   **Edmund Cyprus Cutting**                                   Case number *(if known)*   **2:23-bk-15051**

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.32
3
**Hickam Harbor LLC**
3465 Mamala Bay Dr
Honolulu, HI 96818

☐ Schedule D, line _____
☒ Schedule E/F, line __4.318__
☐ Schedule G _____
**The Hartord**

3.32
4
**Hickam Harbor LLC**
3465 Mamala Bay Dr
Honolulu, HI 96818

☐ Schedule D, line _____
☒ Schedule E/F, line __4.144__
☐ Schedule G _____
**Dust-Tex Services**

3.32
5
**Hickam Harbor LLC**
3465 Mamala Bay Dr
Honolulu, HI 96818

☐ Schedule D, line _____
☒ Schedule E/F, line __4.358__
☐ Schedule G _____
**Worldpay**

3.32
6
**Hickam Harbor LLC**
3465 Mamala Bay Dr
Honolulu, HI 96818

☐ Schedule D, line _____
☒ Schedule E/F, line __4.222__
☐ Schedule G _____
**LYNX Property Management Inc**

3.32
7
**Hickam Harbor LLC**
3465 Mamala Bar Dr
Honolulu, HI 96818

☐ Schedule D, line _____
☒ Schedule E/F, line __4.8__
☐ Schedule G _____
**Abel Diaz**

3.32
8
**Hickam Harbor LLC**
3465 Mamala Bar Dr
Honolulu, HI 96818

☐ Schedule D, line _____
☒ Schedule E/F, line __4.18__
☐ Schedule G _____
**Ako Denis**

3.32
9
**Hickam Harbor LLC**
3465 Mamala Bar Dr
Honolulu, HI 96818

☐ Schedule D, line _____
☒ Schedule E/F, line __4.278__
☐ Schedule G _____
**Rose Adoulf**

3.33
0
**Hickam Harbor LLC**
3465 Mamala Bay Dr
Honolulu, HI 96818

☐ Schedule D, line _____
☒ Schedule E/F, line __4.127__
☐ Schedule G _____
**Daryl Grandy**

Debtor 1  **Edmund Cyprus Cutting**                                    Case number *(if known)*  **2:23-bk-15051**

| | **Additional Page to List More Codebtors** |
|---|---|
| | Column 1: **Your codebtor** |

Column 2: **The creditor to whom you owe the debt**
Check all schedules that apply:

3.33
1  **Jennifer Callueng**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.10**
☐ Schedule G _____
**Ace Foods LLP**

3.33
2  **MARK NEGRETE**
**23046 Nadine Circle Unit B**
**Torrance, CA 90505**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.175**
☐ Schedule G _____
**Glenn Carlton**

3.33
3  **Norman Lindauer**
**Law Offices of Gene J. Goldsman**
**501 Civic Center Drive West**
**Santa Ana, CA 92701**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.10**
☐ Schedule G _____
**Ace Foods LLP**

3.33
4  **Patxis Limited**
**Attn Michael Nakleh**
**466 East Foothill Boulebard #356**
**Altadena, CA 91001**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.9**
☐ Schedule G _____
**Abulhosn Family II LLC**

3.33
5  **Patxis Limited**
**Attn Michael Nakleh**
**30 N Gould St Ste R**
**Sheridan, WY 82801**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.9**
☐ Schedule G _____
**Abulhosn Family II LLC**

3.33
6  **Patxis Pizza**
**515 State St**
**Santa Barbara, CA 93101**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.209**
☐ Schedule G _____
**Kalamata Capital LLC**

3.33
7  **Paxis Limited**
**30 N Gould St Ste R**
**Sheridan, WY 82808**

■ Schedule D, line  **2.4**
☐ Schedule E/F, line _____
☐ Schedule G _____
**LA LIVE Properties LLC**

3.33
8  **Redondo Investment Company**
**Attn Claudia Mourad Esq**
**29 Orchard Rd**
**Lake Forest, CA 92630**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.10**
☐ Schedule G _____
**Ace Foods LLP**

Debtor 1  __Edmund Cyprus Cutting__                                    Case number *(if known)*  __2:23-bk-15051__

▇▇▇  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.33
9
**Seth Lindauer**
**Attn Marie Mirch Esq**
**1180 Rosecrans St Ste 104-557**
**San Diego, CA 92106**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.10___
☐ Schedule G _____
**Ace Foods LLP**

---

3.34
0
**Slaters 50/50**
**515 State St**
**Santa Barbara, CA 93101**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.209___
☐ Schedule G _____
**Kalamata Capital LLC**

---

3.34
1
**Slaters 50/50 Bacon Burgers Beer**
**515 State St**
**Santa Barbara, CA 93101**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.209___
☐ Schedule G _____
**Kalamata Capital LLC**

---

3.34
2
**Slaters 50/50 Franchise LLC**
**16633 VENTURA BLVD**
**11th Floor**
**Encino, CA 91436**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.10___
☐ Schedule G _____
**Ace Foods LLP**

---

3.34
3
**Stonefire Pizza**
**5320 South Moorland Rd**
**New Berlin, WI 53151**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.190___
☐ Schedule G _____
**Helix Leisure USA**

---

3.34
4
**Stonefire Pizza**
**5320 South Moorland Rd**
**New Berlin, WI 53151**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.5___
☐ Schedule G _____
**A to Z Refrigeration & HVAC Inc**

---

3.34
5
**Stonefire Pizza Co**
**515 State St**
**Santa Barbara, CA 93101**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.209___
☐ Schedule G _____
**Kalamata Capital LLC**

---

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Edmund Cyprus Cutting** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | **2:23-bk-15051** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1.    Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | | **Managing Member/Self-employed** | **Nurse** |
| Employer's name | | **Hickam Harbor LLC** | **Garfield Medical Center** |
| Employer's address | | **3465 Mamala Bay Dr Honolulu, HI 96818** | **525 N Garfield Ave Monterey Park, CA** |
| How long employed there? | | **7 years** | **15 years** |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ **25,800.00** | $ **14,150.00** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ **0.00** | +$ **0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ **25,800.00** | $ **14,150.00** |

| Debtor 1 | **Edmund Cyprus Cutting** | Case number *(if known)* | **2:23-bk-15051** |

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| | Copy line 4 here .......................................... 4. | $ 25,800.00 | $ 14,150.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 6,375.00 | $ 6,375.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 6,375.00    $ 6,375.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 19,425.00    $ 7,775.00

8. **List all other income regularly received:**

| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ -739.00 | $ -613.00 |
|---|---|---|---|---|
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ -739.00    $ -613.00

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 18,686.00 + $ 7,162.00 = $ 25,848.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $ 25,848.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain:    **Estimated tax withholdings subject to change based upon potential change in filing status, elimination of tax attributes and calculations from tax professionals.**

In re Cutting, Edmund Cyprus                              Case No. 2:23-bk-15051-VZ

Attachment to Schedule I – Line 8a

Rental Property Monthly Profit and Loss

HARRISON

| | | |
|---|---|---|
| Rent | $3,200 | |
| Loan | $3,425 | |
| Insurance | $ 60 | ($717/12 mos) |
| Taxes | $ 214 | (427,500 x .06%)/12 |
| HOA | $ 240 | |
| Net: | $(739) | |

ARCHWAY

| | | |
|---|---|---|
| Rent | $2,250 | |
| Loan | $2,263 | |
| Insurance | $ 134 | (1614/12 mos) |
| Taxes | $ 266 | (531,376 x .06%)/12 |
| Maintenance | $ 200 | |
| Net: | $(613) | |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Edmund Cyprus Cutting** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **2:23-bk-15051** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

**1.   Is this a joint case?**

■ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

**2.   Do you have dependents?**   ☐ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents names.

■ **Yes.**  Fill out this information for each dependent.............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **4** | ☐ No   ■ Yes |
| **Daughter** | **8** | ☐ No   ■ Yes |
| **Spouse** | **40** | ☐ No   ■ Yes |
| **Mother-in-law** | **67** | ☐ No   ■ Yes |
| **Mother** | **81** | ☐ No   ■ Yes |

**3.   Do your expenses include expenses of people other than yourself and your dependents?**

■ No

☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

| | | | |
|---|---|---|---|
| **4.** | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 12,728.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. $ | 950.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 355.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 1,500.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| **5.** | Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

Debtor 1    **Edmund Cyprus Cutting**                                    Case number (if known)    **2:23-bk-15051**

| Debtor 1 | **Edmund Cyprus Cutting** | | Case number (if known) | **2:23-bk-15051** |

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. $ | 500.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 75.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 485.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,700.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 1,000.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 300.00 |
| 10. | **Personal care products and services** | | 10. $ | 100.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 800.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 200.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 50.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 863.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 400.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 817.65 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income** (Official Form 106I). | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

| 22. | **Calculate your monthly expenses** | | |
|---|---|---|---|
| | 22a. Add lines 4 through 21. | $ | 23,023.65 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 23,023.65 |

| 23. | **Calculate your monthly net income.** | | |
|---|---|---|---|
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 25,848.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 23,023.65 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 2,824.35 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here:

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Edmund Cyprus Cutting** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 2:23-bk-15051 | | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____    X _____

Edmund Cyprus Cutting
Signature of Debtor 1                                    Signature of Debtor 2

Date    8/19/2023                                        Date _____

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Edmund Cyprus Cutting** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **2:23-bk-15051** |

☐ Check if this is an
    amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **10824 Archway Drive Whittier, CA 90604** | From-To: **4/15/2015 to 8/21/2021** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2 | Explain the Sources of Your Income |
|---|---|

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | $111,538.82 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Edmund Cyprus Cutting**                                    Case number *(if known)*    **2:23-bk-15051**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2022 )** | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $137,400.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2021 )** | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $216,153.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐  No
    ■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2021 )** | Capital Gain | $8,704.00 | | |
| | Interest / Dividends | $44.00 | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■  No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

    ☐  No.    Go to line 7.
    ■  Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐  Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐  No.    Go to line 7.
    ☐  Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Debtor 1   Edmund Cyprus Cutting                                    Case number (if known)  2:23-bk-15051

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Shellpoint Mortgage Servicing** PO Box 10826 Greenville, SC 29603 | 6/14/2023 - $12,727.68 5/15/2023 - $12,727.68 | $25,455.36 | $1,751,000.0 0 | ■ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other___ |

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐   ■ No
☐   Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☐   ■ No
☐   Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐   No
☐   Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **AMERICAN EXPRESS NATIONAL BANK VS EDMUND CUTTING 22NWLC30032** | Collections Case | **Superior Court of California County of Los Angeles 12720 Norwalk Blvd Norwalk, CA 90650** | ■ Pending ☐ On appeal ☐ Concluded |
| **AMERICAN EXPRESS NATIONAL BANK VS EDMUND CUTTING 22NWLC30017** | Collections Case | **Superior Court of California County of Los Angeles 12720 Norwalk Blvd Norwalk, CA 90650** | ■ Pending ☐ On appeal ☐ Concluded |
| American Express National Bank v. Edmund Cutting 23NWLC04036 | Complaint for: (1) Account Stated | **Superior Court of California Los Angeles County Norwalk Courthouse 12720 Norwalk Boulevard Whittier, CA 90605** | ■ Pending ☐ On appeal ☐ Concluded |
| American Express National Bank v. Edmund Cutting 23PSCV00528 | Complaint for: (1) Account Stated | **Superior Court of California County of Los Angeles Pomona Courthouse South 400 Civic Center Plaza Pomona, CA 91766** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor 1    Edmund Cyprus Cutting                                    Case number (*if known*)  **2:23-bk-15051**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Stacey Puzach v. CCC Entertainment Corp, et al.**<br>**WC-CM-767675** | **Labor Board Complaint** | **State of California Department of Industrial Relations**<br>**Labor Commissioners Office**<br>**2 MacArthur Place Ste 800**<br>**Santa Ana, CA 92707** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Kalamata Capital LLC v CCC Entertainment Corp et al**<br>**E2022-1757** | **Breach of Contract** | **Supreme Court of the State of New York**<br>**County of Sullivan** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment Entered 5/19/2023** |
| **LA Live Properties LLC v. Patxis Limited et al**<br>**22STCV29227** | **Breach of Rental/Lease Contract** | **Superior Court of California County of Los Angeles** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment Entered 3/1/2023; Abstract Recorded 5/30/2023.** |
| **ACE FOODS, LLP VS. REDONDO INVESTMENT COMPANY et. al.**<br>**30-2020-01169974-CU-CO-CJC** | **Torts** | **Orange County Superior Court**<br>**700 Civic Drive West**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **CP Kent Place Owner LLC v CCC Patxis Pizza 2 Corporation et al**<br>**2022CV032112** | **Landlord/Tenant** | **District Court, Arapahoe County Colorado**<br>**Arapahoe County Justice Center**<br>**7325 S Potomac Street**<br>**Englewood, CO 80112** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **ARF v Hickam Harbor LLC dba The Lanai at Mamala Bay et al**<br>**23PSCP00228** | **Sister-State Judgment** | **Superior Court of California County of Los Angeles**<br>**400 Civic Center Plaza**<br>**Pomona, CA 91766** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Claimant: Heshimu Robertson**<br>**Claim no.: 7003898332-1-1** | **Work Injury Claim** | **State of Hawaii Labor Relations Board**<br>**830 Punchbowl St**<br>**Room 434**<br>**Honolulu, HI 96813** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **ARF FINANCIAL, LLC VS HICKAM HARBOR, LLC., A HAWAII LIMITED LIABILITY COMPANY, ET AL.**<br>**23NWCV00720** | **Other Promissory Note/Collections Case** | **Superior Court of California County of Los Angeles**<br>**12720 Norwalk Blvd**<br>**Norwalk, CA 90650** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **AMERICAN EXPRESS NATIONAL BANK VS EDMUND CUTTING**<br>**22NWLC30043** | **Collections** | **Superior Court of California County of Los Angeles**<br>**12720 Norwalk Blvd**<br>**Norwalk, CA 90650** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    **Edmund Cyprus Cutting**                          Case number (*if known*)    **2:23-bk-15051**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **AMERICAN EXPRESS NATIONAL BANK VS EDMUND CUTTING**<br>**22PSCV02975** | Collections | **Superior Court of California Count of Los Angeles Pomona, CA** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment Entered** |
| **Produce Available Inc v. Edmund Cutting et al**<br>**2023CLBC007468** | Breach of Contract | **Santa Barbar Superior Court**<br>**1100 Anacapa Street**<br>**Santa Barbara, CA 93121** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Request for entry of default mailed 6/28/2023** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Pinnacle Business Funding LLC**<br>**1202 Avenue U Ste 1115**<br>**Brooklyn, NY 11229** | **Levied personal bank account (bank name and last four of account #).**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | 2023 | $25,000.00 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
■ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

Debtor 1    **Edmund Cyprus Cutting**                                    Case number *(if known)*    **2:23-bk-15051**

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

**List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

**List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Nicastro & Associates, P.C. 26 Executive Park Suite 250 Irvine, CA 92614 courtfiling@nicastropc.com** | **Attorney Fees and Costs** | **5/23/2023 - $500.00 - Consultation 5/24/2023 - $5000.00 6/15/2023 - $20,000.00 7/5/2023 - $11,000.00 7/13/2023 - $5,900.00 7/27/2023 - $3,100.00 7/31/2023 - $5,000.00** | **$50,500.00** |
| **Taylor, Nelson Amitrano, LLP 3 Hutton Centre Drive Ste 500 Santa Ana, CA 92707 Debtor (From NAPC Trust)** | **For tax attorney representation** | **July 11, 2023** | **$3,500.00** |

Debtor 1   **Edmund Cyprus Cutting**                                    Case number *(if known)*  **2:23-bk-15051**

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Wesley Hancock**<br>unknown<br><br>**None** | **8110 Skillman Street Unit 2015, Dallas TX. Sales price: $63,000.  Net amount to Debtor: $53,096.23** | **Funds were used to fund business operations.** | **11/1/2022** |
| **Unknown**<br>Unknown<br><br>**None** | **Ford Explorer was sold for $10,500 as it was starting to break down.  Funds used to pay down on acquisition of Ford Expedition.** | **Debtor facilitated transfer for business** | **4/2022** |
| **John Sequira**<br>Unknown<br><br>**None** | **Michael Jordan autographed basketball** | **$6,500.00** | **July 13, 2023** |
| **Raymond Garcia**<br>Unknown<br><br>**None** | **Sale of collectible baseball bat** | **$1,500.00** | **7/2023** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| **Part 8:** | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor 1   **Edmund Cyprus Cutting**

Case number *(if known)*   **2:23-bk-15051**

---

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |

---

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
■ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
| --- | --- | --- | --- |
| **Minor Daughter Cutting** | **Acorns Securities LLC 5300 California Avenue Irvine, CA 92617** | **Acorns Securities - UTMA account for minor daughter (See Schedule B)** | $1,024.11 |
| **Minor Son Cutting** | **Acorns Securities LLC 5300 California Avenue Irvine, CA 92617** | **Acorns Securities - UTMA account for minor son (See Statement of Financial Affairs #23)** | $3,408.93 |

---

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
| --- | --- | --- | --- |

---

| Debtor 1 | Edmund Cyprus Cutting | Case number (*if known*) | 2:23-bk-15051 |
| --- | --- | --- | --- |

25. Have you notified any governmental unit of any release of hazardous material?

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
| --- | --- | --- | --- |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
| --- | --- | --- | --- |

**Part 11:   Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies. Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
| --- | --- | --- | --- |
| 5320 Ventures Inc<br>5320 S Moorland Ave<br>New Berlin, WI 53151 | Restaurant<br><br>Farias, Jett & Company, CPA | EIN:<br><br>From-To | 27-5455588<br><br>2006-5/2023 |
| CCC Capital Inc<br>604 Wrede Way<br>West Covina, CA 91791 | Holds and manages land and building in Wisconsin<br><br>Farias, Jett & Company, CPA | EIN:<br><br>From-To | 88-0548673<br><br>8/2022 to Present |
| CCC Consulting Corporation<br>604 Wrede Way<br>West Covina, CA 91791 | Restaurant<br><br>Farias, Jett & Company, CPA | EIN:<br><br>From-To | 84-2494049<br><br>7/2019 to Present |
| CCC Entertainment Corporation<br>8028 Harrison St<br>West Covina, CA 91791 | Restaurant<br><br>Farias, Jett & Company, CPA | EIN:<br><br>From-To | 83-4027632<br><br>3/2019 to Present |
| CCC Patxis Corporation<br>8028 Harrison St<br>Paramount, CA 90723 | Restaurant<br><br>Farias, Jett & Company, CPA | EIN:<br><br>From-To | 84-4917672<br><br>2/2020 to Present |
| CCC Patxis Pizza 2 Corporation<br>8028 Harrison St<br>Paramount, CA 90723 | Restaurant<br><br>Farias, Jett & Company, CPA | EIN:<br><br>From-To | 84-4917672<br><br>2/2020 to Present |

Debtor 1    Edmund Cyprus Cutting                          Case number (if known)  2:23-bk-15051

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Eagle Grove Inc<br>604 Wrede Way<br>West Covina, CA 91791 | Restaurant<br><br>Farias, Jett & Company, CPA | EIN:    35-2631276<br><br>From-To  9/2018 to Present |
| Hickam Harbor LLC<br>3465 Mamala Bar Dr<br>Honolulu, HI 96818 | Restaurant<br><br>Farias, Jett & Company, CPA | EIN:    46-3726700<br><br>From-To  10/2012 to Present |
| Cutting Concepts Corporation<br>10824 Archway Drive<br>Whittier, CA 90604 | Restaurant<br><br>Farias, Jett & Company, CPA | EIN:    82-0890375<br><br>From-To  2017-2019 |
| CCC livinroom Corporation<br>8028 Harrison Street<br>Paramount, CA 90723 | Restaurant<br><br>Farias, Jett & Company, CPA | EIN:    87-4086268<br><br>From-To  12/2021 to Present |
| Layers LLC<br>8028 Harrison St<br>Paramount, CA 90723 | Holding Company - Not Operated<br><br>N/A | EIN:    93-2211591<br><br>From-To  7/2023 to present |
| Catering Business Under Debtor's Name<br>3711 East Mission Rd<br>Los Angeles, CA 90031 | Side Catering Business - Intermittent Jobs<br><br>Robert Farias<br>659 West Woodbury Road<br>Altadena, CA 91001 | EIN:    4780<br><br>From-To  April 2023 to present |

28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐  No
☑  Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| New Rez<br>PO Box 619063<br>Dallas, TX 75261 | 4/2022 |

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

Edmund Cyprus Cutting
Signature of Debtor 1                          Signature of Debtor 2

Date     8/19/2023                              Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☑  No
☐  Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☑  No

Debtor 1    **Edmund Cyprus Cutting**                                    Case number *(if known)*  **2:23-bk-15051**

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).