**Fill in this information to identify your case:**

Debtor 1: **Edmund Cyprus Cutting**
(First Name / Middle Name / Last Name)

Debtor 2: 
(Spouse if, filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): 2:23-bk-15051

☐ Check if this is an amended filing

Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy   04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☒ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☒ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **10824 Archway Drive Whittier, CA 90604** | From-To: **4/15/2015 to 8/21/2021** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
☒ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2 Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips | $111,538.82 | ☐ Wages, commissions, bonuses, tips | |
|  | ☐ Operating a business | | ☐ Operating a business | |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 1

Debtor 1   Edmund Cyprus Cutting                                    Case number (if known) 2:23-bk-15051

|  | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| For last calendar year:<br>(January 1 to December 31, 2022) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $137,400.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| For the calendar year before that:<br>(January 1 to December 31, 2021) | ■ Wages, commissions, bonuses, tips<br>■ Operating a business | $216,153.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
|  | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| For the calendar year before that:<br>(January 1 to December 31, 2021) | Capital Gain | $8,704.00 | | |
|  | Interest / Dividends | $44.00 | | |

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ **No.**  Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
   ☐ No.   Go to line 7.
   ■ Yes   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ **Yes.**   Debtor 1 or Debtor 2 or both have primarily consumer debts.
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
| --- | --- | --- | --- | --- |

Debtor 1  **Edmund Cyprus Cutting**                                                                  Case number (*if known*) **2:23-bk-15051**

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Shellpoint Mortgage Servicing**<br>**PO Box 10826**<br>**Greenville, SC 29603** | 6/14/2023 - $12,727.68<br>5/15/2023 - $12,727.68 | $25,455.36 | $1,751,000.00 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **AMERICAN EXPRESS NATIONAL BANK VS EDMUND CUTTING**<br>**22NWLC30032** | Collections Case | Superior Court of California County of Los Angeles<br>12720 Norwalk Blvd<br>Norwalk, CA 90650 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **AMERICAN EXPRESS NATIONAL BANK VS EDMUND CUTTING**<br>**22NWLC30017** | Collections Case | Superior Court of California County of Los Angeles<br>12720 Norwalk Blvd<br>Norwalk, CA 90650 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **American Express National Bank v. Edmund Cutting**<br>**23NWLC04036** | Complaint for: (1) Account Stated | Superior Court of California Los Angeles County<br>Norwalk Courthouse<br>12720 Norwalk Boulevard<br>Whittier, CA 90605 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **American Express National Bank v. Edmund Cutting**<br>**23PSCV00528** | Complaint for: (1) Account Stated | Superior Court of California County of Los Angeles<br>Pomona Courthouse South<br>400 Civic Center Plaza<br>Pomona, CA 91766 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1  Edmund Cyprus Cutting                                      Case number (*if known*)  2:23-bk-15051

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Stacey Puzach v. CCC Entertainment Corp, et al.<br>WC-CM-767675 | Labor Board Complaint | State of California Department of Industrial Relations<br>Labor Commissioners Office<br>2 MacArthur Place Ste 800<br>Santa Ana, CA 92707 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Kalamata Capital LLC v CCC Entertainment Corp et al<br>E2022-1757 | Breach of Contract | Supreme Court of the State of New York<br>County of Sullivan | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment Entered 5/19/2023 |
| LA Live Properties LLC v. Patxis Limited et al<br>22STCV29227 | Breach of Rental/Lease Contract | Superior Court of California County of Los Angeles | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment Entered 3/1/2023; Abstract Recorded 5/30/2023. |
| ACE FOODS, LLP VS. REDONDO INVESTMENT COMPANY et. al.<br>30-2020-01169974-CU-CO-CJC | Torts | Orange County Superior Court<br>700 Civic Drive West<br>Santa Ana, CA 92701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| CP Kent Place Owner LLC v CCC Patxis Pizza 2 Corporation et al<br>2022CV032112 | Landlord/Tenant | District Court, Arapahoe County Colorado<br>Arapahoe County Justice Center<br>7325 S Potomac Street<br>Englewood, CO 80112 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| ARF v Hickam Harbor LLC dba The Lanai at Mamala Bay et al<br>23PSCP00228 | Sister-State Judgment | Superior Court of California County of Los Angeles<br>400 Civic Center Plaza<br>Pomona, CA 91766 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Claimant: Heshimu Robertson<br>Claim no.: 7003898332-1-1 | Work Injury Claim | State of Hawaii Labor Relations Board<br>830 Punchbowl St<br>Room 434<br>Honolulu, HI 96813 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| ARF FINANCIAL, LLC VS HICKAM HARBOR, LLC., A HAWAII LIMITED LIABILITY COMPANY, ET AL.<br>23NWCV00720 | Other Promissory Note/Collections Case | Superior Court of California County of Los Angeles<br>12720 Norwalk Blvd<br>Norwalk, CA 90650 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| AMERICAN EXPRESS NATIONAL BANK VS EDMUND CUTTING<br>22NWLC30043 | Collections | Superior Court of California County of Los Angeles<br>12720 Norwalk Blvd<br>Norwalk, CA 90650 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    **Edmund Cyprus Cutting**    Case number (*if known*) **2:23-bk-15051**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK VS EDMUND CUTTING<br>22PSCV02975 | Collections | Superior Court of California<br>Count of Los Angeles<br>Pomona, CA | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment Entered** |
| Produce Available Inc v. Edmund Cutting et al<br>2023CLBC007468 | Breach of Contract | Santa Barbar Superior Court<br>1100 Anacapa Street<br>Santa Barbara, CA 93121 | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Request for entry of default mailed 6/28/2023** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| Pinnacle Business Funding LLC<br>1202 Avenue U Ste 1115<br>Brooklyn, NY 11229 | Levied personal bank account (bank name and last four of account #).<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | 2023 | $25,000.00 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ■ No
    ☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ■ No
    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

Debtor 1  **Edmund Cyprus Cutting**                                      Case number *(if known)* **2:23-bk-15051**

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    - ☒ No
    - ☐ Yes. Fill in the details for each gift or contribution.

    | Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
    |---|---|---|---|

### Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
    - ☒ No
    - ☐ Yes. Fill in the details.

    | Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
    |---|---|---|---|

### Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.
    - ☐ No
    - ☒ Yes. Fill in the details.

    | Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
    |---|---|---|---|
    | Nicastro & Associates, P.C.<br>26 Executive Park<br>Suite 250<br>Irvine, CA 92614<br>courtfiling@nicastropc.com | Attorney Fees and Costs | 5/23/2023 - $500.00 - Consultation<br>5/24/2023 - $5000.00<br>6/15/2023 - $20,000.00<br>7/5/2023 - $11,000.00<br>7/13/2023 - $5,900.00<br>7/27/2023 - $3,100.00<br>7/31/2023 - $5,000.00 | $50,500.00 |
    | Taylor, Nelson Amitrano, LLP<br>3 Hutton Centre Drive<br>Ste 500<br>Santa Ana, CA 92707<br>Debtor (From NAPC Trust) | For tax attorney representation | July 11, 2023 | $3,500.00 |

Debtor 1    **Edmund Cyprus Cutting**    Case number *(if known)*    **2:23-bk-15051**

---

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ■ No
    ☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Wesley Hancock**<br>unknown<br><br>**None** | 8110 Skillman Street Unit 2015, Dallas TX. Sales price: $63,000. Net amount to Debtor: $53,096.23 | Funds were used to fund business operations. | 11/1/2022 |
| **Unknown**<br>Unknown<br><br>**None** | Ford Explorer was sold for $10,500 as it was starting to break down. Funds used to pay down on acquisition of Ford Expedition. | Debtor facilitated transfer for business | 4/2022 |
| **John Sequira**<br>Unknown<br><br>**None** | Michael Jordan autographed basketball | $6,500.00 | July 13, 2023 |
| **Raymond Garcia**<br>Unknown<br><br>**None** | Sale of collectible baseball bat | $1,500.00 | 7/2023 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

    ■ No
    ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ■ No
    ☐ Yes. Fill in the details.

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor 1  **Edmund Cyprus Cutting**  Case number (if known) **2:23-bk-15051**

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

    ■ No
    ☐ Yes. Fill in the details.

    | Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

    ■ No
    ☐ Yes. Fill in the details.

    | Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

## Part 9: Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

    ☐ No
    ■ Yes. Fill in the details.

    | Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
    |---|---|---|---|
    | **Minor Daughter Cutting** | **Acorns Securities LLC<br>5300 California Avenue<br>Irvine, CA 92617** | **Acorns Securities - UTMA account for minor daughter (See Schedule B)** | **$1,024.11** |
    | **Minor Son Cutting** | **Acorns Securities LLC<br>5300 California Avenue<br>Irvine, CA 92617** | **Acorns Securities - UTMA account for minor son (See Statement of Financial Affairs #23)** | **$3,408.93** |

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

    ■ No
    ☐ Yes. Fill in the details.

    | Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
    |---|---|---|---|

Debtor 1  **Edmund Cyprus Cutting**                                   Case number (*if known*) **2:23-bk-15051**

25. Have you notified any governmental unit of any release of hazardous material?

    ■ No
    ☐ Yes. Fill in the details.

    | Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
    |---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

    ■ No
    ☐ Yes. Fill in the details.

    | Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
    |---|---|---|---|

### Part 11:  Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ■ An officer, director, or managing executive of a corporation

    ■ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No. None of the above applies. Go to Part 12.

    ■ Yes. Check all that apply above and fill in the details below for each business.

    | Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
    |---|---|---|
    | 5320 Ventures Inc<br>5320 S Moorland Ave<br>New Berlin, WI 53151 | Restaurant<br><br>Farias, Jett & Company, CPA | EIN: 27-5455588<br>From-To 2006-5/2023 |
    | CCC Capital Inc<br>604 Wrede Way<br>West Covina, CA 91791 | Holds and manages land and building in Wisconsin<br><br>Farias, Jett & Company, CPA | EIN: 88-0548673<br>From-To 8/2022 to Present |
    | CCC Consulting Corporation<br>604 Wrede Way<br>West Covina, CA 91791 | Restaurant<br><br>Farias, Jett & Company, CPA | EIN: 84-2494049<br>From-To 7/2019 to Present |
    | CCC Entertainment Corporation<br>8028 Harrison St<br>West Covina, CA 91791 | Restaurant<br><br>Farias, Jett & Company, CPA | EIN: 83-4027632<br>From-To 3/2019 to Present |
    | CCC Patxis Corporation<br>8028 Harrison St<br>Paramount, CA 90723 | Restaurant<br><br>Farias, Jett & Company, CPA | EIN: 84-4917672<br>From-To 2/2020 to Present |
    | CCC Patxis Pizza 2 Corporation<br>8028 Harrison St<br>Paramount, CA 90723 | Restaurant<br><br>Farias, Jett & Company, CPA | EIN: 84-4917672<br>From-To 2/2020 to Present |

Debtor 1  Edmund Cyprus Cutting                                                      Case number (if known)  2:23-bk-15051

| Business Name / Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business / Name of accountant or bookkeeper | Employer Identification number (Do not include Social Security number or ITIN.) / Dates business existed |
|---|---|---|
| Eagle Grove Inc<br>604 Wrede Way<br>West Covina, CA 91791 | Restaurant<br>Farias, Jett & Company, CPA | EIN: 35-2631276<br>From-To 9/2018 to Present |
| Hickam Harbor LLC<br>3465 Mamala Bar Dr<br>Honolulu, HI 96818 | Restaurant<br>Farias, Jett & Company, CPA | EIN: 46-3726700<br>From-To 10/2012 to Present |
| Cutting Concepts Corporation<br>10824 Archway Drive<br>Whittier, CA 90604 | Restaurant<br>Farias, Jett & Company, CPA | EIN: 82-0890375<br>From-To 2017-2019 |
| CCC livinroom Corporation<br>8028 Harrison Street<br>Paramount, CA 90723 | Restaurant<br>Farias, Jett & Company, CPA | EIN: 87-4086268<br>From-To 12/2021 to Present |
| Layers LLC<br>8028 Harrison St<br>Paramount, CA 90723 | Holding Company - Not Operated<br>N/A | EIN: 93-2211591<br>From-To 7/2023 to present |
| Catering Business Under Debtor's Name<br>3711 East Mission Rd<br>Los Angeles, CA 90031 | Side Catering Business - Intermittent Jobs<br>Robert Farias<br>659 West Woodbury Road<br>Altadena, CA 91001 | EIN: 4780<br>From-To April 2023 to present |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
■ Yes. Fill in the details below.

| Name / Address (Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| New Rez<br>PO Box 619063<br>Dallas, TX 75261 | 4/2022 |

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Edmund Cyprus Cutting
Signature of Debtor 1

Signature of Debtor 2

Date  8/19/2023

Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No

Debtor 1   **Edmund Cyprus Cutting**                                   Case number *(if known)*  **2:23-bk-15051**

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).